PRISONER CASE

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## Civil Cover Sheet

**FILED**
NOV 1 5 2007
NOV 15 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| **Plaintiff(s):** United States of America ex rel. CHARLES DANIELS | **Defendant(s):** DAN AUSTIN, etc. |
| **County of Residence:** PERRY | **County of Residence:** |
| **Plaintiff's Address:**<br>Charles Daniels<br>N-63102<br>Pinckneyville - PCC<br>P.O. Box 999<br>Pinckneyville, IL  62274 | **Defendant's Attorney:**<br>Chief of Criminal Appeals<br>Illinois Attorney General's Office<br>100 West Randolph - 12th Floor<br>Chicago, IL  60601 |

**Basis of Jurisdiction:**
- [ ] 1. U.S. Government Plaintiff
- [x] 3. Federal Question (U.S. gov't. not a party)
- [ ] 2. U.S. Government Defendant
- [ ] 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**
Plaintiff:
Defendant:

**07CV6475**
**JUDGE LEINENWEBER**
**MAG.JUDGE NOLAN**

**Origin:**
- [x] 1. Original Proceeding
- [ ] 2. Removed From State Court
- [ ] 3. Remanded From Appellate Court
- [ ] 4. Reinstated or Reopened
- [ ] 5. Transferred From Other District
- [ ] 6. MultiDistrict Litigation
- [ ] 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 530 Habeas general

**Cause of Action:** 28:2254

**Jury Demand:** [ ] Yes  [x] No

**Signature:** A. E. Woodham    **Date:** 11/15/2007