07CV6475

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery<br>RECEIVED NOV 21 2007<br>IN OFFICE OF DONNA BENNETT |
| 1. Article Addressed to:<br><br>Chief of Criminal Appeals,<br>Illinois Attorney General's Office<br>100 West Randolf- 12th Floor<br>Chicago, Il 60601 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7006 0100 0001 7312 1764 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**FILED**

NOV 26 2007

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT