## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | HARRY D. LEINENWEBER | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6475 | **DATE** | November 29, 2007 |
| **CASE TITLE** | U.S. ex rel. Charles Daniels (N-63102) v. Dan Austin, Warden | | |

**DOCKET ENTRY TEXT:**

Petitioner is given 30 days from the date of this order to either pay the $5 filing fee or file a petition for leave to file *in forma pauperis*. The clerk is directed to send petitioner an *in forma pauperis* application. If petitioner does not comply with this order within 30 days, the court shall dismiss this action.

■ [For further details see text below.]   Docketing to mail notices.

### STATEMENT

Although the clerk has accepted this *pro se* petition for a writ of habeas corpus for docketing pursuant to Rule 5(e) of the Federal Rules of Civil Procedure, petitioner has neither paid the $5 filing fee nor filed a petition for leave to file *in forma pauperis*. If petitioner wishes to proceed with this action, he must either pay the $5 filing fee or, in the alternative, file an *in forma pauperis* application complete with a certificate from a prison official stating the amount on deposit in the prisoner's trust account. If petitioner does not pay the filing fee or file a fully completed *in forma pauperis* application within 30 days, the court shall dismiss this action.

| | Courtroom Deputy Initials: | CLH |
|---|---|---|