Charles Daniels  
N-63102  
P.O. Box 999  
Pickneyville, Illinois 62274

December 07, 2007

**FILED**

DEC 13 2007 *aew*  
12-13-2007  
MICHAEL W. DOBBINS  
CLERK, U.S. DISTRICT COURT

Clerk of U.S. District Court  
c/o-Michael W. Dobbins -Rm.2044  
219 So. Dearborn Street  
Chicago, Illinois 60604

Dear Clerk Dobbins:

   Recently, your office mailed a **Statement** to my attention, indicating that I (petitioner) had neither paid the $5.00 filing fee for Habeas corpus petition or sought leave to proceed in forma pauperis.

To the contrary, enclosed are documentary proof that a Cashier: **Krysten, November 20, 2007,** processed my **$ 5.00 Filing fee,** under Receipt # 109-12735; DO Code-4624
   **Account #- 086900**

hence these documents establish that payment has been received towards the unimpeded processing of my HABEAS CORPUS action, that according to your office's document's was processed on **November 15, 2007** ( **07 CV 6475** ) ( 197604)   11-20-2007

I will greatly appreciate a response back that this " inadvertence" has been corrected and that my action is moving forward.

Thanking you in advance, sincerely, I remain,

*Charles Daniels*

Charles Daniels N-63102

Pinckneyville Correctional Center Trust Fund
Post Office Box 1000
Pinckneyville, Illinois 62274-1000

**51424**

Vendor: 1409 US District Court     PNKR4C 34

Check Date
11/15/2007

| Description | Invoice # | Inv Date | Inmate | Net Payable |
|---|---|---|---|---|
| habeas corpus filing fee | 223835 | 11/14/2007 | N63102 Daniels, Charles | 5.00 |
| | | | Total: | 5.00 |

```
Tue Nov 20 14:52:03 2007

UNITED STATES DISTRICT COURT
CHICAGO    , IL

Receipt No. 109 12735
Cashier       krysten

Tender Type CHECK

Check Number: 51424

Transaction Type  N

DO Code   Div No    Acct
4624        1     006900

Amount    $    5.00

NEW HABEAS FILED 11/15/07 07cv6475
CHARLES DANIELS N63102

197604 11-20-07
```

11/29/2007Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | HARRY D. LEINENWEBER | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6475 | **DATE** | November 29, 2007 |
| **CASE TITLE** | U.S. ex rel. Charles Daniels (N-63102) v. Dan Austin, Warden | | |

**DOCKET ENTRY TEXT:**

Petitioner is given 30 days from the date of this order to either pay the $5 filing fee or file a petition for leave to file *in forma pauperis*. The clerk is directed to send petitioner an *in forma pauperis* application. If petitioner does not comply with this order within 30 days, the court shall dismiss this action.

■ [For further details see text below.]                                    Docketing to mail notices.

## STATEMENT

Although the clerk has accepted this *pro se* petition for a writ of habeas corpus for docketing pursuant to Rule 5(e) of the Federal Rules of Civil Procedure, petitioner has neither paid the $5 filing fee nor filed a petition for leave to file *in forma pauperis*. If petitioner wishes to proceed with this action, he must either pay the $5 filing fee or, in the alternative, file an *in forma pauperis* application complete with a certificate from a prison official stating the amount on deposit in the prisoner's trust account. If petitioner does not pay the filing fee or file a fully completed *in forma pauperis* application within 30 days, the court shall dismiss this action.

| | Courtroom Deputy Initials: | CLH |
|---|---|---|

Page 1 of 1

IN THE
UNITED STATES DISTRICT COURT

NORTHEASTERN DIVISION

CHARLES DANIELS N-63102            )
          PLAINTIFF           )
                              )
                              )
    v.                  )    CASE NO. 07 C 6475
                              )
                              )
WARDEN DAN AUSTIN                   )
          DEFENDANT           )


PROOF/CERTIFICATE OF SERVICE

TO: CLERK OF THE COURT             TO: _____
C/O- MICHAEL W. DOBBINS-           _____
    ROOM 2044                     _____
    219 SOUTH DEARBORN ST.        _____
    CHICAGO, ILLINOIS 60604

PLEASE TAKE NOTICE that on **DEC. 7,** ,20**07**, I have placed the attached document(s) in the institutional mail at **Pickneyville** C.C. properly addressed to the parties listed above for mailing through the United States Postal Service at: **Receipt and documentary proof of applicable Habeas corpus filing fee received 11-20-2007, # 109-12735 (197604) after Statement to the contrary as annexed.**

I swear that I mailed the attached document(s) as above addressed under penalty of law.

So Sworn,

*Charles Daniels*

PRO SE, # N-63102
P.O. Box 999
Pickneyville, Illinois 62274