Dec 20, 2007

Charles Daniels-N63102
P.O. Box 999
Pinckneyville, IL 62274

**FILED**

DEC 2 7 2007

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Case No. 07-C6475

U.S. ex.rel.   Charles Daniels v. Dan Austin (warden)

honorable Judge Leinenweber
U.S. District Court-Nothern Illinois
219 S. Dearborn St. Suite 2214
Chicago, Illinois  60604

Hon. Judge Leinenweber:

This matter is brought to your notice due to the clerk's office forwarding enclosed "Docket Entry" error. It totally ignores the $5.00 filing fee that was paid on November 20,2007.
I have mailed to both the Prisoner Correspondence and clerk Michael Dobbin this information three weeks ago, without any response, or statement verifying that my action would not be dismissed.
Will somebody contact me about this?

Thanks in advance for your assistance and in my forthcoming receipt acknowledging this action is proceeding.

Sincerely,
Charles Daniels

11/29/2007Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | HARRY D. LEINENWEBER | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 07 C 6475 | DATE | November 29, 2007 |
| CASE TITLE | U.S. ex rel. Charles Daniels (N-63102) v. Dan Austin, Warden | | |

**DOCKET ENTRY TEXT:**

Petitioner is given 30 days from the date of this order to either pay the $5 filing fee or file a petition for leave to file *in forma pauperis*. The clerk is directed to send petitioner an *in forma pauperis* application. If petitioner does not comply with this order within 30 days, the court shall dismiss this action.

■ [For further details see text below.]

Docketing to mail notices.

## STATEMENT

Although the clerk has accepted this *pro se* petition for a writ of habeas corpus for docketing pursuant to Rule 5(e) of the Federal Rules of Civil Procedure, petitioner has neither paid the $5 filing fee nor filed a petition for leave to file *in forma pauperis*. If petitioner wishes to proceed with this action, he must either pay the $5 filing fee or, in the alternative, file an *in forma pauperis* application complete with a certificate from a prison official stating the amount on deposit in the prisoner's trust account. If petitioner does not pay the filing fee or file a fully completed *in forma pauperis* application within 30 days, the court shall dismiss this action.

| | Courtroom Deputy Initials: | CLH |
|---|---|---|

Page 1 of 1

Pinckneyville Correctional Center Trust Fund
Post Office Box 1000
Pinckneyville, Illinois 62274-1000

Vendor: 1409 US District Court

| Description | Invoice # | Inv Date | Inmate |
|---|---|---|---|
| habeas corpus filing fee | 223835 | 11/14/2007 | N63102 Daniels, Charles |

PNKR4C 34

Check Date 11/15/2007

**51424**

Net Payable 5.00

Total: 5.00

---

Tue Nov 20 14:52:03 2007

UNITED STATES DISTRICT COURT

CHICAGO        , IL

Receipt No.   109 12735
Cashier       krysten

Tender Type  CHECK

Check Number: 51424

Transaction Type   N

DO Code    Div No    Acct
 4624        1      006900

Amount          $     5.00

NEW HABEAS FILED 11/15/07 07cv6475
CHARLES DANIELS N63102

197604 11-20-07

cn