Charles Daniels-N63102
P.O. Box 999
Pinckneyville, IL  62274

FILED
JAN - 8 2008
JUDGE HARRY D. LEINENWEBER
U.S. DISTRICT COURT JUDGE

Case No. 07-C-6475

U.S ex. rel. Charles Daniels v. Dan Austin/ Warden

Honorable Judge Nolan
U.S. District Court-Northern Illinois
219 S. Dearborn St. Suite 2214
Chicago, Illinois  60604

Hon. Magistrate Judge Nolan:

    This matter is brought to your notice due to the clerk's office forwarding enclosed "Docket Entry", error. It totally IGNORES the $5.00 filing fee that was paid on November 20, 2007.
    I have mailed to both the Prisoner Correspondence and clerk Michael Dobbin this information three weeks ago, without any response, or statement verifying that my action would not be dismissed. Will somebody contact me about this?

    Thanks in advance for your assistance and in my forthcoming receipt acknowledging this action is proceeding.

Sincerely,
Charles Daniels

11/29/2007Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | HARRY D. LEINENWEBER | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 07 C 6475 | DATE | November 29, 2007 |
| CASE TITLE | U.S. ex rel. Charles Daniels (N-63102) v. Dan Austin, Warden | | |

**DOCKET ENTRY TEXT:**

Petitioner is given 30 days from the date of this order to either pay the $5 filing fee or file a petition for leave to file *in forma pauperis*. The clerk is directed to send petitioner an *in forma pauperis* application. If petitioner does not comply with this order within 30 days, the court shall dismiss this action.

■ [For further details see text below.]

Docketing to mail notices.



## STATEMENT

Although the clerk has accepted this *pro se* petition for a writ of habeas corpus for docketing pursuant to Rule 5(e) of the Federal Rules of Civil Procedure, petitioner has neither paid the $5 filing fee nor filed a petition for leave to file *in forma pauperis*. If petitioner wishes to proceed with this action, he must either pay the $5 filing fee or, in the alternative, file an *in forma pauperis* application complete with a certificate from a prison official stating the amount on deposit in the prisoner's trust account. If petitioner does not pay the filing fee or file a fully completed *in forma pauperis* application within 30 days, the court shall dismiss this action.

| | Courtroom Deputy Initials: | CLH |
|---|---|---|

Page 1 of 1

Pinckneyville Correctional Center Trust Fund
Post Office Box 1000
Pinckneyville, Illinois 62274-1000

Vendor: 1409 US District Court

| Description | Invoice # | Inv Date | Inmate | | Net Payable |
|---|---|---|---|---|---|
| habeas corpus filing fee | 223835 | 11/14/2007 | N63102 Daniels, Charles | | 5.00 |

PNKR4C 34

51424
Check Date
11/15/2007

Total: 5.00

```
Tue Nov 20 14:52:03 2007

    UNITED STATES DISTRICT COURT

    CHICAGO       , IL

Receipt No.  109 12735
Cashier       krysten

Tender Type  CHECK

Check Number: 51424

Transaction Type   N

DD Code    Div No     Acct
 4624        1       006900

Amount          $     5.00

   NEW HABEAS FILED 11/15/07 07cv6475
CHARLES DANIELS N63102

   197604 11-20-07



         cn
```

DANIELS-N63102
PO BOX 999
Pickneyville, Illinois
62274

INMATE CORRESPONDENCE IL DOC



Mailed From 62274
US POSTAGE

LEGAL

U.S. District Court
℅ Honorable Judge Nolan
Suite 2214
219 South Dearborn St.
Chicago, Illinois 60604