

# SUPREME COURT OF ILLINOIS
SUPREME COURT BUILDING
SPRINGFIELD 62701

**JULEANN HORNYAK**
CLERK OF THE COURT
(217) 782-2035

TELECOMMUNICATIONS DEVICE
FOR THE DEAF
(217) 524-8132

**FIRST DISTRICT OFFICE**
20TH FLOOR
160 NO. LASALLE ST.
CHICAGO 60601
(312) 793-1332

TELECOMMUNICATIONS DEVICE
FOR THE DEAF
(312) 793-1333

June 23, 2004

Mr. Charles Daniels
Reg. No. N-63102
P. O. Box 1700
Galesburg, IL 61401

       In re: People State of Illinois, respondent, v. Charles
           Daniels, petitioner.
           No. 97992

Today the following order was entered in the captioned case:

    Motion by petitioner, pro se, for leave to file a motion for reconsideration of the order denying petition for leave to appeal. Motion Denied.

    Order entered by the Court.

                             Very truly yours,

                             *Juleann Hornyak*
                             Clerk of the Supreme Court

cc: Hon. Lisa Madigan
    Hon. Richard A. Devine

EXHIBIT C