# IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

## COUNTY DEPARTMENT, CRIMINAL DIVISION

| | |
|---|---|
| PEOPLE OF THE STATE OF ILLINOIS, ) | |
| ) | No. 00 CR 07104 |
| Plaintiff, ) | |
| ) | THOMAS M. DAVY |
| v. ) | |
| ) | Honorable Presiding Judge |
| CHARLES DANIELS, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF FILING

TO:  Richard A. Devine
     COOK COUNTY STATE'S ATTORNEY
     10220 S. 76th Avenue
     Room 223
     Bridgeview, Illinois 60455

PLEASE TAKE NOTICE that on the  5th  day of  November , 2004, the undersigned has filed with the Clerk of the Circuit Court of Cook County, Illinois  Defendant's Post Conviction Petition , a copy of which is being hereby served upon you.

DATED: November 5, 2004

                                        CHARLES DANIELS, Pro Se

                                    BY: *Michael L. Hill*
                                        Michael L. Hill

## PROOF OF SERVICE

Under penalties as provided by law pursuant to Sec. 1-109 of the Code of Civil Procedure, 735 ILCS 5/1-109, the undersigned certifies that he served this notice with attached  Defendant's Post Conviction Petition  by personally delivering a copy of the same to the above stated attorney(s) at the address(es) stated above before 5:00 p.m. on  November 5,  2004.

                                        CHARLES DANIELS, Pro See

                                    BY: *Michael L. Hill*
                                        Michael L. Hill

Charles Daniels – N63102
Hill Correctional Center
600 South Linwood Road
P.O. Box 1700
Galesburg, Illinois 61401

EXHIBIT D

STATE OF ILLINOIS )

COUNTY OF COOK )

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

COUNTY DEPARTMENT          CRIMINAL DIVISION

| | |
|---|---|
| PEOPLE OF THE STATE OF ILLINOIS, )<br>    Plaintiff, )<br> )<br> )<br>CHARLES DANIELS. )<br>    Defendant. )<br> ) | No. 00 CR 07104<br>THOMAS M. DAVY<br>Honorable Presiding<br>Judge. |

## POST CONVICTION PETITION

**NOW COMES, CHARLES DANIELS**, pursuant to the Illinois Post Conviction Act, 725 ILCS 5/122-1, et/seq. and moves this Honorable Court, on its finding of guilty of Burglary in connection with the above referenced indictment number, seeking relief from the judgment based upon Substantial Constitutional depravations as follows.

In support thereof, the defendant-petitioner states:

1. That the petitioner-defendant is presently incarcerated in the Henry Hill Correctional Center, Knox County, Galesburg, IL

2. That petitioner was charged with one count of Burglary on March 10, 2000, in violation of 720 ILCS 5/19-1(a)(West 2000)[C.24-26]

3. That after a bench trial beginning on June 5, 2002, continuing on July 16, 2002, the petitioner was subsequently found guilty by the Honorable THOMAS M. DAVY, presiding judge.

4. The trial court during sentencing failed as required under **Illinois Supreme Court Rule 402, to Admonish petitioner of the Mandatory Supervised release.** People v. Day, 224 Ill.Dec.106 724 N.E. 2d 994, 311 Ill. App. 3d 271 (2000)