**NOTICE**
The text of this order may be changed or corrected prior to the time for filing of a Petition for Rehearing or the disposition of the same.

FIRST DIVISION
JULY 30, 2007

No. 1-06-2583 and 1-06-2769
(Consolidated)

---

IN THE
APPELLATE COURT OF ILLINOIS
FIRST JUDICIAL DISTRICT

---

| | | |
|---|---|---|
| THE PEOPLE OF THE STATE OF ILLINOIS, | ) | Appeal from the |
| | ) | Circuit Court of |
| Plaintiff-Appellee, | ) | Cook County. |
| | ) | |
| v. | ) | No. 00 CR 7104 |
| | ) | |
| CHARLES DANIELS, | ) | Honorable |
| | ) | Thomas M. Davy, |
| Defendant-Appellant. | ) | Judge Presiding. |

---

O R D E R

Defendant Charles Daniels appeals the trial court's order granting the State's motion to dismiss his post-conviction petition.

Following a bench trial, defendant was convicted of burglary and sentenced as a Class X offender to eight years' imprisonment. The judgment was affirmed on direct appeal. People v. Daniels, 1-02-2905 (2003) (unpublished order under Supreme Court Rule 23).

Defendant filed a *pro se* post-conviction petition and counsel was appointed for defendant on December 17, 2004. Subsequently, defendant filed a *pro se* amended post-conviction petition and the State filed a motion to dismiss. On October 26, 2005, post-conviction counsel filed an amended post-conviction petition and in turn, the State filed a response. Following a

1-06-2583 and 1-06-2769 cons.

hearing on August 11, 2006, the trial court granted the State's motion to dismiss defendant's petition.

    The State Appellate Defender, who represents defendant on appeal, has filed a motion for leave to withdraw as appellate counsel. A memorandum in support of the motion has been submitted pursuant to <u>Pennsylvania v. Finley</u>, 481 U.S. 551, 95 L. Ed. 2d 539, 107 S. Ct. 1990 (1987), in which counsel stated that an appeal of this case would be frivolous. Defendant filed a response.

    We have carefully reviewed the record in this case, the aforesaid memorandum and defendant's response in compliance with the mandate of the <u>Finley</u> decision. We agree with counsel's assessment. Therefore, the motion of the State Appellate Defender for leave to withdraw as counsel is allowed.

    The judgment of the circuit court of Cook County is affirmed.

    Affirmed.

    GARCIA, J., with McBRIDE, P.J., and R. GORDON, J., concurring.