IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ex rel.<br>CHARLES DANIELS | )<br>)<br>) | |
| Petitioner, | )<br>) | |
| v. | )<br>) | No. 07 C 6475 |
| DAN AUSTIN, Warden,<br>Pinckneyville Correctional Center, | )<br>)<br>) | The Honorable<br>Harry D. Leinenweber, |
| Respondent. | ) | Judge Presiding. |

**NOTICE OF MOTION**

    PLEASE TAKE NOTICE that on January 31, 2008, at 9:30 AM, or as soon thereafter as counsel may be heard, I shall appear before the Honorable Harry D. Leinenweber or any judge sitting in his stead, in the courtroom occupied by him at 219 S. Dearborn Street, Chicago, Illinois, and present the attached **MOTION TO DISMISS**.

                                 Respectfully submitted,

                                 LISA MADIGAN
                                 Attorney General of Illinois

                     BY:   s/ERIC W. TRUETT
                                 ERIC W. TRUETT, BAR # 6291213
                                 Assistant Attorney General
                                 100 W. Randolph Street, 12th Floor
                                 Chicago, Illinois 60601
                                 PHONE: (312) 814-4684
                                 FAX: (312) 814-2253
                                 E-MAIL: etruett@atg.state.il.us

CERTIFICATE OF SERVICE

      I hereby certify than on January 23, 2008, I electronically filed respondent's **NOTICE OF MOTION TO DISMISS** with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, and I hereby certify that on that same day, I mailed by United States Postal Service the above-referenced motion to the following non-registered party:

Charles Daniels, N63102
Pinckneyville Correctional Center
P.O. Box 999
Pinckneyville, IL 62274

                                  Respectfully submitted,

                                  LISA MADIGAN
                                Attorney General of Illinois

                    By:   <u>s/Eric W. Truett</u>
                                ERIC W. TRUETT, BAR # 6291213
                                Assistant Attorney General
                                100 W. Randolph Street, 12th Floor
                                Chicago, Illinois 60601-3218
                                PHONE: (312) 814-4684
                                FAX: (312) 814-2253
                                E-MAIL: etruett@atg.state.il.us