UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

U.S. ex. rel., CHARLES DANIELS,        )
    Petitioner,                              )
    vs.                                            )    07 -C- 6475
                                                        )    HONORABLE
DAN AUSTIN, Warden-Pickneyville C.C.,  )    HARRY D. LEINENWEBER
Illinois Dept. of Corrections, and              )
Illinois Attorney General                        )
    Respondents.

FILED
JAN 2 8 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**LEAVE TO FILE FOR ORDER RESTRICTING STATE AGENTS FURTHER RESTRICTING ACCESS TO COURTS CONCERNING THIS ACTION BY PROHIBITING ACCESS TO PRISON LAW LIBRARY FOR FILINGS UNDER F.R.C.P. RULE 5, et.al.**

Now Comes, CHARLES DANIELS, pro se, moving this Honorable Court to issue a temporary ORDER directing the prison warden to grant " **access** " to Pickneyville Law library, in response(s) to the RETURN to petitioner's request for issuance of Writ of Habeas corpus filed pursuant to 28 U.S.C.A. ¶ 2254(d)(1);

In support thereof petitioner states as follows:

1. Petitioner filed the instant action and has paid the filing fee as directed by this Honorable Court on November 29, 2007, and been allowed to proceed as **pro se** litigant.

2. **Respondent's** were ORDERED to answer or otherwise plead to the petitioner's Habeas corpus petition on January 4, 2008, within twenty days (20) from date entered by the District court clerk's office.

3. Subsequently, Attorney **ERIC W. TRUETT**, clerk of Honorable Dist. Judge Mark R. Filip, filed his appearance for respondent's enjoined on/about January 10, 2008, which may be somewhat of a **conflict of interest** favoring the State as respondent's to have retained as lead counsel in this case, said Attorney Truett.

4. It is reasonable expected that said lead counsel along with the State of Illinois Attorney General staff attorney's, will be filing future papers concerning this action, requiring expeditious answers or traverse thereto from petitioner Daniels.

5. Petitioner Daniels asserts that because ordinarily issues arise on **FACTS** stated in response to Habeas corpus petitions, consequently, without petitioner being granted access to this Court during these proceedings via **access** to the prison law library for the service and filing of pleading and other papers pursuant to **Fed. Rule Civil Procedure 5 ( FRCP)**, he will be unable in the future to make the appropriate pleading and answers in meeting a(any) deadline imposed by applicable Rule or this Court. <u>Farmer v. Haas</u>-990 F.2d 319,322(7th Cir.1993)

6. Petitioner asserts that a Court **ORDER** is necessary, to overcome the specious mindset within instant geographic region of southern Illinois, that this action is directly against the prison warden, rather than actually being a challenge as to the **legality & Constitutional** basis of petitioner's imprisonment. Rather, without **Court ORDER**, **access to law library** will be totally denied, and any chance of petitioner meeting a(any) deadline or time sensitive filing generated under Civil Rules of Procedure, Rules 6,7,8,.....11, will become moot, as such will not happen.

**WHEREFORE**, petitioner's prayer of relief are that based on the foregoing and this Honorable Court being duly advised in its premises, notice provided to opposing parties, that access to this Court effective immediately will no longer be impeded towards this Habeas corpus action, and this ORDER will ramin in effect until final disposition of this action or ORDER of this Court.

Respectfully submitted,

*Charles L. Daniels*
Charles L. Daniels, pro se.

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: 07 C 6475 |
|---|---|
| Daniels v. Austin | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Dan Austin, Warden

| NAME (Type or print) |
|---|
| Eric W. Truett |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ Eric W. Truett |

| FIRM |
|---|
| Illinois Attorney General |

| STREET ADDRESS |
|---|
| 100 W. Randolph, 12th Floor |

| CITY/STATE/ZIP |
|---|
| Chicago, IL 60601 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6291213 | 312.814.4684 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ✓ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐

Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | HARRY D. LEINENWEBER | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 07 C 6475 | DATE | 1/4/2008 |
| CASE TITLE | U.S. ex rel. Charles Daniels (N-63102) v. Dan Austin | | |

**DOCKET ENTRY TEXT:**

Petitioner has paid the filing fee as ordered by the court on 11/29/07. Respondent is ordered to answer or otherwise plead to the petition within twenty days of the date this order is entered on the Clerk's docket.

■ [For further details see text below.]   Docketing to mail notices.

## STATEMENT

    Respondent is ordered to answer or otherwise plead to the petition within twenty days of the date this order is entered on the Clerk's docket.

    Petitioner is instructed to file all future papers concerning this action with the Clerk of Court in care of the Prisoner Correspondent. In addition, petitioner must send an exact copy of any filing to Chief, Criminal Appeals Division, Office of the Attorney General, 100 West Randolph Street, 12th Floor, Chicago, Illinois 60601. The original paper filed with the Prisoner Correspondent must include a certificate of service stating to whom exact copies were sent and the date of mailing. Any paper that is sent directly to the judge or otherwise fails to comply with these instructions may be disregarded by the court or returned to petitioner.

| | Courtroom Deputy Initials: | CLH |
|---|---|---|

Page 1 of 1

IN THE
<u>U.S. District Court,</u>
<u>Northern District Illinois</u>

<u>U.S, ex.rel, Charles Daniels</u>   )
Plaintiff,                          )
                                    )   Case No. <u>07-C-6475</u>
        v.                          )
                                    )
<u>Dan Austin, Warden</u>             )
Defendant <u>I.D.O.C.</u>             )

## PROOF/CERTIFICATE OF SERVICE

TO: <u>Office Attorney General</u>       TO: <u>Prisoner Correspondent Clerk</u>
    <u>Criminal Appeals</u>                 <u>U.S. Dist Court</u>
    <u>100 W. Randolph St- Rt#H</u>         <u>219 S. Dearborn St.</u>
    <u>Chicago, Illinois 60601</u>          <u>Chicago, IL 60604</u>

PLEASE TAKE NOTICE that on <u>January 23</u>, 20<u>08</u>, I have placed the documents listed below in the institutional mail at <u>Pickneyville</u> Correctional Center, properly addressed to the parties listed above for mailing through the United States Postal Service: <u>Leave for Order Prohibiting Access to Prison Law Library for Filings in Instant Action per F.R.C.P. Rule 5, et. al</u>

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/1-109, I declare, under penalty of perjury, that I am a named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge.

DATE: <u>Jan 23, 2008</u>        /s/ <u>Charles Daniels</u>
                                NAME: <u>Charles Daniels</u>
                                IDOC#: <u>N-63102</u>
                                <u>Pickneyville</u> Correctional Center
                                P.O. BOX <u>999</u>
                                <u>Pickneyville</u>, IL <u>62274</u>