# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

Charles Daniels

                    Plaintiff,

v.

                                        Case No.: 1:07−cv−06475
                                        Honorable Harry D. Leinenweber

Dan Austin

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 31, 2008:

      MINUTE entry before Judge Harry D. Leinenweber : Petitioner to file its response to the motion to dismiss[13] by 2/21/2008. The Court will rule by mail. Mailed notice(wp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.