IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. ) <br> CHARLES DANIELS ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> DAN AUSTIN, Warden, ) <br> Pinckneyville Correctional Center, ) <br> ) <br> Respondent. ) | No. 07 C 6475 <br><br> The Honorable <br> Harry D. Leinenweber, <br> Judge Presiding. |

## MOTION TO WITHDRAW RESPONDENT'S MOTION TO DISMISS

Respondent DAN AUSTIN, Warden of the Pinckneyville Correctional Center states as follows:

1.  On January 23, 2008, respondent filed a motion to dismiss the instant federal habeas petition on the ground that it was untimely under AEDPA's limitations period. (Doc 13). In performing the appropriate time calculations, respondent relied upon petitioner's representation that he filed his state postconviction petition on October 5, 2005. (*See* Pet. at 3, Line 1.B). However, it appears that petitioner actually filed his postconviction petition on October 5, 2004, and that the petition specifies the incorrect date. (*See* Doc. 18). Consequently, respondent seeks leave to withdraw his motion to dismiss. (Doc. 13).

2.  In order to file an Answer, respondent will need to obtain the state-court record and briefs. Respondent thus seeks forty-five days from the entry of the

2

Court's order granting respondent's motion to withdraw to address the merits and/or the procedural defaults of petitioner's claims in an Answer.

|  |  |
|---|---|
| February 14, 2008 | Respectfully submitted, |
|  | LISA MADIGAN<br>Attorney General of Illinois |
| By: | s/Eric W. Truett<br>ERIC W. TRUETT, Bar # 6291213<br>Assistant Attorney General<br>100 W. Randolph Street, 12th Floor<br>Chicago, Illinois 60601-3218<br>PHONE: (312) 814-4684<br>FAX: (312) 814-2253<br>E-MAIL: etruett@atg.state.il.us |

CERTIFICATE OF SERVICE

I hereby certify than on February 14, 2008, I electronically filed respondent's **MOTION TO WITHDRAW RESPONDENT'S MOTION TO DISMISS** with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, using the CM/ECF system; and I hereby certify that on the same date, I mailed by United States Postal Service the above-referenced motion to the following non-registered party:

Charles Daniels, N63102
Pinckneyville Correctional Center
P.O. Box 999
Pinckneyville, IL 62274

          Respectfully submitted,

          LISA MADIGAN
          Attorney General of Illinois

By:  s/Eric W. Truett
      ERIC W. TRUETT, Bar # 6291213
      Assistant Attorney General
      100 W. Randolph Street, 12th Floor
      Chicago, Illinois 60601-3218
      PHONE: (312) 814-4684
      FAX: (312) 814-2253
      E-MAIL: etruett@atg.state.il.us