IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel.<br>  CHARLES DANIELS<br><br>           Petitioner,<br><br>           v.<br><br>DAN AUSTIN, Warden,<br>  Pinckneyville Correctional Center,<br><br>           Respondent. | No. 07 C 6475<br><br>The Honorable<br>Harry D. Leinenweber,<br>Judge Presiding. |

**NOTICE OF MOTION**

     PLEASE TAKE NOTICE that on February 21, 2008, at 9:30 AM, or as soon thereafter as counsel may be heard, I shall appear before the Honorable Harry D. Leinenweber or any judge sitting in his stead, in the courtroom occupied by him at 219 S. Dearborn Street, Chicago, Illinois, and present the attached **MOTION TO DISMISS**.

                            Respectfully submitted,

                            LISA MADIGAN
                            Attorney General of Illinois

BY:  s/ERIC W. TRUETT
       ERIC W. TRUETT, BAR # 6291213
       Assistant Attorney General
       100 W. Randolph Street, 12th Floor
       Chicago, Illinois 60601-3218
       PHONE: (312) 814-4684
       FAX: (312) 814-2253
       E-MAIL: etruett@atg.state.il.us

CERTIFICATE OF SERVICE

     I hereby certify than on February 14, 2008, I electronically filed respondent's **NOTICE OF MOTION TO WITHDRAW RESPONDENT'S MOTION TO DISMISS** with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, and I hereby certify that on that same day, I mailed by United States Postal Service the above-referenced motion to the following non-registered party:

Charles Daniels, N63102
Pinckneyville Correctional Center
P.O. Box 999
Pinckneyville, IL 62274

                                Respectfully submitted,

                                LISA MADIGAN
                                Attorney General of Illinois

                By:    s/Eric W. Truett
                        ERIC W. TRUETT, BAR # 6291213
                        Assistant Attorney General
                        100 W. Randolph Street, 12th Floor
                        Chicago, Illinois 60601-3218
                        PHONE: (312) 814-4684
                        FAX: (312) 814-2253
                        E-MAIL: etruett@atg.state.il.us