UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

Charles Daniels
        Plaintiff,

v.                                  Case No.: 1:07−cv−06475
                                       Honorable Harry D. Leinenweber

Dan Austin
        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 26, 2008:

      MINUTE entry before Judge Honorable Harry D. Leinenweber:Defendants' Motion to withdraw motion to dismiss [19] is granted. Defendants to answer by 4/11/2008. Status hearing set for 4/10/2008 at 9:00 a.m.Mailed notice(wp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.