UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3
Eastern Division

Charles Daniels
      Plaintiff,

v.            Case No.: 1:07−cv−06475
           Honorable Harry D. Leinenweber

Dan Austin
      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, May 12, 2008:

  MINUTE entry before Judge Honorable Harry D. Leinenweber:Respondent Dan Austin is ordered to produce the state court record, including transcripts, by 6/9/2008. The status hearing and oral ruling date of 5/13/2008 is stricken. The Court will rule by mail.Mailed notice(wp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.