

IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA ex rel.  )
  CHARLES DANIELS  )
  )
  Petitioner,  )
  )
  v.  )  No. 07 C 6475
  )
DAN AUSTIN, Warden,  )
  Pinckneyville Correctional Center,  )  The Honorable
  )  Harry D. Leinenweber,
  Respondent.  )  Judge Presiding.

## <u>TO THE CLERK OF THE UNITED STATES DISTRICT COURT</u>

    In compliance with Rule 5 of the Rules Governing Section 2254 Cases in the United States District Courts, the attached supplemental Exhibits to respondent's Answer to the above-captioned Petition for Writ of Habeas Corpus are hereby filed with this Court:

Exhibit  N:    Report of Proceedings, volume 1, *People v. Daniels*, No. 00 CR 07104, Circuit Court of Cook County;

Exhibit  O:    Common Law Record, volume 1, *People v. Daniels*, No. 00 CR 07104, Circuit Court of Cook County;

Exhibit  P:    Report of Proceedings, volume 2, *People v. Daniels*, No. 00 CR 07104, Circuit Court of Cook County;

Exhibit  Q:    Supplemental Record, volume 1, *People v. Daniels*, No. 00 CR 07104, Circuit Court of Cook County;

Exhibit  R:    Supplemental Record, volume 2, *People v. Daniels*, No. 00 CR 07104, Circuit Court of Cook County;

Exhibit  S:    Supplemental Record, volume 3, *People v. Daniels*, No. 00 CR 07104, Circuit Court of Cook County;

Exhibit T:    Supplemental Record, volume 4, *People v. Daniels*, No. 00 CR 07104, Circuit Court of Cook County;

Exhibit U:    Supplemental Record, volume 5, *People v. Daniels*, No. 00 CR 07104, Circuit Court of Cook County;

Exhibit V:    Supplemental Record, volume 6, *People v. Daniels*, No. 00 CR 07104, Circuit Court of Cook County;

Exhibit W:    Common Law Record, volume 2, *People v. Daniels*, No. 00 CR 07104, Circuit Court of Cook County;

Exhibit X:    Common Law Record, volume 3, *People v. Daniels*, No. 00 CR 07104, Circuit Court of Cook County;

Respectfully submitted,

LISA MADIGAN
Attorney General of Illinois

By:    _____

ERIC W. TRUETT, Bar # 6291213
Assistant Attorney General
100 W. Randolph Street, 12th Floor
Chicago, Illinois 60601-3218
PHONE: (312) 814-4684
FAX: (312) 814-2253
E-MAIL: etruett@atg.state.il.us

May 15, 2008

# Transcript of Record

## Appeal to

## Court of Illinois

## First District

F I L E D
APPELLATE COURT 1st DIST.
APR 27 2007
STEVEN M. RAVID
CLERK

**Circuit Court No.** _____ 00 CR 7104 _____

**Trial Judge** _____ THOMAS M. DAVY _____

**Reviewing Court No.** _____ 02-2905 _____

THE PEOPLE OF THE STATE OF ILLINOIS

*02*    VS.    *2905*

CHARLES DANIELS

## from

# CIRCUIT COURT

## of

# COOK COUNTY, ILLINOIS

## COUNTY DEPARTMENT, CRIMINAL DIVISION

ONE VOLUME

REPORT OF PROCEEDINGS

DOROTHY BROWN,
**Clerk of the Circuit Court**

DB/SG
**Deputy**

EXHIBIT N

STATE OF ILLINOIS     )
                          )  SS:
COUNTY OF C O O K    )

        IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
           COUNTY DEPARTMENT-CRIMINAL DIVISION


THE PEOPLE OF THE      )
STATE OF ILLINOIS,     )
                      )
      Plaintiff,     )
                      )
   vs.               )  No. 99 CR 9919
                      )  No. 00 CR 7104
CHARLES DANIELS,      )
                      )
      Defendant.     )


      REPORT OF PROCEEDINGS of the hearing of the above-entitled cause, before the Honorable THOMAS DAVY, one of the Judges of said District, on the 3rd day of April, 2000.


        APPEARANCES:

            HON. RICHARD A. DEVINE,
            State's Attorney of Cook County, by:
            MR. CHARLES BRINKMAN,
            Assistant State's Attorney,
                appeared for the People;

            MR. DENNIS SHERMAN,
                appeared for the Defendant.


THOMAS E. LIEF, CSR #084-000501
Official Court Reporter
10220 S. 76th Avenue
Bridgeview, Il. 60455

1        THE CLERK:  Charles Daniels.

2                          (The following proceedings

3                           were had in the presence

4                           of the defendant:)

5        MR. SHERMAN:  For the Record, my name is Dennis

6    Sherman, I represent the defendant on the new case

7    and on the previous case.

8        THE COURT:   All right. New case, let me tender

9    a copy of the information to you, Mr. Sherman, and

10   I'll also tender a copy of the transcript in the

11   file. State?

12       MR. BRINKMAN:  Acknowledge receipt.

13       MR. SHERMAN:   Acknowledge receipt, waive

14   formal reading, enter plea of not guilty.

15       MR. SHERMAN:  At this time the State seeks

16   leave to file its motion and answer to discovery,

17   tender copies to the Court, also tender copies to

18   Mr. Sherman along with the CD, RD, IR and Felony

19   Review statement notes.

20       MR. SHERMAN:  Acknowledge receipt.

21               Like to have a short date.  We're going

22   to have a conference on the first case, let me take

23   a look at the second case, your Honor.

24       THE COURT:   All right.  On the first case

1    there was a no bail hold, issued and at this time

2    you decide having to say in terms of a composite

3    bond?

4         MR. SHERMAN:  I have nothing, your Honor.

5         MR. BRINKMAN:   Well, JuDge, the defendant has,

6    as we've gone through before in conferences, seven

7    prior felony convictions on bond in the particular

8    case that's before the Court. There have been

9    motions heard in that case also.

10        Your Honor, at this time I'd ask that no bail

11   be still set in the alternative if you wish to set a

12   bond I'd be asking for a million dollar composite.

13        THE COURT:   Set a composite bond of two

14   hundred fifty thousand.

15             And what date, Mr. Sherman?

16        MR. SHERMAN;  How's April 13th?

17        THE COURT:   All right. By agreement on both

18   matters?

19        MR. SHERMAN:  Yes, sir.

20        THE COURT:   4/13.

21             Mr. Daniels, if you make bond or

22   otherwise released by the Sheriff on this case and

23   if you fail to appear there will be a warrant issued

24   for your arrest, State could go to trial in your

```
 1    absence, if you were found guilty you could be

 2    sentenced in your absence.

 3              April 13th, by agreement.

 4        MR. SHERMAN:  Judge, in the mittimus could you

 5    put in -- I guess there's a requirement that people

 6    who want to go to the law library must have

 7    something in their mittimus stating that they have

 8    permission to go because they're no longer allowed

 9    to go to the law library.

10              I know that you have no control over the

11    Department of Corrections and that putting on the

12    mittimus "do not pass go, do not collect two hundred

13    dollars" probably would have no effect, but my

14    client would ask if you would allow him to go to the

15    law library, and put that in his mittimus.

16        THE COURT:  All right.  I'll indicate I have

17    no objection if the defendant wishes to go to the

18    law library.

19        MR. SHERMAN:   Thank you, Judge.

20                        (Hearing in the above-entitled

21                         matter continued by agreement to

22                         4/13/00.)

23

24
```

A-4

STATE OF ILLINOIS      )
                       )   SS:
COUNTY OF C O O K      )


        I, THOMAS E. LIEF, Official Shorthand Reporter of

the Circuit Court of Cook County, Criminal Division, do

hereby certify that I reported in shorthand the evidence

had in the above-entitled cause and that the foregoing is

a true and correct transcript of all the evidence heard.


                        ------------------------------------
                        Official Shorthand Reporter
                        #084-000501
                        Circuit Court of Cook County
                        Criminal Division
                        10/14/02.


                        **A-5**

```
1    STATE OF ILLINOIS )
                       ) SS
2    COUNTY OF C O O K )

3        IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
              COUNTY DEPARTMENT - CRIMINAL DIVISION
4
     THE PEOPLE OF THE        )
5    STATE OF ILLINOIS,       )
                              )
6             Plaintiff,       )
                              )
7          -vs-               )  No. 00 CR 07104
                              )
8    CHARLES DANIELS,         )
                              )
9             Defendant.       )

10
                           CONTINUANCE
11
12            REPORT OF PROCEEDINGS of the hearing had

13   before the HONORABLE THOMAS DAVY, on the 22nd day

14   of May, 2000, in Bridgeview, Illinois.

15        APPEARANCES:

16            HON. RICHARD A. DEVINE,
                 State's Attorney of Cook County, By:
17            MR. MICHAEL O'MALLEY,
                 Assistant State's Attorney,
18               Appeared for the Plaintiff;

19

20

21

22
     Isabelle Dlugopolski
23   CSR License #084-001088
     Official Court Reporter
24   10220 South 76th Avenue
     Bridgeview, Illinois  60455
```

B-1

```
 1                        INDEX

 2

 3     Date of Hearing:  May 22, 2000

 4     Pages:           B-1 through B-5

 5

 6

 7     Case continued to 5-24-02                 B-4

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24
```

1          THE CLERK:  Charles Daniels.

2          MR. O'MALLEY:  Mr. Sherman called.

3          THE COURT:  All right.  Let's wait for

4    Mr. Daniels.

5              Mr. Daniels, your lawyer is not here

6    today.  He is on trial in front of Judge Fiala at

7    26th street, and he asked that the case be

8    continued to Wednesday.

9          THE DEFENDANT:  Next week?

10         THE COURT:  No, this coming Wednesday, two

11   days from now.

12         THE DEFENDANT:  All right.

13             I have a paper here to try to get into

14   the Law Library.  Could I show this to somebody,

15   and I need to get that initialed from you to get

16   into the Law Library to prepare for trial.

17         THE COURT:  Let's talk about that on Wednesday

18   when your lawyer is here.

19             Have you drafted an order?

20         THE DEFENDANT:  Yes.  Just asking so I could

21   get to the Law Library to prepare for trial next

22   Wednesday.

23         THE COURT:  All right.  We'll talk about it

24   this coming Wednesday.

B-3

```
 1              THE DEFENDANT:  All right.  So I can at least
 2      understand what is going on, because I don't
 3      understand, and you have to issue something.
 4              THE COURT:  You have another case.  Where's
 5      that case at?
 6              THE DEFENDANT:  Belmont and Western.
 7              THE COURT:  When is that case next up?
 8              THE DEFENDANT:  The 30th.
 9              THE COURT:  All right.  All right.  What is
10      your bond on that case?
11              THE DEFENDANT:  There is no bond, I don't
12      think.
13              THE COURT:  All right.  No bond on that case.
14      All right.  I will continue this.  You want to
15      continue this for Wednesday so your lawyer could be
16      here?
17              THE DEFENDANT:  All right.
18              THE COURT:  Motion Defendant 5-24 for
19      attorney.
20                                  (Which were all the
21                                   proceedings had.)
22
23
24
```

```
1    STATE OF ILLINOIS )
                       ) SS
2    COUNTY OF C O O K )

3

4           I, ISABELLE M. DLUGOPOLSKI, an Official

5    Court Reporter of the Circuit Court of Cook County,

6    Illinois, hereby certify that I reported in

7    stenographic notes the proceedings had in the

8    above-entitled matter; that I thereafter caused the

9    foregoing to be transcribed into typewriting; and

10   further certify that the foregoing is a true and

11   accurate transcript of the proceedings had on the

12   above-entitled date.

13

14

15                    _____
                      Official Court Reporter
16                    Circuit Court of Cook County

17

18   Date:    11- 8-02
                    _____
19

20

21

22

23

24
```

STATE OF ILLINOIS)
                 ) SS:
COUNTY OF C O O K)

IN THE CIRCUIT COURT OF COOK COUNTY ILLINOIS
COUNTY DEPARTMENT - FIRST MUNICIPAL DIVISION

THE PEOPLE OF THE        )
STATE OF ILLINOIS,       )
                         )
        -VS-             )No. 00 CR 07104
                         )
                         )
CHARLES DANIELS,         )
                         )
        Defendant.       )

## AFFIDAVIT

I, KEELEY F. HOWARD, an Official Court Reporter of the Circuit Court of Cook County, do hereby certify that I have made a thorough and diligent search of all stenographic notes recorded by me on the 31st day of May, 2000, before the Honorable MICHAEL KEEHAN, Judge of said court, and I find no record of proceedings of the above-entitled cause.

_____
Official Court Reporter

Subscribed and sworn to
before me this ____ day of
November, 2002.


_____
Notary Public

C1

1    STATE OF ILLINOIS)

                  )SS

2    COUNTY OF COOK    )

3      IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

            COUNTY DEPARTMENT-CRIMINAL DIVISION

4

    THE PEOPLE OF THE )

5    STATE OF ILLINOIS,)

        Plaintiff,)

6              )

      vs.       )   No. 00 CR 07104

7              )

    CHARLES DANIELS,  )

8        Defendant.)

9

10         REPORT OF PROCEEDINGS had at the hearing of

11   the above-entitled cause, before the Honorable

12   THOMAS M. DAVY, one of the Judges of said District,

13   on the 15th day of August, 2000.

14

15       APPEARANCES:

16        HON. RICHARD A. DEVINE,

17          State's Attorney of Cook County, by:

        MR. CHARLES BRINKMAN,

18         Assistant State's Attorney,

          appeared for the People;

19        MR. DENNIS SHERMAN,

20         appeared for the Defendant.

21

22

23   Jean M. Salerno

    CSR #084-002821

    10220 S. 76th Avenue

24   Bridgeview, IL  60455

1    PEOPLE VS. CHARLES DANIELS
     8-15-00
2    PAGES:   D-1 through D-6

3

4                          INDEX PAGE

5    CONTINUANCE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

1          THE CLERK:  Charles Daniels.  Sheet 2 and 7.

2          MR. SHERMAN:  For the record, my name is Dennis

3     Sherman.  I represent Mr. Daniels who's present

4     before the Court.  Judge, this matter is set for

5     trial.  Mr. Daniels has instructed me that he wishes

6     to enter an insanity defense.  I wish to ask the

7     Court therefore to have him evaluated.  I believe

8     that there is something seriously wrong and I would

9     like to have him evaluated; both as to his

10    competency to stand trial and to the fact of whether

11    he was insane at the time of the offense.  I don't

12    think that I have ever filed an answer at this time,

13    Judge.  If I did, I would have to amend it, but I

14    don't believe that I ever did file an answer.

15         THE COURT:  Is there some document that was

16    submitted?

17         MR. SHERMAN:  Dr. Love.  I would like to

18    resolve this matter.  I think it's in my best

19    interest to resolve this matter today, but

20    considering his attitude and what he said to me,

21    Judge, I definitely believe it; that there is

22    something wrong.

23         THE COURT:  There was a letter from Dr. Love;

24    Thomas Love, MD.  It was written prior to the doctor

1    seeing him and in that letter the doctor indicated

2    that he thought Mr. Daniels is in need of urgent

3    medical; psychiatric care as well as long

4    rehabilitative services.  I will order a Forensic

5    Clinical Services Evaluation for fitness and sanity.

6        MR. BRINKMAN:  Will that cover both cases?

7        THE COURT:  Yes, to the issue of sanity at the

8    time; both cases.

9        MR. BRINKMAN:  For the record, Judge, witnesses

10   were present.  The State was ready to go to trial.

11       THE COURT:  Actually, Mr. Sherman, your client

12   has a third matter which is before Judge Mannion.

13   Might as well have him make an evaluation.

14       MR. SHERMAN:  That is coming up next week.  I

15   was going to do that at the same time; a week from

16   today.

17       THE COURT:  What date do you want?

18       MR. SHERMAN:  How long a time?

19       THE COURT:  Anywhere from four to six weeks I

20   would think; at least.  Is there any history of

21   psychiatric problems?  It might delay things if

22   there is some medical records.

23       MR. SHERMAN:  I don't think so.  How is October

24   2nd?  Does that give us enough time?

15

1          THE COURT:  All right.

2          MR. SHERMAN:  There is a big packet that I am

3    suppose to fill out.

4          THE COURT:  The Clerk has it.

5          MR. SHERMAN:  Okay.  Thank you, Judge.

6          THE COURT:  Motion Defendant on both matters;

7    Forensic Clinical Services Evaluation.

8                              (WHEREUPON, the case was

9                               continued to 10-2-00.)

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

*110*

1  STATE OF ILLINOIS     )
2  COUNTY OF C O O K     )   SS
                          )

3

4              I, JEAN M. SALERNO, Official Shorthand

5  Reporter of the Circuit Court of Cook County, Fifth

6  Municipal District, do hereby certify that I reported in

7  shorthand the proceedings had in the above-entitled cause

8  and that I thereafter caused the same to be transcribed

9  into typewriting, which I certify to be a true and correct

10 transcript of all the evidence heard.

11

12

13

14

15  Jean M. Salerno
    Official Shorthand Reporter
16  Circuit Court of Cook County
    Fifth Municipal District
17  Cert. No.  084-002821

18

19

20

21

22

23

24

```
 1    STATE OF ILLINOIS     )
 2                          )  SS:
 3    COUNTY OF COOK        )
 4
 5         IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
 6
 7             COUNTY DEPARTMENT—CRIMINAL DIVISION
 8
 9    THE PEOPLE OF THE           )
10    STATE OF ILLINOIS,          )
11                                )
12                  Plaintiff,    )    No. 00 CR 07104
13                                )
14        vs.                     )    CHARGE:  Burglary
15                                )
16    CHARLES DANIELS,            )
17                                )
18                  Defendant.    )
19
20                       CONTINUANCE
21
22         REPORT OF PROCEEDINGS had at the hearing of
23
24    the above-entitled cause, before the Honorable THOMAS
25
26    M. DAVY, Judge of said court, on the 2nd day of October,
27
28    A. D., 2000.
29
30
31        APPEARANCES:
32
33            HON. RICHARD A. DEVINE,
34            State's Attorney of Cook County, by
35            MR. CHARLES BRINKMAN,
36            Assistant State's Attorney,
37               appeared on behalf of the People;
38
39            MR. DENNIS SHERMAN,
40               appeared on behalf of the Defendant.
41
42
43    ALPHA OMEGA MARTIN, CSR
44    Official Court Reporter
45    10220 South 76th Avenue
46    Bridgeview, IL.   60455
47    No. 084-000966
```

E-1

1

2

3                          I N D E X

4

5   TITLE:    PEOPLE OF THE STATE VS. CHARLES DANIELS

6   CASE #:   00 CR 07104

7   DATE HEARD:    October 2, 2000

8

9                  (Motion for continuance)

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

19

1

2          THE CLERK:     Sheets one and five, Charles Daniels.

3          MR. BRINKMAN:  Obviously Mr. Daniels is supposed to

4    be in custody.  His body is not upstairs as of yet.  She

5    is making a call to see if he is downstairs.

6          MR. SHERMAN:   He may be over in Judge Mannion's

7    courtroom, because he does have that.

8                                    (Whereupon the case

9                                     was passed and recalled.)

10         THE CLERK:     Charles Daniels, custody.

11         MR. SHERMAN:   Dennis Sherman, and I represent the

12   defendant.  The last time we asked for a referral to

13   Forensic Clinical Services.  I did not do the right

14   thing.  I apologize to the court.  I tender the order.  I

15   did not complete it in time.

16         THE COURT:     Did Mr. Daniels get a date in Judge

17   Mannion's room?

18         MR. SHERMAN:   Yes, he got 11-14.  We could take

19   that date or the date before, I'll also be in the

20   building, if it's easier.  I will be here on the 13th.

21         MR. BRINKMAN:  Not to confuse the jail, it will

22   probably be better to have the same date.

23         MR. SHERMAN:   I certainly don't mind.

20

1           THE COURT:     November 14th for Forensic Clinical

2    Service's evaluation.

3                                    (Whereupon a continuance

4                                    was taken to the date of

5                                    November 14, 2000.)

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

21

```
 1   STATE OF ILLINOIS    )
 2                        )  SS:
 3   COUNTY OF COOK       )
 4
 5        IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
 6             COUNTY DEPARTMENT—CRIMINAL DIVISION
 7
 8
 9
10             I, ALPHA OMEGA MARTIN, Official Court Reporter
11   of the Circuit Court of Cook County, Criminal Division,
12   do hereby certify that I reported in shorthand the
13   proceedings had on the hearing in the aforementioned
14   cause; that I thereafter transcribed the foregoing into
15   typewriting, which I hereby certify to be a true and
16   accurate transcript of the Report of Proceedings had
17   before the Honorable THOMAS M. DAVY, Judge of said court.
18
19
20
21
22
23                      Official Court Reporter
24                      No. 084-000966
25
26
27
28
29
30
31
32
33   Dated this 8th day
34
35   of November, 2002.
```

22

1    STATE OF ILLINOIS)
                      )SS.
2    COUNTY OF COOK   )

3        IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
             COUNTY DEPARTMENT-CRIMINAL DIVISION
4
     THE PEOPLE OF THE )
5    STATE OF ILLINOIS,)
                       )
6           Plaintiff,)
                       )
7        vs.          )    NO. 00 CR 07104
                       )
8    CHARLES DANIELS,  )
                       )
9           Defendant.)

10

            REPORT OF PROCEEDINGS at of the hearing had
11
     before the Honorable THOMAS DAVY, heard on the 14th
12
     day of November, 2000.
13

14           APPEARANCES:

15           HON. RICHARD A. DEVINE,
             State's Attorney of Cook County, by:
16           MR. CHARLES BRINKMAN,
             Assistant State's Attorney,
17
                appeared for the People;
18
             MR. DENNIS SHERMAN,
19
                appeared for the Defendant.
20

21

22

23   Susan T. Kragness, C.S.R.
     Official Court Reporter
24   CSR #084-001113


                         F-1
                         23

1              THE CLERK:  Sheets 4 and 6, Charles Daniels.

2              THE COURT:  Mr. Daniels' matter was continued

3       for an evaluation by Forensic Clinical Services.  We

4       received a report from Dr. Raben dated -- actually

5       dated October 25th -- it was faxed over today  --

6       indicating that Mr. Daniels is psychologically fit

7       to stand trial and was legally sane at the time of

8       the alleged offense.

9              MR. SHERMAN: Defendant wishes to have an

10      examination by an independent psychiatrist.  I don't

11      know if we have one right now, Judge.  He says

12      there's a Dr. Milton Doty.  I don't know where

13      Dr. Milton Doty is.  So I need to file a motion.

14      So can I have a short date for me to file that

15      motion for an independent evaluation?

16             THE COURT:  Very well.

17             MR. SHERMAN: How about -- I'll be back in the

18      building on November 29th.

19             THE COURT:  November 29th.  Motion Defendant.

20                      (Which were all the proceedings

21                       had in the above-entitled

22                       matter on this date.)

23

24



                              F-2

1    STATE OF ILLINOIS   )

2                       )  SS.

3    COUNTY OF COOK     )

4

5       I, SUSAN T. KRAGNESS, an Official Court

6    Reporter of the Circuit Court of Cook County,

7    Illinois, hereby certify that I reported in

8    stenographic notes the proceedings had in the

9    above-entitled matter; that I thereafter caused the

10   foregoing to be transcribed into typewriting, and

11   further certify that the foregoing is a true and

12   accurate  transcript of the proceedings had on this

13   date.

14

15

16                    OFFICIAL COURT REPORTER
                       CERTIFIED SHORTHAND REPORTER
17                    NO. 084-001113

18

19

20

21

22

23

24

1    STATE OF ILLINOIS)
                      )   SS:
2    COUNTY OF C O O K)

3        IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
              COUNTY DEPARTMENT - CRIMINAL DIVISION
4
     THE PEOPLE OF THE            )
5    STATE OF ILLINOIS,           )
                                  )
6                Plaintiffs;      )
                                  )
7            -vs-                 )   Case No. 00 CR 07104
                                  )
8    CHARLES DANIELS,             )
                                  )
9                Defendant.       )

10

11             REPORT OF PROCEEDINGS had before the

12   Honorable THOMAS M. DAVY, heard on the 29th day of

13   November, A.D., 2000.

14

15

16   APPEARANCES:

17        HON. RICHARD A. DEVINE,
          State's Attorney of Cook County, by:
18        MR. CHARLES BRINKMAN and MS. DEBORAH LAWLER
          Assistant State's Attorneys
19        appeared on behalf of the People;

20        MR. DENNIS SHERMAN
          appeared on behalf of the Defendant.
21

22

     Nancy Muscolino, RPR/CSR No. 084-001532
23   Official Court Reporter
     Juvenile District
24   Chicago, Illinois

1

2                              I N D E X

3                      People vs. Charles Daniels

4       Date:   11/29/00

5       Pages:   G-1 to G-4

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

1          THE CLERK:  Charles Daniels, sheets 13 and 7.

2          MR. SHERMAN:  My name is Dennis Sherman, I

3    represent Charles Daniels.  The defendant wishes to be

4    evaluated by another psychiatrist.  He has a Dr. Love

5    who he knows.  We'd ask the Court to sign the order to

6    allow the defendant to be re-evaluated for fitness.

7          THE COURT:  I will allow the defendant to be

8    examined by Dr. Love.  How long do you think it will

9    take Dr. Love?

10         MR. SHERMAN:  Well, considering the holidays,

11   Judge, and Dr. Love's busy schedule, I'll be back in

12   the building on January 17th.  Would that be agreeable?

13         THE COURT:  We'll try for that day.

14         MR. SHERMAN:  Thank you.

15         THE COURT:  Would you have a copy of the order

16   attached to the mittimus and I'll just take one.

17                        (Whereupon, further proceedings in

18                         the above-entitled matter were

19                         continued to 1-17-01.)

20

21

22

23

24

G-37 B

```
 1            IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
              COUNTY DEPARTMENT - CRIMINAL DIVISION
 2

 3                      I, NANCY MUSCOLINO, CSR/RPR, an

 4    Official Court Reporter of the Circuit Court of Cook

 5    County, do hereby certify that I reported in shorthand

 6    the proceedings had in the hearing in the

 7    aforementioned cause; that I thereafter caused the

 8    foregoing to be transcribed into typewriting, which I

 9    hereby certify to be a true and accurate transcript of

10    the Report of Proceedings had before the Honorable

11    THOMAS M. DAVY, Judge of said court.

12

13

14

15

16

17

18

19

20    _____
      OFFICIAL COURT REPORTER-CSR No. 084-001532
21

22

23    Dated this 25th day of October, 2002.

24
```

G-4

IN THE CIRCUIT COURT OF COOK COUNTY

COUNTY DEPARTMENT-CRIMINAL DIVISION

PEOPLE OF THE STATE          )
                             )
OF ILLINOIS,                 )
                             )
              Plaintiffs,    )
                             )
                             )    No.00 CR 07104
vs.                          )
                             )
CHARLES DANIELS,             )
                             )
                             )
                             )
              Defendant.     )


REPORT OF PROCEEDINGS

of the hearing had on the 17th day of January, 2001

before the Honorable THOMAS DAVY, Judge of said

Court.

     PRESENT:

            HON. RICHARD DEVINE,
            State's Attorney for Cook County,
            by MR. CHARLES BRINKMAN,
            Assistant State's Attorney,
            appeared on behalf of the People.

            MR. DENNIS SHERMAN,
            appeared on behalf of the Defendant.


Sheri Hodorowicz, CSR
Official Court Reporter
Lic. No. 084001901

THE CLERK:   Charles Daniels.

MR. SHERMAN:   For the record, Dennis Sherman.   I represent Mr. Charles Daniels who is before the Court.

Judge, the last time we were supposed to have an evaluation for a Dr. Love based upon the fitness and sanity of the defendant.

Dr. Love, unfortunately, took my petition; but the jail would not allow him in.  They said he needed an order to make an evaluation.  I have prepared such an order asking the Court to allow the doctor to go into the County Jail Corrections Division One and interview the defendant for purposes of sanity at the time of the offense.

I did talk with Dr. Love and advise him that the Court wishes to have an evaluation as soon as possible and this matter is lingering.  So I would be looking for a short date of February 7th or February 14th when I will be back in Court; and at that time, we

H-2

31

should have a --

    THE COURT:  Why don't we set the 14th for Dr.
Love's report.

    MR. SHERMAN:  I think it is only fair, Judge.

    THE COURT:  Motion defendant 2-14.


    (Which were all the proceedings had

     in the above cause for that date.)

STATE OF ILLINOIS  )
                   )
COUNTY OF C O O K  )

### IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

I, SHERI HODOROWICZ, an Official Court Reporter for the
Circuit Court of Cook County, County Department, do hereby certify
that I reported in shorthand the proceedings had in the above-
entitled cause; and that I thereafter caused the foregoing to be
transcribed into typewriting, which I hereby certify to be a
true and accurate report of proceedings had in the above-entitled
case.


_____

Official Court Reporter


Dated this ⁀24th day of

_____, 2002.

```
 1   STATE OF ILLINOIS )
                      )  SS:
 2   COUNTY OF C O O K )

 3              IN THE CIRCUIT COURT OF COOK COUNTY,
                COUNTY DEPARTMENT-MUNICIPAL DIVISION
 4
     THE PEOPLE OF THE          )
 5   STATE OF ILLINOIS          )
                                )
 6         -vs-                 )  Bridgeview Courthouse
                                )  Room 109
 7   CHARLES DANIELS            )  No. 00 CR 07104

 8                    REPORT OF PROCEEDINGS

 9              BE IT REMEMBERED that the above-entitled

10   cause came on for hearing on the 14th day of February,

11   A.D., 2001, before the HONORABLE THOMAS M. DAVY, Judge

12   of said Court.

13           APPEARANCES:

14                HON. RICHARD A. DEVINE,
                     State's Attorney of Cook County, by
15                MS. DEBORAH LAWLER,
                     Assistant State's Attorney,
16
                     on behalf of the People;
17
                  MR. DENNIS SHERMAN,
18                   Attorney at Law,

19                   on behalf of the Defendant.

20

21   Richard Thewis, CSR
     License No. 084-002146
22   Official Court Reporter,
     Bridgeview Courthouse.
23

24
```

I1

2c/

1       THE CLERK:  In custody Charles Daniels.

2       MR. SHERMAN:  If we can pass that, Judge?  I'm

3  waiting for --

4       THE COURT:  Dr. Love?

5       MR. SHERMAN:  No.  Dr. Love, unfortunately, is

6  going to be doing the evaluation.  His family is

7  trying to contact another doctor.

8       THE COURT:  All right.  We'll pass it.

9       MR. SHERMAN:  Thank you.

10              (Whereupon the matter was passed and other

11              matters called and heard after which the furthe

12              following proceedings were had, to wit:)

13      THE CLERK:  Charles Daniels.  In custody.

14  Sheets 3 and 5.

15      MR. SHERMAN:  For the record, my name is Dennis

16  Sherman.  I represent Mr. Daniels who is present

17  before the Court.

18              Judge, as we were hoping to have evaluation

19  from Dr. Love, he's, unfortunately, not going to be

20  able to do it.  He has suggested and my client's

21  family have an contacted Dr. Conroe (phonetic) and

22  Dr. Wilson.  So if I could have a short date to

23  determine which doctors are going to do an evaluation

24  of the defendant -- can I take the 21st of March?

I2

1              Is that all right?

2         THE COURT:  Um --

3         MR. SHERMAN:  Or would you rather a shorter

4    date?

5         THE COURT:  Well, if you're going to make a

6    determination before then and possibly have it done

7    by one of those doctors you can come in the meantime

8    and I'll sign an order.

9         MR. SHERMAN:  Good.  That would be fine with us.

10             By agreement March 21.

11        THE COURT:  How about motion defendant?

12        MR. SHERMAN:  How about motion defendant, Judge.

13             You're right.

14        THE COURT:  State would be in agreement if it

15   was a trial date, I'm sure.

16        MR. SHERMAN:  I'm sure they would, Judge.

17                  (Which were all the proceedings had

18                   and taken in the above-entitled cause on

19                   the day and date aforesaid.)

20

21

22

23

24

1   STATE OF ILLINOIS )
                      )
2   COUNTY OF C O O K )

3               IN THE CIRCUIT COURT OF COOK COUNTY,
            COUNTY DEPARTMENT-MUNICIPAL DIVISION
4

5               I, RICHARD THEWIS, Official Court

6   Reporter of the Circuit Court of Cook County, County

7   Department, Municipal Division, do hereby certify that

8   I reported in shorthand the proceedings had on the

9   trial of the above-entitled cause; that I thereafter

10  caused to be transcribed into typewriting the above

11  Report of Proceedings which I hereby certify is a true

12  and correct transcript of the proceedings had on the

13  trial of the defendant before the Honorable Judge of

14  this Court.

15

16

17  _____

18  Official Court Reporter of the
    Circuit Court of Cook County,
    Fifth District,
19  CSR License No.  084-002146.
    11-12-02
20

21

22

23

24

                    I4

```
 1      STATE OF ILLINOIS)
                         )SS
 2      COUNTY OF COOK   )

 3          IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
                 COUNTY DEPARTMENT-CRIMINAL DIVISION
 4
        THE PEOPLE OF THE )
 5      STATE OF ILLINOIS,)
                Plaintiff,)
 6                        )
            vs.           )    Nos. 99-CR-09919
 7                        )         00-CR-07104
        CHARLIE DANIELS,  )
 8              Defendant.)    Continuance

 9

10               REPORT OF PROCEEDINGS had at the hearing of

11      the above-entitled cause, before the Honorable

12      THOMAS M DAVY, one of the Judges of said District,

13      on the 21st day of March, 2001.

14

15           APPEARANCES:

16               HON. RICHARD A. DEVINE,
                    State's Attorney of Cook County, by:
17               MR. CHARLES BRINKMAN and MS. DEBORAH LAWLER,
                    Assistant State's Attorneys,
18                  appeared for the People;

19               MR. DENNIS SHERMAN,
                    appeared for the Defendant.
20

21

22      Elizabeth A. Proietti
        CSR #084-002544
23      10220 S. 76th Avenue
        Bridgeview, IL   60455
24
```

36

1         THE CLERK:  In custody Charles Daniels.

2    Sheets 2 and 4.

3         MR. SHERMAN:  For the record, my name is Dennis

4    Sherman.  I represent the defendant.

5              Judge, uh, last time we asked, uh -- we had

6    another doctor to evaluate the defendant.  Uh, my

7    conversation with that doctor, obviously, was

8    insufficient because instead of giving us an

9    evaluation for a fitness and sanity, she did just a

10   straight psychiatric evaluation.  Um, for this

11   reason, I'd be -- I need to get a longer date to

12   have her talk to the defendant again, and see

13   whether we can get some understanding whether, in

14   fact, she'd make an opinion as to his sanity at the

15   time of the offense.

16        THE COURT:  All right, what date are you

17   looking for on this?

18        MR. SHERMAN:  How is May 16th, Judge, so I have

19   enough time this time.

20        THE COURT:  Motion defendant, 5-16.

21        MR. SHERMAN:  Judge, also, Mr. Daniels wishes

22   to exonerate his bond on the first case, it's a

23   thousand dollar bond, and send it back to the

24   provider.  And I'll file -- I'll make an order

J-2

29

1   pursuant to that, ask you to sign it.

2        THE COURT:  All right, Mr. Daniels, uh, it's my

3   understanding that you are exonerating or basically

4   giving up the bond money that you set on the first

5   case so it will be returned to the provider.  That

6   will mean that there -- believe there's a composite

7   bond in these matters?  In some amount.

8        MR. SHERMAN:  I don't think there's any bond at

9   the present time, Judge.  After the third case, I

10  have a feeling that --

11       THE COURT:  I think I set a composite bond of

12  250,000.  So the money that had been put in bond

13  cannot apply to that amount, you would have to -- I

14  think we're up to a million now on May 24th.  Let me

15  keep looking.

16       MR. SHERMAN:  It just keeps rising.  That

17  inflation, Judge.

18       THE COURT:  And Alan Greenspan can't do a thing

19  about it.

20       MR. SHERMAN:  Not a thing.

21       THE COURT:  So that money cannot be applied to

22  any bond amount that has been set.  You understand

23  that?

24       THE DEFENDANT:  Yes, sir.

1          THE COURT:  Defendant surrenders an exoneration

2     of bond in 99 CR 9919.

3          For May 16th, you need another order for

4     this doctor to see Mr. Daniels again?

5          MR. SHERMAN:  She has one.  I'll probably have

6     to do another order, sure.

7          THE COURT: Or if there's enough, just a record

8     as to what the results -- not what the results are,

9     but what the --

10          MR. SHERMAN:  I don't know, Judge.

11          THE COURT:  -- you're looking for.

12          MR. SHERMAN:  I'll do so both, so we don't have

13     the same problem.

14          THE COURT:  Thank you.  And some day this will

15     go to trial, right?

16          MR. SHERMAN:  And jury trial for sure, Judge.

17          THE COURT:  May 16th.

18          MR. SHERMAN:  May 16th, thank you.

19                         (Whereupon, the above-entitled

20                         cause was continued to 5-16-02.)

21

22

23

24


                              J-4

```
1    STATE OF ILLINOIS    )
                          )   SS
2    COUNTY OF COOK       )

3

4

5         I, Elizabeth A. Proietti, Official Shorthand

6    Reporter of the Circuit Court of Cook County,

7    Illinois, hereby certify that I reported in

8    stenographic notes the proceedings had in the

9    above-entitled cause, and that the foregoing is a

10   true and accurate transcript of the proceedings had

11   on this date.

12

13                        _____

14                        Elizabeth A. Proietti
                          Official Shorthand Reporter
                          Circuit Court of Cook County
15                        No. 084-002544

16

17

18

19

20

21

22

23

24   Dated this 8th day
     of October, 2002.
```

1      STATE OF ILLINOIS      )
                              )   SS:
2      COUNTY OF C O O K      )

3             IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
              MUNICIPAL DEPARTMENT-FIFTH MUNICIPAL DISTRICT
4

5      THE PEOPLE OF THE      )
       STATE OF ILLINOIS,     )
6                             )
              Plaintiff,      )
7                             )
              vs.             )  No. 00CR07104
8                             )
       CHARLES DANIELS,       )
9                             )
              Defendant.      )
10

11            REPORT OF PROCEEDINGS of the hearing had before

12     the Honorable THOMAS M. DAVY, on the 20th day of

13     June, 2001, in Bridgeview, Illinois.

14            APPEARANCES:

15                   HON. RICHARD A. DEVINE,
                     State's Attorney of Cook County, by:
16                   MS. DEBORAH LAWLER,
                     Assistant State's Attorney,
17                   appeared for the People;

18                   MR. DENNIS SHERMAN,
                     Attorney-at-Law,
19                   appeared for the Defendant.

20

21     ADRIENNE WESTMAN, CSR
       OFFICIAL COURT REPORTER
22     10220 S 76th Ave, Room 058
       Bridgeview, Illinois 60455
23

24

43

I N D E X

PEOPLE vs. CHARLES DANIELS

PAGES K-1 through K-4

44

1          THE CLERK:     Charles Daniels, sheet 4, line 6.

2          MR. SHERMAN:     For the record, my name is Dennis

3   Sherman, I represent Mr. Daniels who's present before

4   the court.  Court should have an evaluation.

5          THE COURT:     Yes, I do.

6          MR. SHERMAN:     First things first, my client's

7   indigent I'm going to need to file a petition asking

8   for payment of the fees of this psychiatrist for trial.

9          THE COURT:     You anticipate calling the

10  psychiatrist to testify?

11         MR. SHERMAN:     Yes, I will be calling the

12  psychiatrist to testify in front of the jury, Judge, yes.

13         THE COURT:     So, the defendant is some other

14  agent other than PCP being put into his bloodstream

15  unknowingly to Mr. Daniels.

16         MR. SHERMAN:     It's going to be defense, Judge.

17  Can't hardly wait to prove that, Judge.  That's what

18  courts are all about, Judge, proving the possible.

19         THE COURT:     All right.

20         MS. LAWLER:     There is going to be psychiatric

21  testimony in this case.  State will be asking for BCX.

22         MR. SHERMAN:     There has been a BCX already.

23         MS. LAWLER:     Regarding issues you had him

24  evaluated on that.

K-1

45

1        MR. SHERMAN:    Yes, he was evaluated by

2    psychiatric institute previously.

3        THE COURT:    State might want to have the

4    psychiatric institute evaluate.

5        MR. SHERMAN:    Sure.  As I said I need an order

6    anyway an order which been filed.  We can set it for

7    the jury.

8        THE COURT:    Mr. Daniels, apparently presently

9    is indigent.  I will sign the order.

10       MR. SHERMAN:    Fine.  I'll have to make out an

11   order.

12       THE COURT:    Then State you want Mr. Daniels

13   evaluated by psychiatric institute in terms of report

14   of Dr. Miller?

15       MS. LAWLER:    Yes, Judge.

16       THE COURT:    The next problem might be since

17   psychiatric institute doesn't travel the case might

18   have to be transferred to 26th Street.  But, I'll allow

19   your order.  I'll also allow the State's request to have

20   the psychiatric institute.

21       MS. LAWLER:    Dr. Reagon (phonetic).

22       MR. SHERMAN:    Defendant has -- you signed an order

23   for him last year allowing him to visit to the jail law

24   library.  Fortunately, that was signed June 8th of last

K-2

1    year.  He's now told that is no longer.  Let me show

2    you both copies.  That is no longer.  He's not being

3    allowed to visit the law library any more.  We ask the

4    court to sign another order.  It's the same order you

5    signed before allowing him to visit the law library.

6         THE COURT:    Mr. Daniels visits the law

7    library assisting in?

8         MR. SHERMAN:    Certainly, Judge.  Mr. Daniels

9    is getting a fine legal education.

10        THE COURT:    Since Mr. Daniels is represented

11   by counsel, however, if you prepare an order Mr. Sherman

12   I'll sign it.

13        MR. SHERMAN:    I'll do that, Judge.

14        THE COURT:    Mr. Daniels wants to prepare his

15   own order should probably be his own lawyer.

16        MR. SHERMAN:    He's just trying to assist me,

17   Judge.

18        THE COURT:    The money he previously had before

19   he became indigent hired a lawyer.

20        MR. SHERMAN:    How's July 24th?

21        THE COURT:    Fine.  By agreement?

22        MR. SHERMAN:    By agreement.

23        THE COURT:    7-24.

24

K-3

47

```
 1    STATE OF ILLINOIS    )
                           )  SS:
 2    COUNTY OF C O O K    )

 3         IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
           MUNICIPAL DEPARTMENT-FIFTH MUNICIPAL DISTRICT
 4

 5         I, Adrienne Westman, Official Court Reporter

 6    of the Circuit Court of Cook County, Municipal

 7    Department-Fifth Municipal District, do hereby

 8    certify that I reported in shorthand the

 9    proceedings had on the hearing in the

10    aforementioned cause; that I thereafter caused the

11    foregoing to be transcribed into typewriting, which

12    I hereby certify to be a true and accurate

13    transcript of the Report of Proceedings had before

14    the Honorable Thomas M. Davy, Judge of said Court.

15

16

17

18

19

20                    _____
                      Official Court Reporter
21                    No. 084-003668

22

23

24
```

K-4

```
STATE OF ILLINOIS      )
                       )   SS:
COUNTY OF C O O K      )
```

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT-CRIMINAL DIVISION

```
THE PEOPLE OF THE          )
STATE OF ILLINOIS,         )
                           )
          Plaintiff,       )
                           )
vs.                        )      No. 00 CR 07104
                           )
CHARLES DANIELS,           )
                           )
          Defendant.       )
```

REPORT OF PROCEEDINGS  of the hearing

had before the Honorable THOMAS M. DAVY, on the 9th day of

October, 2001.

APPEARANCES:

HON. RICHARD DEVINE,
State's Attorney of Cook County, by:
MR. EDWARD RONKOWSKI,
Assistant State's Attorney,

appeared for the Plaintiff;


MR. DENNIS SHERMAN,

appeared for the Defendant.


Judy A. Lucas, CSR-084-001463
Official Shorthand Reporter
10220 South 76th Avenue
Bridgeview, Illinois 60455

## I N D E X

Date:   October 9, 2001

Pages:   L-1 through L-5

Continuance

THE CLERK:  Charles Daniels, Sheets 1 and 3.

MR. SHERMAN:  For the record, my name is Dennis Sherman.
I represent Mr. Daniels.

THE COURT:  And there was supposed to be a --

MR. SHERMAN:  A report.

THE COURT:  A report.

MR. RONKOWSKI:  I would tender the six-page signed
report.

MR. SHERMAN:  Acknowledge receipt.

THE COURT:  Does that complete discovery?

MR. SHERMAN:  I don't know.  I haven't read it.  I hope
it does.

THE COURT:  Discovery.

MR. SHERMAN:  It is not discovery, Judge, it's a report
from the psychiatrist, but I guess it is discovery.

So, yes, it does complete all discovery.

Could we have one short status date just to review
this and see whether anything needs to be done on it?

How is the 23rd of October?

THE COURT:  Motion Defendant, 10/23, and hopefully that
date we could set the matter for trial.

MR. SHERMAN:  Okay.

Thank you, Judge.

THE COURT:  Okay, 10/23.

MR. RONKOWSKI:   Thank you, Judge.

(Which were all the proceedings had
in the above-entitled cause on this
date.)

STATE OF ILLINOIS    )
                     )    SS.
COUNTY OF C O O K    )


                           I, Judy A. Lucas, Official
Shorthand Reporter of the Circuit Court of Cook County,
County Department-Criminal Division, do hereby certify that I
reported in shorthand the proceedings had in the above-
entitled cause, that I thereafter caused to be transcribed
into typewriting the above Report of Proceedings, which I
hereby certify is a true and correct transcript of the
proceedings before the Judge of said Court.

                           _____
                           Official Shorthand Reporter
                           Circuit Court of Cook County

```
1   STATE OF ILLINOIS )
                      )  SS:
2   COUNTY OF C O O K )

3            IN THE CIRCUIT COURT OF COOK COUNTY,
            COUNTY DEPARTMENT-MUNICIPAL DIVISION
4
    THE PEOPLE OF THE        )
5   STATE OF ILLINOIS        )
                             )
6        -vs-                )   Bridgeview Courthouse
                             )   Room 109
7   CHARLES DANIELS          )   No. 00 CR 07104

8            REPORT OF PROCEEDINGS

9            BE IT REMEMBERED that the above-entitled

10  cause came on for hearing on the 23rd day of October,

11  A.D., 2001, before the HONORABLE THOMAS M. DAVY, Judge

12  of said Court.

13          APPEARANCES:

14              HON. RICHARD A. DEVINE,
                    State's Attorney of Cook County, by
15              MR. EDWARD RONKOWSKI,
                    Assistant State's Attorney,
16
                    on behalf of the People;
17
                MR. DENNIS SHERMAN,
18                  Attorney at Law,

19                  on behalf of the Defendant.

20

21
    Richard Thewis, CSR
22  License No. 084-002146
    Official Court Reporter,
23  Bridgeview Courthouse.

24
```

M1 54

1        THE COURT:  Charlie Daniels.

2        THE CLERK:  Sheets 1 and 23.

3      MR. SHERMAN:  For the record, my name is Dennis

4   Sherman.  I represent Mr. Daniels.

5             Judge, I didn't get a chance to talk to Mr.

6   Daniels concerning the psych report that we got last

7   time.  I had hoped to go to see him; but it didn't

8   work out that way so if we can we can do one of two

9   things.

10            Ostensibly, this is a jury trial.  I don't

11  think that's changed.  So if you want to give me a

12  date for a jury trial and an interim date for final

13  status that would be fine with me because this will

14  be a jury trial.

15     MR. RONKOWSKI:  Judge, just in case we don't

16  wear out our State's witnesses, I would prefer the

17  interim date and then on that date we can set to for

18  a jury.

19     THE COURT:  Well, why don't I give it a jury

20  date and give it an interim status date?

21            How is December 3 for a jury?

22     MR. SHERMAN:  That's not good for me.

23     THE COURT:  How is the 26th of November?

24     MR. SHERMAN:  No, Judge.  That's not good for me

M2

1  either.

2       THE COURT:  What dates are good for you?

3       MR. SHERMAN:  Um -- let's see.

4            How is December 11?

5       THE COURT:  That would be --

6       MR. SHERMAN:  Tuesday.

7       THE COURT:  -- good.

8       MR. SHERMAN:  Okay.  Um --

9       THE COURT:  Now, which is the elected matter?

10      MR. SHERMAN:  Um --

11      MR. RONKOWSKI:  Well --

12      MR. SHERMAN:  The residential burglary, Judge,

13  99 1992.

14      MR. RONKOWSKI:  I'll firm that up on the status

15  date.

16      THE COURT:  And what date do you want for

17  status?

18      MR. RONKOWSKI:  December 11 is reserved jury?

19      THE COURT:  December 11 is the date.  On the

20  status date it will be set for a jury.

21      MR. SHERMAN:  Um -- how is November 5?

22      THE COURT:  November 5.

23           All right.  Motion defendant 11-5 for

24  status.  And on that date, assuming there is no

M3

1    changes, we'll reset it for jury trial on the 11th of

2    December.

3         MR. SHERMAN:   Fine, Judge.

4                         (Which were all the proceedings had

5                    and taken in the above-entitled cause on

6                    the day and date aforesaid.)

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

1  STATE OF ILLINOIS )
                    )
2  COUNTY OF C O O K )

3            IN THE CIRCUIT COURT OF COOK COUNTY,
              COUNTY DEPARTMENT-MUNICIPAL DIVISION
4

5            I, RICHARD THEWIS, Official Court

6  Reporter of the Circuit Court of Cook County, County

7  Department, Municipal Division, do hereby certify that

8  I reported in shorthand the proceedings had on the

9  trial of the above-entitled cause; that I thereafter

10 caused to be transcribed into typewriting the above

11 Report of Proceedings which I hereby certify is a true

12 and correct transcript of the proceedings had on the

13 trial of the defendant before the Honorable Judge of

14 this Court.

15

16

17  _____

18  Official Court Reporter of the
    Circuit Court of Cook County,
    Fifth District,
19  CSR License No.  084-002146.
    11-12-02
20

21

22

23

24

STATE OF ILLINOIS     )
                      )   SS:
COUNTY OF C O O K     )

### IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
### COUNTY DEPARTMENT-CRIMINAL DIVISION

THE PEOPLE OF THE          )
STATE OF ILLINOIS,         )
                           )
            Plaintiff,     )
                           )
vs.                        )        No. 00 CR 07104
                           )
CHARLES DANIELS,           )
                           )
            Defendant.     )

REPORT OF PROCEEDINGS  of the hearing

had before the Honorable THOMAS M. DAVY, on the 5th day of

November, 2001.

APPEARANCES:

      HON. RICHARD DEVINE,
        State's Attorney of Cook County, by:
      MR. EDWARD RONKOWSKI,
        Assistant State's Attorney,

           appeared for the Plaintiff;

      MR. DENNIS SHERMAN,

           appeared for the Defendant.

Judy A. Lucas, CSR-084-001463
Official Shorthand Reporter
10220 South 76th Avenue
Bridgeview, Illinois 60455

I N D E X

Date:   November 5, 2001

Pages:  N-1 through N-5

Continuance

THE CLERK:  Charles Daniels.

MR. SHERMAN: For the record my name is Dennis Sherman.  I represent Mr. Daniels.

I did not get a chance to see Mr. Daniels this weekend.

MR. RONKOWSKI:  We have a jury trial date of December 11th.

In speaking to my victim, and the witness, I spoke to the victim, and she is in school, but she will be out of school, and if we could -- it would really work on a schedule if we take the week after that, on December 17th.

I called the Jury Commissioner, and he assures us we would have jurors available on December 17th.

MR. SHERMAN:  I have a trial on the 18th. -- It might be on the 19th, and I'm here on the 20th, so whatever.

If we do it on the 17th, maybe we can pick the jury and put it over to the 19th, if that is possible.

THE COURT:  It would be a bad week to do that, the week before Christmas, and to come on one day and not come back the next.

THE COURT:  Where are your trials at?

MR. SHERMAN:  At 26th Street.  I have two cases, and one is a continued case from January of this year.  It has been continued a bunch of times.  The Judge wants to get rid of

that case finally, and I do too.

    THE COURT:  All right.

    MR. SHERMAN:  And I have a matter in front of Gaughn.  It is best to do this on the 18th.

    THE COURT:  Well, let's try it for the 17th, and if you can get out of those cases, we'll see.

    MR. SHERMAN:  Okay.

       How about if we pick an interim date?  Why don't we make it the 29th?  I'll talk to Judge Egan and Judge Gaughn and see whether, see what the situation is.

    THE COURT:  All right, motion Defendant, 11/29 for status, and that will be the interim date.

    MR. RONKOWSKI:  Was that by agreement?

    MR. SHERMAN:  Yes.

               (Which were all the proceedings had in the above-entitled cause on this date.)

STATE OF ILLINOIS    )
                     )  SS.
COUNTY OF C O O K    )


        I, Judy A. Lucas, Official
Shorthand Reporter of the Circuit Court of Cook County,
County Department-Criminal Division, do hereby certify that I
reported in shorthand the proceedings had in the above-
entitled cause, that I thereafter caused to be transcribed
into typewriting the above Report of Proceedings, which I
hereby certify is a true and correct transcript of the
proceedings before the Judge of said Court.


        Official Shorthand Reporter
        Circuit Court of Cook County

1  STATE OF ILLINOIS )
                     ) SS
2  COUNTY OF C O O K )

3       IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
            COUNTY DEPARTMENT - CRIMINAL DIVISION
4

   THE PEOPLE OF THE       )
5  STATE OF ILLINOIS,      )
                           )
6            Plaintiff,    )
                           )
7            -vs-          )  No. 00 CR 07104
                           )
8  CHARLES DANIELS,        )
                           )
9            Defendant.    )

10

11                      CONTINUANCE

12            REPORT OF PROCEEDINGS of the hearing had

13  before the HONORABLE THOMAS DAVY, on the 29th day

14  of November, 2000, in Bridgeview, Illinois.

15       APPEARANCES:

16            HON. RICHARD A. DEVINE,
                 State's Attorney of Cook County, By:
17            MS. PATRICIA McLAUGHLIN, and
              MR. EDWARD RONKOWSKI,
18                 Assistant State's Attorney,
                   Appeared for the Plaintiff;
19
              MR. DENNIS SHERMAN,
20                 Attorney at Law,
                   Appeared for the Defendant.
21

22
    Isabelle Dlugopolski
23  CSR License #084-001088
    Official Court Reporter
24  10220 South 76th Avenue
    Bridgeview, Illinois  60455

                         O-1

```
 1                          INDEX
 2
 3     Date of Hearing:  November 29, 2000
 4     Pages:            O-1 through O-11
 5
 6
 7     Case continued to 12-17-00                    O-10
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
```

1              THE CLERK:  Charles Daniels.

2              MR. SHERMAN:  Dennis Sherman, and I represent

3       the Defendant who is present before the Court,

4       Judge.

5                    We have a copy of the stipulation.

6                    This matter is set for jury trial and --

7       I think on the 17th of December, I believe.

8       However, after examining the psychiatric report

9       that was made by the State, and the doctor being

10      Shakira (phonetically spelled), there is in the

11      report -- mentions a statement that the Defendant

12      supposedly made to the police officers.

13                   Going through all the police reports,

14      there are no statements attributed by the Defendant

15      in any police report.  I don't know what that

16      doctor was talking about or where he got that.  The

17      Defendant advised me that he was looking at some

18      papers and reading off this paper some statement

19      that the Defendant had made.

20                   Now, I know if the State obviously gave

21      me complete discovery -- I mean, we did do a motion

22      on this case, I remember that.  However, I

23      certainly am entitled to know what statements were

24      made to him, to the police, and certainly before

1       trial, and also what this doctor -- what statements

2       this doctor was making his evaluations from.

3               THE COURT:  Perhaps the doctor was hearing

4       voices.

5               MR. SHERMAN:  I don't believe I have the full

6       reports.  Well, all I'm telling you is -- going to

7       tell you is what Defendant advised me when the

8       doctor talked to him, that the doctor made

9       statements that the police asked Defendant if he

10      lived at this place, and he answered no.  There's

11      nothing in any police report concerning that

12      statement.

13              So I would like to see if the State can

14      determine whether or not there were any statements

15      made concerning residency in this apartment, and if

16      there are, I would like to have them.  If they have

17      statements, I think we better set this matter down

18      for motion to suppress statements, because that

19      would be the first step before I do a jury trial,

20      Judge.  But as I said, there is nothing in any

21      police report that I have concerning anything.

22              In fact, what the doctor mentions and

23      what is stated -- with respect to what is stated to

24      the detectives, which was that Defendant didn't

1    wish to talk to them, so I don't know where this

2    doctor got these statements concerning Defendant's

3    residency in that apartment.

4         THE COURT:  Unless this was the address which

5    Defendant listed on the arrest report, which might

6    be different from the apartment.

7         MR. SHERMAN:  I don't know, because my client

8    said that the doctor said to him that police asked

9    him did he live in that apartment and he said no.

10        THE COURT:  All right.

11             Mr. Ronkowski?

12        MR. RONKOWSKI:  Yes, Your Honor.

13        THE COURT:  Anything?

14        MR. RONKOWSKI:  I was unaware that Counsel was

15   going to make a motion -- a motion to have us

16   explain the psychiatric report to him.  We have an

17   open file policy.  Counsel could look at our file

18   without previous appointments in our presence --

19        MR. SHERMAN:  All right.

20        MR. RONKOWSKI:  -- to go through every scratch

21   paper in there to determine that we have tendered

22   discovery.

23             Anything that he doesn't have, and it's

24   in government agency's hands, I will order up those

1    for him with or without a court order.

2        MR. SHERMAN:  All right.  I appreciate that.

3    I have no idea what was said.  I'm just relating

4    what my client said to me about my client living at

5    this apartment.  Other than that, I have nothing,

6    and there is nothing in any police report that I

7    have.  Looks like I have a complete set of police

8    reports.  I don't know what this doctor was quoting

9    from.

10        THE COURT:  Does that specifically refer in

11    doctor's report to that particular statement?

12        MR. SHERMAN:  No, what it does refer to is the

13    fact the Defendant made no statement.  That's what is

14    confusing to me.  It's -- Defendant stated to me that

15    when he was talking to the doctor, the doctor asked

16    him about that statement, and when -- here is -- if I

17    could read the notes.  I pointed out this

18    description, his behavior on the Defendant and asked

19    him to explain how could he in any contradiction what

20    I was asserting about his behavior, that he was

21    screaming and yelling, jumping through the fence and

22    window, and he was unable to give a statement as to

23    what he asserted and what was described in the police

24    reports.  He said one of those inconsistencies was

1    telling the police officer that he didn't live in

2    that apartment -- (reading from doctor's report).

3         THE COURT:  So Defendant claimed to Dr. Shakira

4    that he was saying to the police that he didn't live

5    there?

6         MR. SHERMAN:  Correct.  I don't know where

7    Dr. Shakira could have gotten that.  I have gone

8    through the police reports, and there's nothing in the

9    report about the Defendant being asked by any of the

10   officers at the scene what happened.  It's only at

11   the -- either police station where the detective comes

12   and talks with him and he says that I have nothing to

13   say.

14        THE COURT:  May I see the report?

15        MR. SHERMAN:  Yes, sir.

16        THE COURT:  What page is that on?

17        MR. SHERMAN:  It was the fourth, the end, I

18   believe.  Right here.  Looks like Page 4, first

19   paragraph on Page 4.

20        THE COURT:  All right.  Are you saying this

21   talks about a statement to the police?  The thing

22   that I see in the first paragraph, that detectives

23   interviewed the Defendant and gave him Miranda

24   Rights, and he refused to say anything and refused

1       further questions.

2             MR. SHERMAN:  There's subsequently the things

3       that -- the purposefulness and the other things

4       that Defendant says that the doctor asked him

5       specific questions and looked like he was reading

6       something off papers when he was asking the

7       specific questions.

8             THE COURT:  Well, do you want to interview

9       Dr. Shakira?

10            MR. SHERMAN:  I guess I would have to talk to

11      the doctor, Judge, and see where he got that and

12      what he says to that, and I probably, just to

13      protect my client, have to file a motion to

14      suppress statements.  Then -- maybe we can do that

15      prior to trial on the 17th and I will file that,

16      send copies to the State, unless you want to do it

17      before the 17th.  Whichever you want to do, Judge.

18            THE COURT:  As far as the Jury, do you want to

19      reset that for the 17th or set for motions on the

20      17th?

21            MR. SHERMAN:  I would rather try the motion,

22      just to make sure.

23            THE COURT:  Assuming there are any motions.

24            MR. SHERMAN:  Yes, assuming there are.

1          THE COURT:  I hate to do this and set cases --

2    if you want to just set it for status, see if there

3    are any motions?

4          MR. SHERMAN:  No, let's set it for motion to

5    suppress, and I will file the motion, and I will

6    contact the doctor and contact the State if -- I

7    would send my investigator who had talked to one of

8    the police officers previously.  But I will send

9    him out to -- just specifically for this purpose.

10   He's been -- Mr. O'Malley who unfortunately had a

11   kidney removed, so he should be back within the

12   next week.  He told me that.  I will try to get him

13   out as soon as possible.

14         THE COURT:  Well, I will at least set it then

15   for the 17th for motions that may or may not be

16   filed.

17         MR. SHERMAN:  All right.  And I don't know if

18   the State will have enough opportunity to prepare

19   to respond.

20         THE COURT:  If you haven't interviewed

21   Dr. Shakira yet.

22         MR. SHERMAN:  I haven't, but I will contact

23   him within the next couple of days.  If he recalls,

24   what he recalls.

1              THE COURT:  All right.  All right.

2              Motion Defendant December 17th with

3    subpoenaes for motion to be filed.  Obviously if

4    it's filed on the date, the 17th, the State

5    probably won't be ready to proceed.

6         MR. SHERMAN:  I will try to file that before,

7    Judge.

8              THE COURT:  All right.

9         MS. McLAUGHLIN:  Jury date is struck then?

10             THE COURT:  Jury date is struck.

11        MR. SHERMAN:  No, we will -- well, have signed

12   the stipulation for State and they advised me that

13   they may bring up the case to trial, whichever is

14   easier.  You will stipulate to the testimony?

15        MR. RONKOWSKI:  That's correct, Your Honor.

16             THE COURT:  All right.

17                        (Which were all the

18                         proceedings had.)

19

20

21

22

23

24

```
 1    STATE OF ILLINOIS )
                        ) SS
 2    COUNTY OF C O O K )

 3

 4              I, ISABELLE M. DLUGOPOLSKI, an Official

 5    Court Reporter of the Circuit Court of Cook County,

 6    Illinois, hereby certify that I reported in

 7    stenographic notes the proceedings had in the

 8    above-entitled matter; that I thereafter caused the

 9    foregoing to be transcribed into typewriting; and

10    further certify that the foregoing is a true and

11    accurate transcript of the proceedings had on the

12    above-entitled date.

13

14

15

16                           Official Court Reporter
                             Circuit Court of Cook County
17

18    Date:    11-8-02

19

20

21

22

23

24
```

IN THE CIRCUIT COURT OF COOK COUNTY

COUNTY DEPARTMENT-CRIMINAL DIVISION

| | | |
|---|---|---|
| PEOPLE OF THE STATE | ) | |
| OF ILLINOIS, | ) | |
| Plaintiffs, | ) | |
| | ) | No.00 CR 07104 |
| vs. | ) | |
| CHARLES DANIELS, | ) | |
| Defendant. | ) | |

REPORT OF PROCEEDINGS

of the hearing had on the 17th day of December, 2001

before the Honorable THOMAS DAVY, Judge of said

Court.

PRESENT:

        HON. RICHARD DEVINE,
        State's Attorney for Cook County,
        by MR. PATRICK SHEEHAN,
        Assistant State's Attorney,
        appeared on behalf of the People.

        MR. DENNIS SHERMAN,
        appeared on behalf of the Defendant.

Sheri Hodorowicz, CSR
Official Court Reporter
Lic. No. 084001901

75

THE CLERK:   Charles Daniels.

MR. SHERMAN:  For the record, Dennis Sherman.   I
represent Mr. Daniels.

        We continued this, Judge, for me to have a
contact with the psychiatrist who came up with some new
evidence that neither I nor Mr. Daniels had ever heard
before.

        I tried to call the doctor and he is on
vacation.  So I would be asking for one more date,
Judge.  I would ask for January 17th.

THE COURT:  All right.  This had been set for
possible motion.  You want to set it for status on that
date?

        MR. SHERMAN:  Please.

        MR SHEEHAN:  Okay.

        THE COURT:  Motion Defendant 1-17-02.


        (Which were all the proceedings had

P-2

in the above cause for that date.)

P-3

77

STATE OF ILLINOIS  )
                   )
COUNTY OF C O O K  )

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

I, SHERI HODOROWICZ, an Official Court Reporter for the
Circuit Court of Cook County, County Department, do hereby certify
that I reported in shorthand the proceedings had in the above-
entitled cause; and that I thereafter caused the foregoing to be
transcribed into typewriting, which I hereby certify to be a
true and accurate report of proceedings had in the above-entitled
case.

_____
Official Court Reporter

Dated this _____ day of

_____, 2002.

```
STATE OF ILLINOIS      )
                       )  SS:
COUNTY OF C O O K      )
```

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT-CRIMINAL DIVISION

```
THE PEOPLE OF THE           )
STATE OF ILLINOIS,          )
                            )
          Plaintiff,        )
                            )
vs.                         )      No.  99 CR 09919
                            )
CHARLES DANIELS             )
                            )
          Defendant.        )
```

REPORT OF PROCEEDINGS  of the hearing

had before the Honorable THOMAS M. DAVY, on the 17th day of

January, 2002.

APPEARANCES:

        HON. RICHARD A. DEVINE,
            State's Attorney of Cook County, by:
        MR. EDWARD RONKOWSKI,
            Assistant State's Attorney,

                appeared for the Plaintiff;


        MR. DENNIS SHERMAN,

                appeared for the Defendant.


Judy A. Lucas, CSR-084-001463
Official Shorthand Reporter
10220 South 76th Avenue
Bridgeview, Illinois 60455

# I N D E X

Date:  January 17, 2002

Pages:  Q-1 through Q-4

Continuance

THE CLERK:  Charles Daniels, in custody, one and three.

MR. SHERMAN:  For the record, Dennis Sherman, representing Charles Daniels on the two matters present before the Court.

Mr. Daniels would like a pre-sentence investigation and see if we can dispose of all matters.

THE COURT:  Very well.

He has a matter down in Judge Mannion.

MR. SHERMAN:  Yes, he does have a matter down in Judge Mannion, so if you want to do that also.

First of all, on the pre-sentence investigation.

THE COURT:  What date are you looking for?

MR. SHERMAN:  I will be back here in the building on March 5th.

THE COURT:  All right, 2/25 for a pre-sentence investigation.

MR. SHERMAN:  Thank you.

> (Which were all the proceedings had
> in the above-entitled cause on this
> date.)

STATE OF ILLINOIS    )
                     )  SS.
COUNTY OF C O O K    )


               I, Judy A. Lucas, Official Shorthand Reporter of the Circuit Court of Cook County, County Department-Criminal Division, do hereby certify that I reported in shorthand the proceedings had in the above-entitled cause, that I thereafter caused to be transcribed into typewriting the above Report of Proceedings, which I hereby certify is a true and correct transcript of the proceedings before the Judge of said Court.


                      Official Shorthand Reporter
                      Circuit Court of Cook County

STATE OF ILLINOIS   )
                    )   SS.
COUNTY OF COOK      )

IN THE CIRCUIT COURT OF COOK COUNTY
COUNTY DEPARTMENT-CRIMINAL DIVISION

THE PEOPLE OF THE       )
STATE OF ILLINOIS       )
                        )
        V               )       No.   99 CR 09919-01  &
                        )             00 CR 07104-01
CHARLES DANIELS         )

REPORT OF PROCEEDINGS had in the above-entitled

cause, before the Honorable THOMAS M. DAVY, Judge of said

court, on the 5th day of March, A.D., 2002.

        APPEARANCES:

                HON. RICHARD A. DEVINE,
                    State's Attorney of Cook County, by
                MR. ANDREW BRYANT,
                    Assistant State's Attorney,
                    Appeared for The People;

                MR. DENNIS SHERMAN,
                    Appeared for The Defendant.

Reported By:
Casimir W. Kowalski
Official Court Reporter
084-000883

R 1

I n d e x

3-5-02

Pgs R1 & R2

Continuance

THE CLERK: Sheet 1, Charles Daniels, in custody.

(Defendant Present)

THE COURT: Okay.

MR. SHERMAN: Good morning. For the record, Dennis Sherman. I represent Mr. Daniels.

THE COURT: There's a Pre-Trial investigation that was ordered on the last date. I'll tender that to both sides at this time.

MR. BRYANT: Thank you.

MR. SHERMAN: Acknowledge receipt, Judge.

We need one short date, Judge, before we do this. If I may have one more date? I need to talk to the two officers who we haven't been able to talk to yet. How's March 26th?

THE COURT: That's motion defendant March 26th. I'll set it for trial or otherwise dispose of it.

MR. SHERMAN: Correct.

THE COURT: All right.

MR. SHERMAN: Thank you.

(Whereupon the further proceedings in the above-
entitled cause were continued to March 26th, 2002.)

R 2

STATE OF ILLINOIS   )
                    ) SS.
COUNTY OF COOK      )

   I, CASIMIR W. KOWALSKI, Official Court Reporter of

the Circuit Court of Cook County, County Department-Criminal

Division, do hereby state that I reported in shorthand the

proceedings had in the above-entitled cause; that I thereafter

caused to be transcribed into typewriting the foregoing transcript,

which I hereby certify is a true and correct Report of Proceedings

of the hearing had before said Judge.

         _C. W. Kll  10-11-07_
        084-000883

STATE OF ILLINOIS          )
                           )  SS:
COUNTY OF C O O K          )

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT-CRIMINAL DIVISION

THE PEOPLE OF THE          )
STATE OF ILLINOIS,         )
                           )
        Plaintiff,         )
                           )
    vs.                    )      No. 99 CR 9919
                           )      No. 00 CR 7104
CHARLES DANIELS,           )
                           )
        Defendant.         )

        REPORT OF PROCEEDINGS of the hearing of the above-

entitled cause, before the Honorable THOMAS DAVY, one of

the Judges of said District, on the 26th day of March,

2002.

            APPEARANCES:

                HON. RICHARD A. DEVINE,
                State's Attorney of Cook County, by:
                MS. BARBARA BAILEY and MR. ANDY BRYANT,
                Assistant State's Attorneys,
                    appeared for the People;

                MR. DENNIS SHERMAN,
                    appeared for the Defendant.

THOMAS E. LIEF, CSR #084-000501
Official Court Reporter
10220 S. 76th Avenue
Bridgeview, Il.  60455

```
1              THE CLERK:   Charles Daniels, in custody, sheet

2     one and two.

3                          (The following proceedings

4                           were had in the presence

5                           of the defendant:)

6              MR. SHERMAN:   For the Record, my name's Dennis

7     Sherman.   I represent Mr. Daniels.

8                   Judge, while I was on vacation did not

9     have an opportunity to talk to an officer who I need

10    to interview prior to setting this down either for

11    trial or plea.

12                  So we would be asking for one short date

13    for me to talk or have my investigator talk with me.

14    I was looking at April 10th.

15             THE COURT:   All right.  Motion defendant April

16    10th on that day either conference or set it for

17    trial.

18             MR. SHERMAN:   Fine.

19                          (Hearing in the above-entitled

20                           matter was continued motion

21                           defendant to 4/10/02.)

22

23

24
```

S-2



STATE OF ILLINOIS      )
                       )  SS:
COUNTY OF C O O K      )


       I, THOMAS E. LIEF, Official Shorthand Reporter of the Circuit Court of Cook County, Criminal Division, do hereby certify that I reported in shorthand the evidence had in the above-entitled cause and that the foregoing is a true and correct transcript of all the evidence heard.


                    _____
                    Official Shorthand Reporter
                    #084-000501
                    Circuit Court of Cook County
                    Criminal Division
                    10/14/02

1   STATE OF ILLINOIS )
                      )  SS:
2   COUNTY OF C O O K )

3              IN THE CIRCUIT COURT OF COOK COUNTY,
              COUNTY DEPARTMENT-MUNICIPAL DIVISION
4
    THE PEOPLE OF THE        )
5   STATE OF ILLINOIS        )
                             )
6        -vs-                )   Bridgeview Courthouse
                             )   Room 109
7   CHARLES DANIELS          )   No. 00 CR 07104

8                   REPORT OF PROCEEDINGS

9              BE IT REMEMBERED that the above-entitled

10  cause came on for hearing on the 10th day of April,

11  A.D., 2002, before the HONORABLE THOMAS M. DAVY, Judge

12  of said Court.

13          APPEARANCES:

14              HON. RICHARD A. DEVINE,
                    State's Attorney of Cook County, by
15              MS. BARBARA BAILEY,
                    Assistant State's Attorney,
16
                    on behalf of the People;
17
                MR. DENNIS SHERMAN,
18                  Attorney at Law,

19                  on behalf of the Defendant.

20

21
    Richard Thewis, CSR
22  License No. 084-002146
    Official Court Reporter,
23  Bridgeview Courthouse.

24

1      THE CLERK:  Charles Daniels.  Charles Daniels.

2  Sheets 1 and 4.

3      MR. SHERMAN:  For the record, my name is Dennis

4  Sherman.  I represent Mr. Daniels on 99 CR 9919.

5          Mr. Daniels would like to resume a

6  conference we had previously, Judge.  We have a

7  presentence investigation that's I believe part of

8  the file.

9      THE COURT:  All right.  I'll pass the case then

10  for you to resume the conference.

11      MR. SHERMAN:  Okay.  Thank you.

12              (Whereupon the matter was passed and other

13              matters called and heard after which the furthe

14              following proceedings were had, to wit:)

15      THE CLERK:  Charles Daniels.  Sheets 4 and 1.

16      MR. SHERMAN:  Daniels.

17      THE CLERK:  In custody.

18      MR. SHERMAN:  Your Honor, for the record, my

19  name is Dennis Sherman I represent Mr. Daniels.

20          I have conveyed to Mr. Daniels the offer on

21  one and both cases.  He wishes to continue it for a

22  short period to consider it.  We would be asking for

23  April 16.

24      THE COURT:  Motion defendant April 16.  That

T291

1    will be final for a plea on at least one of the cases

2    or set to the cases down for trial with the offer

3    being revoked on both.

4                        (Which were all the proceedings had

5                    and taken in the above—entitled cause on

6                    the day and date aforesaid.)

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

1  STATE OF ILLINOIS )
                     )
2  COUNTY OF C O O K )

3            IN THE CIRCUIT COURT OF COOK COUNTY,
              COUNTY DEPARTMENT—MUNICIPAL DIVISION
4

5            I, RICHARD THEWIS, Official Court

6  Reporter of the Circuit Court of Cook County, County

7  Department, Municipal Division, do hereby certify that

8  I reported in shorthand the proceedings had on the

9  trial of the above-entitled cause; that I thereafter

10 caused to be transcribed into typewriting the above

11 Report of Proceedings which I hereby certify is a true

12 and correct transcript of the proceedings had on the

13 trial of the defendant before the Honorable Judge of

14 this Court.

15

16

17                       _____
18                       Official Court Reporter of the
                          Circuit Court of Cook County,
                          Fifth District,
19                        CSR License No.  084-002146.
                          11-12-02
20

21

22

23

24


                        T4 93

1

2    STATE OF ILLINOIS)
                )  SS.

3    COUNTY OF COOK   )

4       IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
           COUNTY DEPARTMENT-CRIMINAL DIVISION

5
    THE PEOPLE OF THE  )

6    STATE OF ILLINOIS, )
                )

7         Plaintiff,)
                )

8      vs.          )   No. 99-CR-9919
                )

9    CHARLES DANIELS,   )
                )

10        Defendant.)

11

12          REPORT OF PROCEEDINGS had

13    before the Honorable THOMAS M. DAVY,

14    heard on APRIL 16, 2002.

15          APPEARANCES:

16          HON. RICHARD A. DEVINE,
          State's Attorney of Cook County, by:

17          MS. BARBARA BAILEY AND
          MR. EDWARD RONKOWSKI,

18          Assistant State's Attorney,

19            appeared for the People;

20          MR. DENNIS SHERMAN,

21            appeared for the Defendant.

22

23    Jean McCarthy, C.S.R. 084-001937
    Official Court Reporter

24    10220 S. 76th Avenue
    Bridgeview, IL  60455

1                               I N D E X
    DATE:   4-16-02
2   Plea U-3 through U-17

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

1          THE CLERK:  Charles Daniels.

2          MR. SHERMAN:  For the record, Dennis Sherman.

3    I represent Mr. Daniels.  Mr. Daniels wishes to

4    withdraw his previously entered plea as to

5    99-CR-9919 only and enter a plea of guilty to that

6    charge.

7          THE COURT:  That is for a 12 year sentence on

8    that charge?

9          MR. SHERMAN:  Yes, your Honor, that was the

10   conference.

11         THE COURT:  Mr. Daniels, it's my understanding

12   that in Case 99-CR-9919 that charges the offense of

13   residential burglary which allegedly took place on

14   April 13th of 1999.  That was to a residence of an

15   individual by the name of Verjetta Shepard (phonetic

16   spelling.)  You are going to be entering a plea of

17   guilty at this time.  Do you understand that's what

18   you are being charged with in this case?  Is that

19   what you are pleading guilty to?

20         THE DEFENDANT:  Yes.

21         THE COURT:  Do you understand, sir, by entering

22   this plea of guilty at this time that there will not

23   be a trial of any kind in this case; either a bench

24   trial, which is a trial before me, or a jury trial,

1    which would be a trial before 12 persons selected by

2    you and your lawyer and by the Assistant State's

3    Attorney.  The jurors would be the ones to decide if

4    the State had proven you guilty beyond a reasonable

5    doubt.

6              Do you understand what a jury trial is?

7         THE DEFENDANT:  Yes, sir.

8         THE COURT:  This is your signature on the jury

9    waiver form giving up that right?

10        THE DEFENDANT:  Yes, sir.

11        THE COURT:  You also understand, sir, because

12   there will not be a trial of any kind in this case

13   you won't be seeing any of the State's witnesses who

14   would otherwise be testifying against you.  Your

15   lawyer won't be cross-examining any witness.   He

16   won't be calling any witnesses to testify on your

17   behalf, and you would also not be testifying

18   yourself.

19              Do you understand that?

20        THE DEFENDANT:  Yes, sir.

21        THE COURT:  Do you also understand if you did

22   go to trial if you decided not to testify at trial

23   no one could hold that fact against you.  In other

24   words, I nor a jury could find you guilty just

U-4

1    because you didn't testify.

2                As far as the charge, sir, residential

3    burglary is a Class 1 felony.  Because of your prior

4    background, the sentencing range becomes that of a

5    Class X.  Class X's are 6 to 30 years in the

6    Department of Corrections with 3 years mandatory

7    supervised release.  They are non-probationable.

8                Do you understand those are the possible

9    sentencing ranges?

10        THE DEFENDANT:  Yes.

11        THE COURT:  Anyone forcing you to get you to

12   enter this plea of guilty?

13        THE DEFENDANT:  No.

14        THE COURT:  Other than my promise I would

15   sentence you to 12 years Illinois Department of

16   Corrections, that is a day-for-day credit sentence.

17   You receive credit for each day you have been in

18   custody on this case, and that sentence has no

19   bearing on the other two matters you have; one case

20   before me and the other before Judge Mannion.  Has

21   anyone made any other guarantees or promises to get

22   you to enter this plea of guilty?

23        THE DEFENDANT:  No, sir.

24        THE COURT:  Have you had the opportunity to

1    speak to your lawyer and has he explained to you

2    what will take place as far as what your sentence

3    will be?

4         THE DEFENDANT:  Yes, sir.

5         THE COURT:  He's told you it's going to be 12

6    years on this case only?

7         THE DEFENDANT:  Yes, sir.

8         THE COURT:  Do you have any questions at this

9    time?

10        THE DEFENDANT:  I would like to present this to

11   you, if it's possible, and to speak to you, if

12   that's possible.

13        THE COURT:  Well, you get a chance to talk to

14   me before I impose sentence.  This would be if you

15   have any questions.

16        THE DEFENDANT:  No.

17        THE COURT:  Mr. Sherman, you have had the

18   opportunity to speak to your client.  Do you feel he

19   understands the ramifications of the plea of guilty

20   in this case?

21        MR. SHERMAN:  Yes.  I have talked to my client

22   and given him offers on this case and the other

23   case.

24        THE COURT:  At this time I find the defendant

1    knows and understands his rights; knows and

2    understands the possible penalty. I find that he is

3    entering this plea knowingly and voluntarily.  I

4    further find that based on the factual matters

5    presented in the course of the 402 conference

6    originally held on January 26th of the year 2000 and

7    continued to various dates, as well as my review of

8    the arrest report contained in the court file, there

9    would be sufficient factual basis for me to find Mr.

10   Daniels did, in fact, enter the residence of Ms.

11   Shepard without permission or authority with intent

12   to commit a theft.  Therefore, sustaining the

13   State's burden of proof beyond a reasonable doubt on

14   the charge of residential burglary and enter

15   judgment on that finding.  A pre-trial investigation

16   had been prepared in January.  Does either side have

17   any change or additions to that?

18        MR. SHERMAN:  Defense has none.

19        MS. BAILEY:  No.

20        THE COURT:  State, aggravation?

21        MS. BAILEY:  Your Honor, we rely on the 402

22   conference that you heard on January 26th of 2000,

23   April 15th of 2000, and again on April 10th of 2000

24   where the State recommended 24 years Illinois

1    Department of Corrections based on the defendant's

2    background.

3        THE COURT:  Mitigation?

4        MR. SHERMAN:  Judge, defendant's mother wishes

5    to make a statement to the Court.  May I call her?

6        THE COURT:  All right.  You may proceed.  Swear

7    her in.

8                (Witness sworn.)

9                LILLIAN DANIELS,

10   having been first duly sworn, was examined and

11   testified as follows:

12                EXAMINATION

13                BY

14                MR. SHERMAN:

15       Q    Would you state your name and where you

16   live, Ma'am?

17       A    Lillian Daniels, 7624 South May in

18   Chicago, Illinois.

19       Q    Ms. Daniels, you are the mother of Charles

20   Daniels?

21       A    Yes.

22       Q    You wanted to say something to the Judge

23   about Charles?

24       A    Yes.

1       Q    Please tell him.

2       A    Your Honor, I wanted you and the Court to

3   know Charles Daniels was raised in a Christian home.

4   He went to Sullivan High School on the north side.

5   He rode from 87th Street South to 7200 North every

6   morning.  He never missed a day.  From there he went

7   to Rice University where he graduated with only six

8   other Black students.  After leaving Sullivan High

9   School, his grandfather put him into business in a

10  dry cleaning plant.  Then he took him to the Holy

11  Land.  While in the Holy Land he went into the upper

12  room in Jerusalem.  There was a change and the

13  anointing came upon him.  As he left, the people

14  that were with him asked him what happened up there.

15  He expressed to them that the Lord had a calling on

16  his life.  God had called him into the ministry.

17  This was not what Charles wanted to do.  He reminded

18  me of Jonah.

19          If any of you are familiar with the Word

20  of God, God called Jonah to do the work, but this

21  isn't what Jonah wanted to do.  He tried to run away

22  and the Good Lord had a whale to grab him up and

23  swallow him.  When the whale sent Jonah back on dry

24  land, Jonah went to do what was the will of God.

1              I feel that the three years that Charles

2    has been in this penitentiary in this jailhouse has

3    been time for him to know that he cannot outrun God.

4    If God says he wants you to do something, this is

5    what you must do.  Charles has two daughters.  One

6    has a 4.5.  The other has a 4.3 average.  His

7    ex-wife has had a stroke and I am trying to do the

8    best I can to take these girls to the next level in

9    life, but I am 72 years old.  This is a struggle for

10   me.  I do not want to see these girls go the wrong

11   direction.  I can see no useful purpose in Charles

12   going to jail. Yes, justice will say send him to the

13   penitentiary, but mercy will say allow him another

14   chance.  I see no purpose in him going to the

15   penitentiary.  If he could be put in some type of

16   monitored program -- probation or something -- he

17   could help these children as God is in Heaven.  I

18   believe Charles Daniels is ready to do the will of

19   God and to be instrumental and turn around the lives

20   of many many more Black young men on the street.

21              God bless you, Judge.  I hope you will

22   show mercy.

23        THE COURT:  Thank you.

24              Mr. Daniels, do you wish to say

1    something?

2         THE DEFENDANT:    Yes, thank you, your Honor.    I

3    have been locked up for -- First, can I submit this

4    to you?  I have been locked up for a period of time.

5    During that period of time, to reiterate what my

6    mother has already mentioned, which is pretty much

7    some of what is contained within that letter there,

8    is the fact that during the period that I have been

9    locked up I actually did believe for a long period

10   of time having left Rice and having several

11   businesses, unknowingly, I was battling different

12   demons and spirits and voices that I was hearing

13   that I thought would allow me not to do what I was

14   called in to do.  I stand here before you now

15   recognizing more with a softened heart that I have

16   put myself in this situation.  Many times I probably

17   had my own attorney look at me and shake his head

18   because Attorney Sherman knows me.  I have let many

19   people down but mostly the Creator God down.  Here I

20   am looking at a wasted amount of time that I have

21   spent in jail and in prison, and what I beseech of

22   you is that you would accept my heartfelt request

23   that you have mercy on me.  I am sorry for what I

24   have done.  I recognize the errors that I have made;

1    the things that I have been chasing and searching

2    for in drugs and riotous living and rebelliousness.

3    I can't do anything about that now.  It's behind me.

4    But I know there is a God in Heaven whose hands it

5    is more terrible to fall into than any sanction that

6    you or any other person could impose.  I recognize

7    in fear today that I don't have any more chances

8    that the visitation that I had June 2nd by the Holy

9    God in which it was actually a heartfelt attack.  I

10   saw my life pass in front of me.  There was no one

11   there.  None of you people.  It was only me and the

12   Creator.  I was given the choice.  I pled for my

13   life as my body fell out.  No one was there.  I

14   could either do the right thing or not.  So, since

15   then I have been praying for the last seven or eight

16   hundred days sitting in jail and asking myself if I

17   will get another chance to be a productive person; a

18   person who my family has raised and supported; a

19   person who I can do a lot of good for in society.

20              I know I have had a checkered past.  To

21   abuse your mercy is one thing, but to fall into the

22   hands of the Creator is another.  I think that is

23   not something that I want.  I believe I have a good

24   future ahead of me.  All I can beseech for is mercy

1    and leniency knowing that anything other than doing

2    the right thing I will be back here and it will be

3    worse.

4                    With that said, I just ask you to with

5    whatever leniency you can extend me to do so.

6        MR. SHERMAN:  If I may say something?  I never

7    felt disgust for Mr. Daniels.  It's a real shame to

8    me because Mr. Daniels is a gifted person.  I don't

9    usually represent people who are gifted.  I think to

10   myself when they go to the penitentiary, well, maybe

11   they will break out of it.  Maybe they will

12   straighten out.  Knowing, in fact, most of them

13   will not.  It's tragic to me to represent somebody

14   who, I believe, is a person who shouldn't be in

15   jail.  It's tragic to be standing next to somebody

16   who I trust and honor and I think is a good person,

17   and then, in fact, this person cannot break out of

18   the drugs that have been in here and he's back in

19   here again and shouldn't be.

20                   He's got a wonderful mother and an

21   extremely supportive family.  It's a tragedy to me

22   that I am here; not disgust.  Thank you.

23       THE COURT:  Mr. Daniels, do you understand

24   there was a conference and that I indicated to your

1    lawyer at the last conference the State was looking

2    for 24 years in the Illinois Department of

3    Corrections?  I indicated to them if you pled on

4    this one case that I would sentence you to 12 years

5    in the Illinois Department of Corrections.

6              Do you understand that you are entering

7    that plea with the understanding that is the

8    sentence that I am going to impose?

9         THE DEFENDANT:  Yes, sir.

10        THE COURT:  Do you still wish to enter the plea

11   of guilty at this time?  Is that correct, sir?

12        THE DEFENDANT:  Yes, sir.

13        THE COURT:  Based on the matters that were

14   brought out at the conference, based on the matters

15   that were presented in the pre-sentence

16   investigation, based on the defendant's prior

17   background in 1981 of attempt burglary, three years

18   probationary sentence in 1982 for the cases of

19   residential burglary, violation of bail bond, and

20   another residential burglary case from 1986 -- 1996,

21   rather.  In 1996, a sentence of four years on the

22   residential burglary; three years on the violation

23   of bail bond.  In 1993, a 10 year sentence for

24   residential burglary.  Considering all other factors

1    in aggravation and mitigation, considering the fact,

2    Mr. Daniels, that based on your prior background

3    going to Sullivan High School and going to Rice,

4    that, apparently, it was drugs that did things that

5    shouldn't have happened to you and should not have

6    happened to society.  I have an obligation as a

7    judge to impose what I think is an appropriate

8    sentence.  I think that a 12 year sentence based on

9    your background is an appropriate sentence.

10   Accordingly, I will sentence you at this time in

11   Case 99-CR-9919 to a term of 12 years Illinois

12   Department of Corrections.  That is a day-for-day

13   sentence.  You will receive credit for days you have

14   been in custody.  I don't know if you totalled the

15   days on this.

16        MR. SHERMAN:  I have not.

17        THE COURT:  Once your lawyer indicates what

18   those days are, I will put those on the mittimus.

19             I would also advise you, Mr. Daniels,

20   that you do have the right to appeal both the fact

21   that I found you guilty and the sentence that I have

22   given.  Before filing that notice of appeal,

23   however, you must file within 30 days of today's

24   date a motion asking me to allow you to withdraw

1    this plea of guilty that you have just entered into.

2    That motion has to be in writing and set out why I

3    should let you withdraw this plea.  Any reasons not

4    set out in the written motion couldn't be used in an

5    appeal.  If you didn't have the money to hire a

6    lawyer or get a copy of the court reporter's

7    transcript, those would be provided.  If the motion

8    is allowed, I would then set this case down for

9    trial.  If I denied the motion, you would then have

10   30 days in which to file the notice of appeal.

11              Do you understand, sir, you have those

12   rights?

13        THE DEFENDANT:  Yes, sir.

14        THE COURT:  What is the status on the other

15   matter?

16        MR. RONKOWSKI:   Awaiting defendant's answer.

17        MR. SHERMAN:  I have no affirmative defense.  I

18   have no witnesses.  We would be asking to set that

19   other matter down for bench trial.  I will follow it

20   up with an answer.

21        THE COURT:  What date are you looking at?

22        MR. SHERMAN:  June 5th or 6th?

23        THE COURT:  Either one.

24        MR. SHERMAN:  June 5th.

1      THE COURT:  Motion defendant, 6-5, with

2  subpoenas, for trial; bench indicated.  I will stay

3  the mittimus on Mr. Daniels' other matter to that

4  date, as well.

5                    (Which were all the proceedings had

6                    at this time and date.)

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

1    STATE OF ILLINOIS    )

2                         )   SS.

3    COUNTY OF COOK       )

4

5         I, JEAN MC CARTHY, an Official Court Reporter

6    of the Circuit Court of Cook County, Illinois,

7    hereby certify that I reported in stenographic notes

8    the proceedings had in the above-entitled matter;

9    that I thereafter caused the foregoing to be

10   transcribed into typewriting, and further certify

11   that the foregoing is a true and accurate

12   transcript of the proceedings had on this date.

13

14                    _Jean M. McCarthy_

15                    OFFICIAL COURT REPORTER
                      CERTIFIED SHORTHAND REPORTER
16                    NO. 084-001937

17

18
     Dated this 29th Day of
19   NOVEMBER, 2002.

20

21

22

23

24

U-18