File Date: __May 15, 2008__

Case No: __07 cv 6475__

ATTACHMENT # _____

EXHIBIT _____6_____

TAB (DESCRIPTION) _____

00CR-7104

**Record**

~~Appeal~~

06-2583

**Court of Illinois**

_____
APPELLATE

_____
FIRST

**District**

FILED
APPELLATE COURT 1st DIST
STEVEN M. RAVID
CLERK
APR 27 2007

**Circuit Court No.** _____  00 CR 7104

**Trial Judge** _____  THOMAS DAVY

**Reviewing Court No.** _____  02–2905

_____
THE PEOPLE OF THE STATE OF ILLINOIS

02    **VS.**    2905

CHARLES DANIELS

## from
# CIRCUIT COURT
## of
# COOK COUNTY, ILLINOIS
### COUNTY DEPARTMENT, CRIMINAL DIVISION

ONE VOLUME

SUPPLEMENTAL RECORD

**DOROTHY BROWN,**
**Clerk of the Circuit Court**

**Per** _____  DB/SG

**Deputy**

(Rev. 1/17/01) CCCR

EXHIBIT U

# UNITED STATES OF AMERICA

State of Illinois )
                    ) SS.
  Cook County   )

Pleas, before a branch of the Circuit Court of Cook County, in said County and

State, begun and held at the Circuit Court, in said County,    COOK

TWO THOUSAND THREE AND OF THE INDEPENDENCE OF THE UNITED STATES OF AMERICA, TWO
HUNDRED AND TWENTY-SEVENTH YEAR.

Present: Honorable

PAUL P. BIEBEL, JR....... Judge of the Circuit Court of Cook County

RICHARD A. DEVINE.............................. State's Attorney

MICHAEL F. SHEAHAN....................... Sheriff of Cook County

DOROTHY BROWN........................................Clerk

Attest:

And afterwards, to-wit: on

APRIL 25, 2003    ,    there was RECEIVED and FILED

in the Office of the Clerk of the Clerk of the Circuit Court of Cook County, Illinois.   COUNTY DEPARTMENT,
CRIMINAL DIVISION. AN INFORMATION GENERAL NUMBER               FOLLOWING TO WIT:

**00 CR 7104**

**W. THOMAS LOVE, M.D., LTD. AND ASSOCIATES**

111 N. WABASH AVE. - SUITE 1805
CHICAGO, IL 60602-2002
TEL. (312) 332-5898   FAX (312) 332-4175

W. THOMAS LOVE, M.D.

*4 FEB 00*

TO: JUDGE OF BRIDGEVIEW CIRCUIT COURT,
FROM: W THOMAS LOVE, M.D.
RE: DANIELS, CHARLES

Mr. Daniels is to appear before you this morning. He is scheduled for a comprehensive neuropsychiatric evaluation in my office on Weds. 9 FEB 00 AT 3 30/PM. I have been out of town and this appointment was the earliest possible. My services are being sought at the behest of his family who have for sometime attempted to arrange for diagnostic evaluation; given that the behaviour for which he is before you is antithetical to his personal and family background, along with his role as father to two children 13 and 11 years of age and obviously will suffer should he not receive comprehensive diagnosis and aggressive

DANIELS, CHARLES

## W. THOMAS LOVE, M.D., LTD. AND ASSOCIATES

111 N. WABASH AVE. - SUITE 1805
CHICAGO, IL 60602-2002
TEL. (312) 332-5898   FAX (312) 332-4175

W. THOMAS LOVE, M.D.

CARE FOR WHAT APPEARS TO BE SEVERE PSYCHIATRIC AND ADDICTIVE ILLNESS. HE WAS REFERRED TO ME BY ROBERT YOUNKINS, M.D. FOR THIS EVALUATION I AM CLINICAL DIRECTOR OF CHICAGO LAKESHORE HOSPITAL AND DIRECTLY IN CHARGE OF THE DUAL DIAGNOSIS PROGRAM AS WELL AS HAVING A LECTURESHIP AT THE UNIVERSITY OF CHICAGO FOCUSING ON THIS DIFFICULTY BY ALL REPORTS MR. DANIELS IS BEREFT OF THE CAPACITY TO CONTAIN HIS IMPULSES AND IS IN NEED OF URGENT MEDICAL PSYCHIATRIC EVALUATION AND CARE AS WELL AS LONG REHABILITATIVE SERVICES WHICH HE IS MAKING PROVISIONS FOR UNDER THE AUSPICES OF REVEREND ARRINGTON AND WOULD THERE-FORE BE IN STRICT RESIDENTIAL CARE FOR NO LESS THAN ONE YEAR. THIS, IN MY MIND, AFFORDS MR. DANIELS THE HIGHEST LIKELIHOOD OF CESSATING THE PAIN AND DESTRUCTIVE TURMOIL OF HIS ILLNESS.

THANK YOU

IN THE CIRCUIT COURT OF COOK COUNTY

People of the State of Illinois,

vs.

Charles Daniels AKA William Brady,
               Defendant

)
)
)
)
)
)
)
)
)
)

Judge _DAY_

District _5th_ Room _109_

Case No. _99CR9919 & 00CR7104_

Charge _Residential Burg & Burg_

## CONSOLIDATED REFERRAL ORDER

It is hereby ordered by the Court that Forensic Clinical Services of the Circuit Court of Cook County, Illinois, examines the above named defendant, as to:

_✓_     a. Fitness to stand trial

_____     b. Fitness to stand trial with medication

_✓_     c. Sanity

_____     d. Ability to understand Miranda

_____     e. Other: _____

Is defendant on bond? Yes _____ No _✓_ Alias _William Bailey_

Address of Defendant: _DIU 1_

_____ City _____ State _____
Zip _____ Phone _____ Sex _M_ DOB _9-6-54_

Name of Next of Kin: _Lillian Daniels_
Address: _7624 S. May_ City _CHGO_ State _ILL_
Zip: _60620_ Phone _773-224-4050_ Relationship to Defendant _mother_

It is further ordered that Forensic Clinical Services make a report to the Court, including psychological/psychiatric summaries, on or before the next court date of:

_November 14, 2000_ , ~~199~~ , to;
_Judge Thomas M Davy_
_Rm 109 Bridgeview_
_FAX 708 874 6021_

Attorney: _Dennis Sherman_
Address: _150 N. Wacker_
City, State, Zip: _Chicago 60606_
Telephone: _312-372-3757_
Attorney Code No: _21037_

**ENTER:**

DATED _10-2-00_

_____
JUDGE              _1590_
                        JUDGE'S NO.

WHITE - Court File     YELLOW - Forensic Clinical Services     PINK - Defendant Copy     GOLD - State Copy

4

FORENSIC CLINICAL SERVICES

CIRCUIT COURT OF COOK COUNTY
Criminal Courts Administration Bldg.
2650 S. California Ave., Rm 1001
Chicago, Illinois 60608
Phone 773 869-6100
Fax 773 869-2371
TDD 773 869-7605

DONALD P. O'CONNELL
CHIEF JUDGE

MATHEW S. MARKOS, M.D.
DIRECTOR

October 25, 2000

The Honorable Thomas Davy
Judge of the Circuit Court of Cook County
Fifth Municipal District, Room 109
10220 South 76th Avenue
Bridgeview, IL 60455

RE: People of the State of Illinois
vs.
CHARLES DANIELS aka William Brady
Indictment No. 99-CR-09919;00-CR-07104
Due Date: November 14, 2000

Dear Judge Davy:

Pursuant to Your Honor's order, the undersigned psychologist examined the above-named defendant on October 23, 2000. This defendant does not display any indications of psychosis, serious mood disorder, or cognitive deficits. He attempted to malinger psychotic symptoms. He reports he is not taking any psychotropic medication.

In my opinion, to a reasonable degree of scientific certainty, this defendant is PSYCHOLOGICALLY FIT TO STAND TRIAL. He is aware of the nature of the charges and proceedings pending against him. He is able to cooperate with and is competent to assist counsel in his own defense.

The defendant does not display any indications that he was suffering from any mental disease or defect at the time of the alleged offense which would have substantially impaired his ability to understand the criminality of his alleged act. In my opinion, to a reasonable degree of scientific certainty, and based on my review of the file and my clinical evaluation, this defendant was LEGALLY SANE at the time of the alleged offense.

Respectfully submitted,

DATE: 10-25-00

Michael Rabin, Ph.D.,
Licensed Clinical Psychologist

MR:lm

0001825/INDLTR

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

People

Charles Daniels

NO. 99 CR 9919

**ENTERED**

JAN 1 7 2001

DOROTHY BROWN
CLERK OF CIRCUIT COURT

**ORDER**

Now comes the Defendant Charles Daniels by & through his Attorney Dennis Hugh Sherman & prays this court to order the Department of Corrections, Cook County to allow Dr W. Thomas Love to Examine the Defendant concerning sanity at the time of the crime.

It is hereby ordered that Dr W. Thomas Love M.D. is allowed to visit & ex- amine Charles Daniels in Division 1 Cook County Department

Atty No. 21037

Name Dennis Hugh Sherman

Attorney for C. Daniels

Address

City / Zip

Telephone

Jan 17, 2001

**ENTER:**

_____
Judge            Judge's No.

**CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**

CCG-N002-150M-5/12/00(03480663)

ORIGINAL-COURT FILE

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

People

v.

Charles Daniels

NO. 99CR 9919

**ENTERED**

MAR 1 2 2001

DOROTHY BROWN
CLERK OF CIRCUIT COURT

**ORDER**

This matter coming on to be heard before His Honor Judge Davy on motion of Defendant to determine fitness to stand trail & sanity at the time of the offense & the Court being advised in all the premises.

It is hereby ordered that the Cook Department of Corrections allow Dr Joyce Miller, M.D. of Jackson Park Hospital to visit & evaluate Charles Daniels #2000 0011918 in Division I Tier B-3 pursuant to this order forthwith.

Atty No. 21037

Name Dennis Hogue Sherman

Attorney for C. Daniels

Address 50 N. Wacker

City / Zip Chicago 60606

Telephone 312-372-3757

Mar 12, 2001

**ENTER:**

_____ 1540
Judge        Judge's No.

**CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**

ORIGINAL-COURT FILE

CCG-N002-150M-5/12/00(03480663)

JACKSON PARK HOSPITAL & MEDICAL CENTER
7531 SOUTH STONY ISLAND AVENUE
SUITE 534
CHICAGO, IL 60649
(312) 947-7905

March 20, 2001

**FILED**

JUN 20 2001

**DOROTHY BROWN**
**CLERK OF CIRCUIT COURT**

Mr. Dennis Sherman
Attorney-at-Law

RE: Psychiatric Evaluation of Mr. Charles Daniels

IDENTIFYING INFORMATION: Mr. Charles Daniels is a 46-year-old divorced black male with two children. He is currently incarcerated at Cook County Jail, Chicago, Illinois.

REASON FOR EVALUATION: Mr. Charles Daniels was evaluated by me for a period of 60 minutes on March 16, 2001, for the purpose of court proceeding involving a charge of burglary that occurred on April 15, 1999.

HISTORY OF PRESENT ILLNESS: Mr. Daniels admits to a history of at times feeling very depressed about his life. He feels that there has been wasted opportunities and feels disappointed in himself. He admits that he did not accomplish his goals as he would had hoped after coming out of college. He has noted racing thoughts, having the need to live on the edge, grandiose ideations, immortality and the desire for constant excitement. He also admits



to insomnia and extreme anxiety which makes it difficult for him to relax. He feels a constant tension in his body with hyperness and excessive energy. He at times finds it difficult to release this energy in an appropriate way. The client completed college in 1976 and then completed one year of law school. He left school in order to supervise the family business. He was very productive in his work with excellent financial compensation. It was during this time period that Mr. Daniels began his cocaine usage which progressed to addiction. He was convicted of burglary and served two years. He admitted that his lifestyle allowed him excitement and the feeling of living on the edge in spite of being gainfully employed with a bright future.

Once released from prison, the client managed various enterprises through his family business, handling large amounts of finances and responsibilities. He returned to his usage of alcohol and cocaine in which large amounts of money was used. He was once again convicted of burglary and this time served three years.

Once released from prison, Mr. Daniels sought employment in various sales positions, working for approximately six months at a time. He attributes his short work stay to boredom and lack of excitement. He states that he again was very productive in his work but would become very restless and anxious feeling the need to move on to some other adventure. He again resorted to alcohol and cocaine usage which he finally realized helped to calm him down.

On April 15, 1999, the client stated that he was using alcohol and cocaine. He was later arrested for burglary, being apprehended at the scene. Mr. Daniels denies any recollection of the evening. According to the client, he was described by onlookers as screaming, running, and then jumping out of a first floor window. He describes an injury to his hip from the past which limits his mobility. He therefore finds it difficult to understand how he was

able to act in this fashion described to him. This introduces the possibility of some other drug in his system which could produce this type of extreme behavior with impaired insight and judgement. A drug screen at the time of arrest could delineate the substances.

PAST HISTORY: Mr. Charles Daniels was raised by his mother and has one sibling, William, who has been diagnosed with a mental illness. He describes his family as close and had always been a high achiever. He states that his childhood was good and that he performed well in high school. He later attended Rice University on a basketball scholarship and graduated in 1976.

PAST PSYCHIATRIC HISTORY:
  1992 – Jackson Park Hospital – Detox and later attended five
        day program for drug treatment.
  1997 – Southwest Mental Health Center – was treated with
        Elavil which helped him to feel more calm.
        He also attended a Day Program for 6 months.
  1998 – Southwest Mental Health Center – counseling
  2000 – W. Thomas Love, M.D. – prescribed some medication
  2000 – Milton Daugherty M.D. – counseling
  2000 – overdosed on brother's medication on way to court

DRUG AND ALCOHOL HISTORY – as previously stated

MENTAL STATUS EXAMINATION: Mr. Charles Daniels looks his stated age and is dressed in prison wear. He is cooperative and open in talking about himself. He is appropriate and later has downcast look as he talks about his past failures in life. He is noted to have racing thoughts and at times difficult for him to concentrate on one subject during the interview. He has no present delusions or hallucinations and no present suicidal thoughts. He has increased psychomotor activity with constantly moving hands and picking up then putting down paper. He admits to showing

impaired insight and judgement regarding past activities and drug usage.

SUMMARY:

Mr. Charles Daniels , is a 46 year-old male currently incarcerated at Cook County Jail for burglary. He has symptoms of anxiety, racing thoughts, insomnia, the need to live on the edge and the need for excitement which has lead to inappropriate behavior. He admits to a long history of alcohol and cocaine usage to the point of cocaine addiction which seemed to calm him down. On April 15, 1999, the client admits to alcohol and cocaine usage but acted in such a way to question the presence of some other agent such as PCP to produce such extreme behavior on the night in question. Mr. Daniels has attempted to seek treatment for his symptoms but continued to relapse into alcohol and cocaine usage therefore never being completely treated. He now recognizes the importance of being fully evaluated with the possibility of medication, counseling and drug treatment.

DIAGNOSIS:  BIPOLAR DISORDER
            ALCOHOL ABUSE
            COCAINE DEPENDENCE

RECOMMENDATIONS:  Mr. Daniels is in need of assessment and stabilization of symptoms with medication. He also needs intense treatment for alcohol and cocaine addiction. The possibility of another substance being in his system unknowingly needs to be considered given his behavior on April 15, 1999 producing such impaired insight and judgement. If he is sentenced to prison, he will need to be on the Psychiatric Unit where he can be monitored to prevent possibly causing harm to self. If rehabilitation is the goal of our correctional system, imprisonment of Mr. Daniels at this time is inappropriate given that the two factors that most likely contributed to his behavior, even in the past

have not been fully addressed. This client could become rehabilitated and serve as a productive citizen if his symptoms of bipolar illness and cocaine addiction were treated. He has been successful in his life by completing a college degree as well as being productive in a work environment. It is also of note that mental illness runs in this family and the symptoms this client has displayed cannot be overlooked. The treatment of Mr. Daniels is highly recommended at this time.


J.R. Miller, M.D.
Board Certified Adult Psychiatrist

12

JOYCE R. MILLER, M.D.
JACKSON PARK HOSPITAL & MEDICAL CENTER
7531 SOUTH STONY ISLAND AVENUE
SUITE 534
CHICAGO, IL 60649
(312) 947-7905

May 16, 2001

Mr. Dennis Sherman
Attorney-at-Law

RE: Psychiatric Evaluation of Mr. Charles Daniels

IDENTIFYING INFORMATION: Mr. Charles Daniels is
a 46 year old divorced black male with two children. He is
currently incarcerated at Cook County Jail, Chicago,
Illinois.

Mr. Charles Daniels was evaluated by me on May 14, 2001
for the purpose of court proceeding involving a charge of
burglary that occurred in 1999.

On April 15, 1999, the client stated that he was using
alcohol and cocaine. He was later arrested for burglary
being apprehended at the scene. Mr. Daniels denies any
recollection of the evening. According to the client, he was
described by onlookers as screaming, running, and then
jumping out of a first floor window. He describes an injury
to his hip from the past which limits his mobility. He
therefore finds it difficult to understand how he was able to
act in this fashion described to him. This introduces the

possibility of some other drug in his system which could produce this type of extreme behavior with impaired insight and judgement.  A drug screen at the time of arrest could have delineated the substances.

Phencyclidine(PCP) intoxication could explain the behavior of Mr. Daniels on the date of April 15, 1999.  This substance can cause maladaptive behavioral changes (i.e. belligerence, assaultiveness, impulsiveness, unpredictability, impaired judgement, or impaired social or occupational functioning), which could occur during or shortly after phencyclidine use.

Mr. Daniels has a history of cocaine and alcohol usage. Given his behavior on the night of April 15, 1999, it is highly suggestive that some other substance was used unknowingly at the time.  This has to be considered given that PCP can cause behavioral changes which definitely occurred in Mr. Daniels.  Under the influence of PCP, Mr. Daniels showed impaired judgement and impulsiveness. This is directly related to the events that occurred on April 15, 1999 and therefore he was not in control of himself. This again suggest the need for drug treatment as well as further assessment regarding medication management as stated in initial report.

J.R. Miller, M.D.
Board Certified Adult Psychiatrist

14

# IN THE CIRCUIT COURT OF COOK COUNTY

People of the State of Illinois,

vs.

Charles Daniels a/k/a William Banks

Defendant

Judge __Davy__

District __5th__ Room __109__

Case No. __99 CR 9919__

Charge __Residential Burglary__

## CONSOLIDATED REFERRAL ORDER

It is hereby ordered by the Court that Forensic Clinical Services of the Circuit Court of Cook County, Illinois, examines the above named defendant, as to:

_____ a. Fitness to stand trial

_____ b. Fitness to stand trial with medication

_____ c. Sanity

_____ d. Ability to understand Miranda

__X__ e. Other: __Evaluate Dr. Joyce Miller report of possible defense of drug or intoxicated condition__

Is defendant on bond? Yes _____ No __X__ Alias _____

Address of Defendant: __Cook County Jail__ City _____ State _____

Zip _____ Phone _____ Sex _____ DOB _____

Name of Next of Kin: __Lillian Daniels__

Address: __7624 S. May__ City __Chicago__ State __Il__

Zip: __60620__ Phone __773-224-4050__ Relationship to Defendant: __mother__

It is further ordered that Forensic Clinical Services make a report to the Court, including psychological/psychiatric summaries, on or before the next court date of:

__July 24 2001__ , 199__, to;

__Judge Thomas Davy__

__Room 109 Bridgeview__

__FAX 708-974-6021__

Attorney: __ASA Edward Ronkowski__

Address: __10220 S. 76th Ave.__

City, State, Zip: __Bridgeview Il. 60455__

Telephone: __708-974-6394__

Attorney Code No:

ENTER:

DATED __6-20-01__

_____ 1540

JUDGE / JUDGE'S NO.

FORENSIC CLINICAL SERVICES
STATE OF ILLINOIS
CIRCUIT COURT OF COOK COUNTY
Criminal Courts Administration Bldg.
2650 S. California Ave., Rm 1001
Chicago, Illinois 60608
Phone  773 869-6100
Fax    773 869-2371
TDD    773 869-7605

DONALD P. O'CONNELL
CHIEF JUDGE

MATHEW S. MARKOS, M.D.
DIRECTOR

July 23, 2001

FILED
JUL 24 2001
DOROTHY BROWN
Clerk of Circuit Court

The Honorable Thomas Davy
Judge of the Circuit Court of Cook County
Fifth Municipal District, Room 109
10220 South 76th Avenue
Bridgeview, IL 60455

RE:  People of the State of Illinois
        vs.
     Charles Daniels aka William Brady
     Indictment No. 99 CR 09919
     Due Date:  July 24, 2001

Dear Judge Davy:

Pursuant to Your Honor's court order to evaluate the above named defendant, we are unable to comply at this time. Medical records, a psycho-social history from the family and transcripts of any and all pre-trial court proceedings are needed.    These are essential for completing this case.   Please be assured that we will complete this case as soon as possible.

If the court wishes, please grant a continuance.

                        Sincerely,

                        Mathew S. Markos RE

                        Mathew S. Markos, M.D.
                        Director

MSM:mmo

0001825.1/INDLTR

TOTAL P.01

116

# FORENSIC CLINICAL SERVICES

## PSYCHIATRIC SUMMARY

**NAME**  Charles Daniels          **DATE**  9-13-2001          **CHART NO.** 0001825

**IDENTIFYING INFORMATION:**          The defendant is a 47 year old African-American male who is charged with residential burglary. He is referred here for an evaluation regarding his legal sanity and "possible defense of drug or intoxicated condition." He is housed in Division 1 of Cook County Jail at present. He was examined for this evaluation on July 20, 2001, August 29, 2001, and September 13, 2001.

**RECORDS REVIEWED:**  As a part of this evaluation, I reviewed the following records:

(1)  Referral order from the court dated June 20, 2001.

(2)  A report of a psychiatric evaluation of the defendant prepared by Joyce R. Miller, M.D., Board Certified Adult Psychiatrist at Jackson Park Hospital and Medical Center. This report was dated March 20, 2001.

(3)  Medication profile from Cermak Health Services dated July 25, 2001.

(4)  Reports of proceedings of the preliminary hearing before the Honorable Clarence Bryant on April 16, 1999, of the hearing had on October 13, 1999 before the Honorable Thomas Davy, Judge of the Circuit Court, and of the trial before the Honorable Thomas Davy heard on the second day of

August, 1999 pertinent to motion to suppress evidence.

(5)  Clinical social work evaluation dated August 7, 2001 prepared by Janine Bostick, LCSW, at Forensic Clinical Services.

(6)  Psychological summary prepared by Michael Rabin, Ph.D., Licensed Clinical Psychologist dated October 23, 2000.

(7)  Police reports pertaining to the alleged incident and the defendant's arrest which occurred on April 15, 1999.

(8)  The defendant's rap sheet indicating multiple felony convictions.

(9)  Psychiatric and medical records from Cermak Health Services.

(10)  Medical records from Jackson Park Hospital.

(11)  A letter from Southwest Mental Health Center indicating that they could not find any record of the above named client and therefore, the authorization was returned.

Page 2

# FORENSIC CLINICAL SERVICES

## PSYCHIATRIC SUMMARY

**NAME** Charles Daniels          **DATE** 9-13-2001          **CHART NO.** 0001825

**CLINICAL EVALUATION:** The defendant was informed of the purpose and nonconfidential nature of this evaluation. He was able to understand this advisory and demonstrated the understanding by paraphrasing this advisory and agreed to proceed with the examination.

**Psychiatric History:** The defendant reported that currently in Cook County Jail, he was not receiving any psychiatric treatment. He denied being prescribed any psychotropic medication. He felt that he was falsely and unfairly accused and confined to Cook County Jail. He was frustrated and depressed about being in jail. He further indicated that he was disappointed in himself because he had wasted many opportunities to turn his life around.

He admitted that he had graduated from college and because of his heavy drug abuse, particularly cocaine abuse, he had not been socially and vocationally successful in his life. He was hoping that this time, once he gets out of the custody of the Department of Corrections, he would be able to seek treatment for his cocaine abuse and become more productive and successful socially and vocationally.

He acknowledged that he had been arrested and convicted on multiple felony charges. He refused to discuss those situations in any detail. He indicated "I was forced to plead guilty and that's all I have to say about my previous convictions." He was also not very elaborate in describing his drug habit. He stated that he was using alcohol and cocaine heavily for many years and his various attempts to quit his habits had been unsuccessful. He denied ever seeking or receiving any professional help with his drug abuse. He further denied any form of psychiatric treatment in the past. He reported that he had talked to Dr. Doherty on a few occasions as a family friend but not as a professional.

According to his mother, he had been abusing illegal drugs following his return home from college when she had noticed a change in his behavior. She did not know what drugs he had used over the years but noted he had reported PCP use. My direct inquiry to the defendant yielded the response "I never used PCP." She further reported that there were times where he functioned very well and made three or four thousand in one month doing telemarketing. In the past, he had stolen from family members to support his addiction including his aunt and mother. His mother also indicated that he had never been psychiatrically hospitalized or treated as an outpatient. She reported that on one occasion he had contacted a psychiatrist named Dr. Doherty from whom mother had received treatment on a regular basis. Mother also noted that the patient on occasions went to Southwest Mental Health Center, however, she was uncertain of the reasons for and the nature of



## FORENSIC CLINICAL SERVICES

## PSYCHIATRIC SUMMARY

**NAME** Charles Daniels          **DATE** 9-13-2001          **CHART NO.** 0001825

treatment he may have received there.  According to Southwest Mental Health Center, there were no records of any treatment of the defendant.

At present, in Cook County Jail, he was not receiving any psychiatric treatment.  According to the records from Cermak Health Services on brief primary psychological screening on May 9, 2000, he had denied ever being hospitalized for psychiatric treatment or receiving any psychiatric outpatient treatment.  He had admitted to alcohol, heroin and cocaine abuse.  He had denied any suicide attempt or feeling suicidal at that time.  He was considered appropriate for RCDC area.  Medical records from Cermak Health Services indicated that he had been treated for complaints of pain in hips and it was indicated that he needed left hip replacement.  He was treated with analgesics and physical therapy.

**Evaluation of His Legal Sanity and "Possible Defense of Drug or Intoxicated State" at the Time of the Alleged Offense:** The defendant reported that he had no memory of the alleged incident for which he was arrested and charged with residential burglary.  He further indicated that since he had no recollection of the alleged incident, he could not tell me anything about his mental state at that time.  He indicated the first thing he remembered after the alleged incident was that he was in Cook County Jail, being given physical examination and being on Deck B-3.  He further indicated that he had been clean of alcohol and cocaine since 1999, however, before the 1999 incident, he was using a lot.  He used fifty to one hundred dollars worth of powder cocaine and snorted it and he drank alcohol everyday, whiskey and gin, more than a fifth everyday.  He felt that he must have been intoxicated at the time of this alleged incident and therefore he was unable to remember the event at all.

He further informed me that he had been told by onlookers and police officers that "something was wrong with me, I was screaming and jumped out of the window, jumping over the fence and I was laughing and screaming" at and around time of his arrest.  He further indicated that he remembered that the police officers had testified about this, however, according to the transcript, there was no description similar to this of his behavior given by the police officers.  When I pointed this out to him, he was unable to give any explanation of this contradiction and stated that I should talk to his lawyer and maybe he could help me.  Subsequently I had placed phone calls and left messages to his lawyer but his lawyer had never gotten back to me about this.

According to the police report, the arresting officer responded to an assignment of a burglary in progress.  They arrived to observe the back door of the premise open and the offender inside.  The offender broke a backroom window, exited the premise through it with officers in pursuit.  The offender was apprehended after a short foot chase.  The subject was arrested and

# FORENSIC CLINICAL SERVICES

## PSYCHIATRIC SUMMARY

**NAME** Charles Daniels    **DATE** 9-13-2001    **CHART NO.** 0001825

advised of his rights. The custodial search revealed the offender had a Guess watch, a Hitachi remote control and a blue box in his pockets. Returning to the scene, the officers observed that a JVC stereo receiver, a brown leather jacket, a Hitachi VCR, a Super Nintendo Video System and a Packard Bell Computer System had been put into a duffle bag on the floor near the rear door. The police officer also stated that the victim's rear door sustained considerable damage by the offender in gaining entry. The alleged victim did not know the offender nor did she give him permission to enter her residence or to remove property. Subsequently the detective interviewed the offender, read him his Miranda rights after which he stated "I don't have anything to say" and refused to answer any further questions. I pointed out this description of his behavior to the defendant and asked him to explain how he could have been acting so purposefully and goal directedly, and this description is in marked contradiction with what he was asserting about his behavior that he was screaming and yelling and jumping through the fence and jumping from the window. He was unable to give any explanation of this inconsistency between what he had asserted and what was described in the police report.

According to Dr. Miller's report, on April 15, 1999, the defendant was using alcohol and cocaine and he had denied any recollection of the evening. According to the defendant, he was described by onlookers as screaming, running and then jumping out of the first floor window. This introduced the possibility of some other drug in his system which could produce this type of extreme behavior with impaired insight and judgement. However, no drug testing was done at that time. Furthermore, there is no substantiation of this kind of behavior at the time of his arrest and alleged offense from any onlooker or police officer. Dr. Miller concludes that the presence of some other agent such as PCP may have produced such extreme behavior on the night in question.

Thus, in my opinion the defendant was acting purposefully and logically at the time of the alleged offense and therefore, he must have been legally sane. Furthermore, there is no clinical evidence either behavioral or toxicological from analysis of blood or urine, that he was suffering from any intoxication from drugs or alcohol at that time.

**MENTAL STATUS EXAM:** The defendant was alert, oriented and cooperative. He was able to answer all my questions coherently and rationally. At times he was guarded, vague and evasive. His thought processes were goal directed and logical. His affect was appropriate in content and full in range. He was appropriately frustrated and depressed about being in Cook County Jail and the prospect of being sentenced to prison for a long time. He denied any symptoms of psychosis. There was no evidence of any affective disorder or intellectual deficit.

Page 5

# FORENSIC CLINICAL SERVICES

## PSYCHIATRIC SUMMARY

**NAME**  Charles Daniels       **DATE**  9-13-2001       **CHART NO.** 0001825

symptoms of psychosis.    There was no evidence of any affective disorder or intellectual deficit.

**DIAGNOSIS:**  Alcohol and Cocaine Dependence
Adjustment Disorder, with mixed emotional features

**CONCLUSION:**    Pursuant to Your Honor's order, the undersigned psychiatrist examined the above defendant on July 20, 2001, August 29, 2001 and September 13, 2001.

Based on my clinical evaluation and review of all pertinent records, it is my opinion, within a reasonable degree of medical and psychiatric certainty, that the defendant would have been **LEGALLY SANE** at the time of the alleged offense.    There is no indication that he lacked substantial capacity to appreciate the criminality of his alleged actions due to any mental disease or defect.

It is further my opinion, that **there is no clinical evidence to suggest that he was intoxicated or drugged** either so extremely as to suspend the power of reason and render him incapable of forming a specific intent which is an element of the offense, or involuntarily and deprived of substantial capacity either to appreciate the criminality of his conduct or to conform his conduct to the requirements of the law.

DATE: 10/2/01
Haidari H. Shikari, M.D.
Staff Psychiatrist

HHS:lm

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**

COOK (County)     Cook (Municipal)     DEPARTMENT   County Crim (Division)     1st (District)

People of the State of Illinois

v.

DANIELS, CHARLES

**Defendant**

AKA WILLIAM BRADY

NO. 00CR 07104-0

I. R. #_____

S. L. D. #_____

**ORDER OF SENTENCE AND COMMITMENT TO
ILLINOIS DEPARTMENT OF CORRECTIONS**

The defendant having been adjudged guilty of committing the offense(s) enumerated below,

IT IS ORDERED that the defendant _CHARLES WILLIAM_ be and is hereby sentenced to the ILLINOIS DEPARTMENT OF CORRECTIONS AS FOLLOWS:

8 YR IDOC
credit for 1047 Days
Consecutive TV
99CR 09919-01

Offense _Burg_     720 ILCS _5/ 19-1_     **Statutory Citation**

Offense _____ ILCS ___/___

Offense _____ ILCS ___/___   13/08

Offense _____ ILCS ___/___

IT IS FURTHER ORDERED that the Clerk of the Court shall deliver a copy of this order to the Sheriff of Cook County.

IT IS FURTHER ORDERED that the Sheriff of Cook County shall take the defendant into custody and deliver him/her to the Illinois Department of Corrections.

IT IS FURTHER ORDERED that the Illinois Department of Corrections shall take the defendant into custody and confine him/her in the manner provided by law until the above sentence is fulfilled.

PREPARED BY _____

DEPUTY CLERK _____

BRANCH COURT _____    DATE 2-13-02

ENTER: _Jer my Day 1590_

JUDGE _____    JUDGE'S NO. _____

MS 12/8/06

VDR

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

Cook _____ Sub 5 DEPARTMENT Crim _____
(County)            (Municipal)                    (Division)                    (District)

**People of the State of Illinois**                    NO. _99 CR 09919-0?_
v.                                                      I. R. # _0486907_
_Charles Daniels_                                      S. L. D. # _018207540_
_____ **Defendant**

## ORDER OF SENTENCE AND COMMITMENT TO
## ILLINOIS DEPARTMENT OF CORRECTIONS

The defendant having been adjudged guilty of committing the offense(s) enumerated below,

IT IS ORDERED that the defendant _Charles Daniels_ be and is hereby
sentenced to the ILLINOIS DEPARTMENT OF CORRECTIONS AS FOLLOWS:

_A sentenced to 12 years IDOC,_
_credit 1203 days, TCS as of 7-30-02_
_plus 135 days from 7-30-02 to_
_12-12-02 when mitt issued_

|  | | Statutory Citation |
|---|---|---|
| Offense _res burg_ | 720 ILCS 5 / 19-3 |
| Offense | ILCS / |
| Offense | ILCS / |
| Offense | ILCS / |

IT IS FURTHER ORDERED that the Clerk of the Court shall deliver a copy of this order to the Sheriff of Cook County.

IT IS FURTHER ORDERED that the Sheriff of Cook County shall take the defendant into custody and deliver him/her to the Illinois Department of Corrections.

IT IS FURTHER ORDERED that the Illinois Department of Corrections shall take the defendant into custody and confine him/her in the manner provided by law until the above sentence is fulfilled.

PREPARED BY _____
DEPUTY CLERK                                       JUDGE _7 Day_        JUDGE'S NO. _1590_

_5_              _7-30-02_                          **ENTERED**
BRANCH COURT        DATE
                                                   JUL 3 0 2002
                                                   **DOROTHY BROWN**
                                                   CLERK OF CIRCUIT COURT

AURELIA PUCINSKI, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

CCG-N305-3/11/97-150M(83420244)



**RTER**

**EMPLE CHURCH**

Christian Methodist Episcopal

7841 South Wabash Avenue • Chicago, Illinois 60619
(773) 874-0175   Fax:  (773) 874-8620



REV. DR. HENRY M. WILLIAMSON, SR., Pastor
REV. DR. CARRELL K. CARGLE, SR., Presiding Elder
BISHOP DOTCY I. ISOM, JR., Presiding Prelate

February 2, 2000

To Whom It May Concern:

I believe that Charles Daniels is redeemable and can be helped.  I know his family and the support they will give to help him in this process.  As a Pastor in the community and a person familiar with Charles, I would like to recommend whatever leniency possible and treatment which is available for him at this time.

I am prepared to help with his rehabilitation along with the resources of Carter Temple CME Church.

Your servant in Christ,

Rev. Dr. Henry M. Williamson, Sr.
President

24

(Rev. 12/6/00)  CCCR 0056

**STATE OF ILLINOIS** } ss:
**COUNTY OF COOK** }

I, **DOROTHY BROWN**, Clerk of the Circuit Court of Cook County, in said County and State, and Keeper of the Records and Seal thereof, do hereby certify the above and foregoing to be a true, perfect and complete copy of A ONE VOLUME SUPPLEMENTAL RECORD

CONSISTING OF THE REPORT OF PROCEEDINGS;ONLY. NO PRAECIPE HAVING BEEN FILED PURSUANT

TO THE NOTICE OF APPEAL FILED IN THE APPELLATE COURT UNDER APPELLATE COURT NO.

02-2905

in a certain cause _____ LATELY _____ pending in said Court, between

The People of the State of Illinois _____ WERE _____, Plaintiffs and

_____ CHARLES DANIELS _____ WAS _____, Defendant.

Witness:  **DOROTHY BROWN**,

Clerk of the court, and the Seal thereof, at Chicago

in said County, _____ APRIL 25 _____, 2003

_____
Clerk

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**

# Transcript of Record

## Appeal

*06-2583*

to

APPELLATE

**Court of Illinois**

FIRST

**District**

*FILED APR 27 2007 STEVEN M. RAVID CLERK APPELLATE COURT 1st DIST.*

Circuit Court No. _____ 00CR  7104    (01)

Trial Judge _____ THOMAS M. DAVY

Reviewing Court No. _____ 02– 2905

THE PEOPLE OF THE STATE OF ILLINOIS

*02*     **vs.**     *2908*

CHARLES DANIELS

## from

# CIRCUIT COURT

## of

# COOK COUNTY,  ILLINOIS

### COUNTY DEPARTMENT, CRIMINAL DIVISION

**DOROTHY BROWN,**
**Clerk of the Circuit Court**

SUPPLEMENTAL   RECORD

Per ___ DB/sa

**Deputy**

(Rev. 1/17/01)  CCCR 031          EXHIBIT V

(Rev. 4/8 /92) CCCR 0051

# UNITED STATES OF AMERICA

State of Illinois   )
                 ) ss.
   Cook County   )

Pleas, before a branch of the Circuit Court of Cook County, in said County and

State, begun and held at the Circuit Court, in said County,        COOK

TWO
~~XXX~~ thousand ~~nine hundred~~ and _____    **THREE** _____ AND OF THE

INDEPENDENCE OF THE UNITED STATES OF AMERICA, THE TWO HUNDRED AND TWENTY SIXTH.........

Present: Honorable        PAUL P. BIEBEL

Judge of the Circuit Court of Cook County

RICHARD DEVINE        State's Attorney

MICHAEL F. SHEAHAN   Sheriff of Cook County

DOROTHY BROWN        Clerk

Attest:

And afterwards, to-wit: on    **APRIL 17th,**
**2003**                        ISSUED FROM

~~XXXXX~~
~~XXXXX~~      ,   there was ~~XXXXXXXXXXXXXXXXXXXXX~~

the Office of the Clerk of the Clerk of the Circuit Court of Cook County, Illinois., COUNTY DEPARTMENT-

CRIMINAL DIVISION, THE FOLLOWING FOR SUPPLEMENTAL RECORD:

## W. THOMAS LOVE, M.D., LTD. AND ASSOCIATES

111 N. WABASH AVE. - SUITE 1805
CHICAGO, IL 60602-2002
TEL. (312) 332-5898   FAX (312) 332-4175

W. THOMAS LOVE, M.D.

*4 FEB 00*

TO: JUDGE OF BRIDGEVIEW CIRCUIT COURT,

FROM: W. THOMAS LOVE, M.D.

RE: DANIELS, CHARLES

MR. DANIELS IS TO APPEAR BEFORE YOU THIS MORNING. HE IS SCHEDULED FOR A COMPREHENSIVE NEUROPSYCHIATRIC EVALUATION IN MY OFFICE ON WEDS. 9 FEB 00 AT 3 30/PM. I HAVE BEEN OUT OF TOWN AND THIS APPOINTMENT WAS THE EARLIEST POSSIBLE. MY SERVICES ARE BEING SOUGHT AT THE BEHEST OF HIS FAMILY WHO HAVE FOR SOMETIME ATTEMPTED TO ARRANGE FOR DIAGNOSTIC EVALUATION; GIVEN THAT THE BEHAVIOUR FOR WHICH HE IS BEFORE YOU IS ANTITHETICAL TO HIS PERSONAL AND FAMILY BACKGROUND, ALONG WITH HIS ROLE AS FATHER TO TWO CHILDREN 13 AND 11 YEARS OF AGE AND OBVIOUSLY WILL SUFFER SHOULD HE NOT RECEIVE COMPRE- HENSIVE DIAGNOSIS AND AGGRESSIVE

*page 2*

*DANIELS, CHARLES*

## W. THOMAS LOVE, M.D., LTD. AND ASSOCIATES

111 N. WABASH AVE. - SUITE 1805
CHICAGO, IL 60602-2002
TEL. (312) 332-5898   FAX (312) 332-4175

W. THOMAS LOVE, M.D.

CARE FOR WHAT APPEARS TO BE SEVERE PSYCHIATRIC AND ADDICTIVE ILLNESS. HE WAS REFERRED TO ME BY ROBERT YOUNKINS, M.D. FOR THIS EVALUATION I AM CLINICAL DIRECTOR OF CHICAGO LAKESHORE HOSPITAL AND DIRECTLY IN CHARGE OF THE DUAL DIAGNOSIS PROGRAM AS WELL AS HAVING A LECTURESHIP AT THE UNIVERSITY OF CHICAGO FOCUSING ON THIS DIFFICULTY BY ALL REPORTS MR. DANIELS IS BEREFT OF THE CAPACITY TO CONTAIN HIS IMPULSES AND IS IN NEED OF URGENT MEDICAL PSYCHIATRIC EVALUATION AND CARE AS WELL AS LONG REHABILITATIVE SERVICES WHICH HE IS MAKING PROVISIONS FOR UNDER THE AUSPICES OF REVEREND ARRINGTON AND WOULD THEREFORE BE IN STRICT RESIDENTIAL CARE FOR NO LESS THAN ONE YEAR. THIS, IN MY MIND, AFFORDS MR. DANIELS THE HIGHEST LIKELIHOOD OF CESSATING THE PAIN AND DESTRUCTIVE TURMOIL OF HIS ILLNESS.

THANK YOU

# IN THE CIRCUIT COURT OF COOK COUNTY

| | |
|---|---|
| People of the State of Illinois, | ) Judge _DAUY_ |
| vs. | ) District _5th_ Room _109_ |
| _Charles Daniels AKA William Brady_, | ) Case No. _99CR9919 & 00CR7104_ |
| Defendant | ) Charge _Residential Burg & Burg_ |

## CONSOLIDATED REFERRAL ORDER

It is hereby ordered by the Court that Forensic Clinical Services of the Circuit Court of Cook County, Illinois, examines the above named defendant, as to:

- _✓_ a. Fitness to stand trial
- _____ b. Fitness to stand trial with medication
- _✓_ c. Sanity
- _____ d. Ability to understand Miranda
- _____ e. Other:_____

Is defendant on bond? Yes _____ No _✓_ Alias _William Bailey_

Address of Defendant: _DIU 1_

_____ City _____ State _____

Zip _____ Phone _____ Sex _M_ DOB _9-6-54_

Name of Next of Kin: _Lillian Daniels_

Address: _7624 S. May_ City _CHGO_ State _ILL_

Zip: _60620_ Phone _773-224-4056_ Relationship to Defendant _mother_

It is further ordered that Forensic Clinical Services make a report to the Court, including psychological/psychiatric summaries, on or before the next court date of:

_November 14, 2000_ , ~~199~~ , to;
_Judge Thomas M Davy_
_Rm 109 Bridgeview_
_FAX 708 974 6021_

Attorney: _Dennis Sheehan_
Address: _150 N. Wacker_
City, State, Zip: _Chicago 60606_
Telephone: _312-372-3757_
Attorney Code No: _41037_

ENTER:

DATED _10-2-00_

_____ _Tom M Davy 1580_
JUDGE                     JUDGE'S NO.

WHITE - Court File     YELLOW - Forensic Clinical Services     PINK - Defendant Copy     GOLD - State Copy

**4**

FORENSIC CLINICAL SERVICES

CIRCUIT COURT OF COOK COUNTY
Criminal Courts Administration Bldg.
2650 S. California Ave., Rm 1001
Chicago, Illinois 60608
Phone 773 869-6100
Fax 773 869-2371
TDD 773 869-7605

ONALD P. O'CONNELL
CHIEF JUDGE

MATHEW S. MARKOS, M.D.
DIRECTOR

October 25, 2000

The Honorable Thomas Davy
Judge of the Circuit Court of Cook County
Fifth Municipal District, Room 109
10220 South 76th Avenue
Bridgeview, IL 60455

RE: People of the State of Illinois
vs.
CHARLES DANIELS aka William Brady
Indictment No. 99-CR-09919; 00-CR-07104
Due Date: November 14, 2000

Dear Judge Davy:

Pursuant to Your Honor's order, the undersigned psychologist examined the above-named defendant on October 23, 2000. This defendant does not display any indications of psychosis, serious mood disorder, or cognitive deficits. He attempted to malinger psychotic symptoms. He reports he is not taking any psychotropic medication.

In my opinion, to a reasonable degree of scientific certainty, this defendant is **PSYCHOLOGICALLY FIT TO STAND TRIAL.** He is aware of the nature of the charges and proceedings pending against him. He is able to cooperate with and is competent to assist counsel in his own defense.

The defendant does not display any indications that he was suffering from any mental disease or defect at the time of the alleged offense which would have substantially impaired his ability to understand the criminality of his alleged act. In my opinion, to a reasonable degree of scientific certainty, and based on my review of the file and my clinical evaluation, this defendant was **LEGALLY SANE** at the time of the alleged offense.

Respectfully submitted,

DATE: 10-25-00

Michael Rabin, Ph.D.,
Licensed Clinical Psychologist

MR:lm

0001825/INDLTR

5

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

People

Charles Daniels

NO. 99 CR 9919

**ENTERED**

JAN 17 2001

**DOROTHY BROWN**
**CLERK OF CIRCUIT COURT**

**ORDER**

Now comes the Defendant Charles Daniels by & through his Attorney Dennis Hugh Sherman & plays this court to order the Department of Corrections, Cook County to allow Dr W. Thomas Love to examine the Defendant concerning sanity at the time of the crime.

It is hereby ordered that Dr W. Thomas Love M.D. is allowed to visit & examine Charles Daniels in Division 1 Cook County Department

Atty No. 21037

Name Dennis Hugh Sherman

Attorney for C. Daniels

Address

City / Zip

Telephone

Jan 17, 2001

**ENTER:**

_____ 1590
**Judge**   **Judge's No.**

**CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**

ORIGINAL-COURT FILE 

CCG-N002-150M-5/12/00(03480663)

### IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

People

v.

Charles Daniels

NO. 99CR 9919

**ENTERED**

MAR 1 2 2001

DOROTHY BROWN
CLERK OF CIRCUIT COURT

**ORDER**

This matter coming on to be heard before His Honor Judge Davy on motion of Defendant to determine fitness to stand trial & sanity at the time of the offense & the Court being advised in all the premises.

It is hereby ordered that the Cook Department of Corrections allow Dr Joyce Miller, M.D. of Jackson Park Hospital to visit & evaluate Charles Daniels #2000 0011918 in Division I Tier B-3 pursuant to this order forthwith

Atty No. 21037

Name Dennis Hogan Sherman

Attorney for C. Daniels

Address 50 N. Wacker

City / Zip Chicago 60606

Telephone 312-372-3757

March 12, 2001

ENTER:

_____  1590

Judge      Judge's No.

**CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**

JOYCE R. MILLER, M.D.
JACKSON PARK HOSPITAL & MEDICAL CENTER
7531 SOUTH STONY ISLAND AVENUE
SUITE 534
CHICAGO, IL 60649
(312) 947-7905

March 20, 2001

**FILED**

JUN 0 2001

**DOROTHY BROWN**
**CLERK OF CIRCUIT COURT**

Mr. Dennis Sherman
Attorney-at-Law

RE:  Psychiatric Evaluation of Mr. Charles Daniels

**IDENTIFYING INFORMATION:**  Mr. Charles Daniels is a 46-year-old divorced black male with two children.  He is currently incarcerated at Cook County Jail, Chicago, Illinois.

**REASON FOR EVALUATION:**  Mr. Charles Daniels was evaluated by me for a period of 60 minutes on March 16, 2001, for the purpose of court proceeding involving a charge of burglary that occurred on April 15, 1999.

**HISTORY OF PRESENT ILLNESS:**  Mr. Daniels admits to a history of at times feeling very depressed about his life.  He feels that there has been wasted opportunities and feels disappointed in himself.  He admits that he did not accomplish his goals as he would had hoped after coming out of college.  He has noted racing thoughts, having the need to live on the edge, grandiose ideations, immortality and the desire for constant excitement.  He also admits



to insomnia and extreme anxiety which makes it difficult for him to relax. He feels a constant tension in his body with hyperness and excessive energy. He at times finds it difficult to release this energy in an appropriate way. The client completed college in 1976 and then completed one year of law school. He left school in order to supervise the family business. He was very productive in his work with excellent financial compensation. It was during this time period that Mr. Daniels began his cocaine usage which progressed to addiction. He was convicted of burglary and served two years. He admitted that his lifestyle allowed him excitement and the feeling of living on the edge in spite of being gainfully employed with a bright future.

Once released from prison, the client managed various enterprises through his family business, handling large amounts of finances and responsibilities. He returned to his usage of alcohol and cocaine in which large amounts of money was used. He was once again convicted of burglary and this time served three years.

Once released from prison, Mr. Daniels sought employment in various sales positions, working for approximately six months at a time. He attributes his short work stay to boredom and lack of excitement. He states that he again was very productive in his work but would become very restless and anxious feeling the need to move on to some other adventure. He again resorted to alcohol and cocaine usage which he finally realized helped to calm him down.

On April 15, 1999, the client stated that he was using alcohol and cocaine. He was later arrested for burglary, being apprehended at the scene. Mr. Daniels denies any recollection of the evening. According to the client, he was described by onlookers as screaming, running, and then jumping out of a first floor window. He describes an injury to his hip from the past which limits his mobility. He therefore finds it difficult to understand how he was

*9*

able to act in this fashion described to him. This introduces the possibility of some other drug in his system which could produce this type of extreme behavior with impaired insight and judgement. A drug screen at the time of arrest could delineate the substances.

PAST HISTORY: Mr. Charles Daniels was raised by his mother and has one sibling, William, who has been diagnosed with a mental illness. He describes his family as close and had always been a high achiever. He states that his childhood was good and that he performed well in high school. He later attended Rice University on a basketball scholarship and graduated in 1976.

PAST PSYCHIATRIC HISTORY:
   1992 – Jackson Park Hospital – Detox and later attended five
         day program for drug treatment.
   1997 – Southwest Mental Health Center – was treated with
         Elavil which helped him to feel more calm.
         He also attended a Day Program for 6 months.
   1998 – Southwest Mental Health Center – counseling
   2000 – W. Thomas Love, M.D. – prescribed some medication
   2000 – Milton Daugherty M.D. – counseling
   2000 – overdosed on brother's medication on way to court

DRUG AND ALCOHOL HISTORY – as previously stated

MENTAL STATUS EXAMINATION: Mr. Charles Daniels looks his stated age and is dressed in prison wear. He is cooperative and open in talking about himself. He is appropriate and later has downcast look as he talks about his past failures in life. He is noted to have racing thoughts and at times difficult for him to concentrate on one subject during the interview. He has no present delusions or hallucinations and no present suicidal thoughts. He has increased psychomotor activity with constantly moving hands and picking up then putting down paper. He admits to showing

*10*

impaired insight and judgement regarding past activities and drug usage.

SUMMARY:

Mr. Charles Daniels , is a 46 year-old male currently incarcerated at Cook County Jail for burglary. He has symptoms of anxiety, racing thoughts, insomnia, the need to live on the edge and the need for excitement which has lead to inappropriate behavior. He admits to a long history of alcohol and cocaine usage to the point of cocaine addiction which seemed to calm him down. On April 15, 1999, the client admits to alcohol and cocaine usage but acted in such a way to question the presence of some other agent such as PCP to produce such extreme behavior on the night in question. Mr. Daniels has attempted to seek treatment for his symptoms but continued to relapse into alcohol and cocaine usage therefore never being completely treated. He now recognizes the importance of being fully evaluated with the possibility of medication, counseling and drug treatment.

DIAGNOSIS:  BIPOLAR DISORDER
            ALCOHOL ABUSE
            COCAINE DEPENDENCE

RECOMMENDATIONS: Mr. Daniels is in need of assessment and stabilization of symptoms with medication. He also needs intense treatment for alcohol and cocaine addiction. The possibility of another substance being in his system unknowingly needs to be considered given his behavior on April 15, 1999 producing such impaired insight and judgement. If he is sentenced to prison, he will need to be on the Psychiatric Unit where he can be monitored to prevent possibly causing harm to self. If rehabilitation is the goal of our correctional system, imprisonment of Mr. Daniels  at this time is inappropriate given that the two factors that most likely contributed to his behavior, even in the past

11

have not been fully addressed. This client could become rehabilitated and serve as a productive citizen if his symptoms of bipolar illness and cocaine addiction were treated. He has been successful in his life by completing a college degree as well as being productive in a work environment. It is also of note that mental illness runs in this family and the symptoms this client has displayed cannot be overlooked. The treatment of Mr. Daniels is highly recommended at this time.

J.R. Miller, M.D.
Board Certified Adult Psychiatrist

*12*

JOYCE R. MILLER, M.D.
JACKSON PARK HOSPITAL & MEDICAL CENTER
7531 SOUTH STONY ISLAND AVENUE
SUITE 534
CHICAGO, IL 60649
(312) 947-7905

May 16, 2001


Mr. Dennis Sherman
Attorney-at-Law

RE: Psychiatric Evaluation of Mr. Charles Daniels

IDENTIFYING INFORMATION:  Mr. Charles Daniels is
a 46 year old divorced black male with two children.  He is
currently incarcerated at Cook County Jail, Chicago,
Illinois.

Mr. Charles Daniels was evaluated by me on May 14, 2001
for the purpose of court proceeding involving a charge of
burglary that occurred in 1999.

On April 15, 1999, the client stated that he was using
alcohol and cocaine.  He was later arrested for burglary
being apprehended at the scene.  Mr. Daniels denies any
recollection of the evening.  According to the client, he was
described by onlookers as screaming, running, and then
jumping out of a first floor window.  He describes an injury
to his hip from the past which limits his mobility.  He
therefore finds it difficult to understand how he was able to
act in this fashion described to him.  This introduces the

*13*

possibility of some other drug in his system which could produce this type of extreme behavior with impaired insight and judgement. A drug screen at the time of arrest could have delineated the substances.

Phencyclidine(PCP) intoxication could explain the behavior of Mr. Daniels on the date of April 15, 1999. This substance can cause maladaptive behavioral changes (i.e. belligerence, assaultiveness, impulsiveness, unpredictability, impaired judgement, or impaired social or occupational functioning), which could occur during or shortly after phencyclidine use.

Mr. Daniels has a history of cocaine and alcohol usage. Given his behavior on the night of April 15, 1999, it is highly suggestive that some other substance was used unknowingly at the time. This has to be considered given that PCP can cause behavioral changes which definitely occurred in Mr. Daniels. Under the influence of PCP, Mr. Daniels showed impaired judgement and impulsiveness. This is directly related to the events that occurred on April 15, 1999 and therefore he was not in control of himself. This again suggest the need for drug treatment as well as further assessment regarding medication management as stated in initial report.


J.R. Miller, M.D. *Jm*
Board Certified Adult Psychiatrist


*14*

**IN THE CIRCUIT COURT OF COOK COUNTY**

People of the State of Illinois,

vs.

_Charles Daniels a/k/a William Bab)_
Defendant

)
)
)
)
)
)
)
)

Judge _Davy_
District _5th_ Room _109_
Case No. _99 CR 9919_
Charge _Residential Burglary_

## CONSOLIDATED REFERRAL ORDER

It is hereby ordered by the Court that Forensic Clinical Services of the Circuit Court of Cook
County, Illinois, examines the above named defendant, as to:

_____ a. Fitness to stand trial

_____ b. Fitness to stand trial with medication

_____ c. Sanity

_____ d. Ability to understand Miranda

___X___ e. Other: _Evaluate Dr. Joyce Miller report of possible
defense of drug or intoxicated condition_

Is defendant on bond? Yes _____ No _X_ Alias _____

Address of Defendant:
_Cook County    Jail_ _____ City _____ State _____

Zip _____ Phone _____ Sex _____ DOB _____

Name of Next of Kin: _Lillian Daniels_
Address: _7624   S. May_ _____ City _Chicago_ State _Il_
Zip: _60620_ Phone _773-224-4050_ Relationship to Defendant: _mother_

It is further ordered that Forensic Clinical Services make a report to the Court,
including psychological/psychiatric summaries, on or before the next court date of:

_July 24 2001_ , 199__, to;
_Judge Thomas Davy_
_Room 109   Bridgeview_
_FAX 708-974-6021_

_ASA. Edward Ronkowski_
Attorney:
Address: _10220   S. 76th Ave._
City, State, Zip: _Bridgeview   Il. 60455_
Telephone: _708-974-6394_
Attorney Code No:

**ENTER:**

DATED _6-20-01_ _____

_____ / _____
JUDGE / JUDGE'S NO.

_75_

FORENSIC CLINICAL SERVICES

STATE OF ILLINOIS
CIRCUIT COURT OF COOK COUNTY
Criminal Courts Administration Bldg.
2650 S. California Ave., Rm 1001
Chicago, Illinois 60608
Phone 773 869-6100
Fax    773 869-2371
TDD    773 869-7605

DONALD P. O'CONNELL
CHIEF JUDGE

MATHEW S. MARKOS, M.D.
DIRECTOR

July 23, 2001

The Honorable Thomas Davy
Judge of the Circuit Court of Cook County
Fifth Municipal District, Room 109
10220 South 76th Avenue
Bridgeview, IL 60455

FILED
JUL 2 4 2001
DOROTHY BROWN
Clerk of Circuit Court

RE:  People of the State of Illinois
            vs.
     Charles Daniels aka William Brady
     Indictment No. 99 CR 09919
     Due Date:  July 24, 2001

Dear Judge Davy:

Pursuant to Your Honor's court order to evaluate the above named defendant, we are unable to comply at this time. Medical records, a psycho-social history from the family and transcripts of any and all pre-trial court proceedings are needed. These are essential for completing this case. Please be assured that we will complete this case as soon as possible.

If the court wishes, please grant a continuance.

Sincerely,

Mathew S. Markos
RE

Mathew S. Markos, M.D.
Director

MSM:mmo

0001825.1/INDLTR

16

TOTAL P.01

# FORENSIC CLINICAL SERVICES

## PSYCHIATRIC SUMMARY

**NAME**  Charles Daniels          **DATE**  9-13-2001          **CHART NO.** 0001825

**IDENTIFYING INFORMATION:**          The defendant is a 47 year old African-American male who is charged with residential burglary. He is referred here for an evaluation regarding his legal sanity and "possible defense of drug or intoxicated condition." He is housed in Division 1 of Cook County Jail at present. He was examined for this evaluation on July 20, 2001, August 28, 2001, and September 13, 2001.

**RECORDS REVIEWED:**  As a part of this evaluation, I reviewed the following records:

(1)  Referral order from the court dated June 20, 2001.

(2)  A report of a psychiatric evaluation of the defendant prepared by Joyce R. Miller, M.D., Board Certified Adult Psychiatrist at Jackson Park Hospital and Medical Center. This report was dated March 20, 2001.

(3)  Medication profile from Cermak Health Services dated July 25, 2001.

(4)  Reports of proceedings of the preliminary hearing before the Honorable Clarence Bryant on April 16, 1999, of the hearing had on October 13, 1999 before the Honorable Thomas Davy, Judge of the Circuit Court, and of the trial before the Honorable Thomas Davy heard on the second day of

August, 1999 pertinent to motion to suppress evidence.

(5)  Clinical social work evaluation dated August 7, 2001 prepared by Janine Bostick, LCSW, at Forensic Clinical Services.

(6)  Psychological summary prepared by Michael Rabin, Ph.D., Licensed Clinical Psychologist dated October 23, 2000.

(7)  Police reports pertaining to the alleged incident and the defendant's arrest which occurred on April 15, 1999.

(8)  The defendant's rap sheet indicating multiple felony convictions.

(9)  Psychiatric and medical records from Cermak Health Services.

(10)  Medical records from Jackson Park Hospital.

(11)  A letter from Southwest Mental Health Center indicating that they could not find any record of the above named client and therefore, the authorization was returned.

*17*

Page 2

## FORENSIC CLINICAL SERVICES

## PSYCHIATRIC SUMMARY

**NAME**  Charles Daniels          **DATE**  9-13-2001          **CHART NO.**  0001825

**CLINICAL EVALUATION:**    The defendant was informed of the purpose and nonconfidential nature of this evaluation.   He was able to understand this advisory and demonstrated the understanding by paraphrasing this advisory and agreed to proceed with the examination.

**Psychiatric History:**    The defendant reported that currently in Cook County Jail,  he was not receiving any psychiatric treatment.   He denied being prescribed any psychotropic medication.   He felt that he was falsely and unfairly accused and confined to Cook County Jail.   He was frustrated and depressed about being in jail.   He further indicated that he was disappointed in himself because he had wasted many opportunities to turn his life around.

He admitted that he had graduated from college and because of his heavy drug abuse, particularly cocaine abuse, he had not been socially and vocationally successful in his life.   He was hoping that this time, once he gets out of the custody of the Department of Corrections, he would be able to seek treatment for his cocaine abuse and become more productive and successful socially and vocationally.

He acknowledged that he had been arrested and convicted on multiple felony charges.   He refused to discuss those situations in any detail.   He indicated "I was forced to plead guilty and that's all I have to say about my previous convictions."   He was also not very elaborate in describing his drug habit. He stated that he was using alcohol and cocaine heavily for many years and his various attempts to quit his habits had been unsuccessful.   He denied ever seeking or receiving any professional help with his drug abuse.   He further denied any form of psychiatric treatment in the past.   He reported that he had talked to Dr. Doherty on a few occasions as a family friend but not as a professional.

According to his mother, he had been abusing illegal drugs following his return home from college when she had noticed a change in his behavior.   She did not know what drugs he had used over the years but noted he had reported PCP use.   My direct inquiry to the defendant yielded the response "I never used PCP."    She further reported that there were times where he functioned very well and made three or four thousand in one month doing telemarketing.   In the past, he had stolen from family members to support his addiction including his aunt and mother.   His mother also indicated that he had never been psychiatrically hospitalized or treated as an outpatient.   She reported that on one occasion he had contacted a psychiatrist named Dr. Doherty from whom mother had received treatment on a regular basis.   Mother also noted that the patient on occasions went to Southwest Mental Health Center, however, she was uncertain of the reasons for and the nature of

*18*

Page 3

## FORENSIC CLINICAL SERVICES

## PSYCHIATRIC SUMMARY

**NAME** Charles Daniels          **DATE** 9-13-2001          **CHART NO.** 0001825

treatment he may have received there. According to Southwest Mental Health Center, there were no records of any treatment of the defendant.

At present, in Cook County Jail, he was not receiving any psychiatric treatment. According to the records from Cermak Health Services on brief primary psychological screening on May 9, 2000, he had denied ever being hospitalized for psychiatric treatment or receiving any psychiatric outpatient treatment. He had admitted to alcohol, heroin and cocaine abuse. He had denied any suicide attempt or feeling suicidal at that time. He was considered appropriate for RCDC area. Medical records from Cermak Health Services indicated that he had been treated for complaints of pain in hips and it was indicated that he needed left hip replacement. He was treated with analgesics and physical therapy.

**Evaluation of His Legal Sanity and "Possible Defense of Drug or Intoxicated State" at the Time of the Alleged Offense:** The defendant reported that he had no memory of the alleged incident for which he was arrested and charged with residential burglary. He further indicated that since he had no recollection of the alleged incident, he could not tell me anything about his mental state at that time. He indicated the first thing he remembered after the alleged incident was that he was in Cook County Jail, being given physical examination and being on Deck B-3. He further indicated that he had been clean of alcohol and cocaine since 1999, however, before the 1999 incident, he was using a lot. He used fifty to one hundred dollars worth of powder cocaine and snorted it and he drank alcohol everyday, whiskey and gin, more than a fifth everyday. He felt that he must have been intoxicated at the time of this alleged incident and therefore he was unable to remember the event at all.

He further informed me that he had been told by onlookers and police officers that "something was wrong with me, I was screaming and jumped out of the window, jumping over the fence and I was laughing and screaming" at and around time of his arrest. He further indicated that he remembered that the police officers had testified about this, however, according to the transcript, there was no description similar to this of his behavior given by the police officers. When I pointed this out to him, he was unable to give any explanation of this contradiction and stated that I should talk to his lawyer and maybe he could help me. Subsequently I had placed phone calls and left messages to his lawyer but his lawyer had never gotten back to me about this.

According to the police report, the arresting officer responded to an assignment of a burglary in progress. They arrived to observe the back door of the premise open and the offender inside. The offender broke a backroom window, exited the premise through it with officers in pursuit. The offender was apprehended after a short foot chase. The subject was arrested and

*19*

# FORENSIC CLINICAL SERVICES

## PSYCHIATRIC SUMMARY

**NAME** Charles Daniels     **DATE** 9-13-2001     **CHART NO. 0001825**

advised of his rights.    The custodial search revealed the offender had a Guess watch, a Hitachi remote control and a blue box in his pockets.    Returning to the scene, the officers observed that a JVC stereo receiver, a brown leather jacket, a Hitachi VCR, a Super Nintendo Video System and a Packard Bell Computer System had been put into a duffle bag on the floor near the rear door.    The police officer also stated that the victim's rear door sustained considerable damage by the offender in gaining entry.    The alleged victim did not know the offender nor did she give him permission to enter her residence or to remove property.    Subsequently the detective interviewed the offender, read him his Miranda rights after which he stated "I don't have anything to say" and refused to answer any further questions.    I pointed out this description of his behavior to the defendant and asked him to explain how he could have been acting so purposefully and goal directedly, and this description is in marked contradiction with what he was asserting about his behavior that he was screaming and yelling and jumping through the fence and jumping from the window.    He was unable to give any explanation of this inconsistency between what he had asserted and what was described in the police report.

According to Dr. Miller's report, on April 15, 1999, the defendant was using alcohol and cocaine and he had denied any recollection of the evening. According to the defendant, he was described by onlookers as screaming, running and then jumping out of the first floor window.    This introduced the possibility of some other drug in his system which could produce this type of extreme behavior with impaired insight and judgement.    However, no drug testing was done at that time.    Furthermore, there is no substantiation of this kind of behavior at the time of his arrest and alleged offense from any onlooker or police officer.    Dr. Miller concludes that the presence of some other agent such as PCP may have produced such extreme behavior on the night in question.

Thus, in my opinion the defendant was acting purposefully and logically at the time of the alleged offense and therefore, he must have been legally sane. Furthermore, there is no clinical evidence either behavioral or toxicological from analysis of blood or urine, that he was suffering from any intoxication from drugs or alcohol at that time.

**MENTAL STATUS EXAM:**    The defendant was alert, oriented and cooperative. He was able to answer all my questions coherently and rationally.    At times he was guarded, vague and evasive.    His thought processes were goal directed and logical.    His affect was appropriate in content and full in range.    He was appropriately frustrated and depressed about being in Cook County Jail and the prospect of being sentenced to prison for a long time.    He denied any symptoms of psychosis.    There was no evidence of any affective disorder or intellectual deficit.

20

Page 5

# FORENSIC CLINICAL SERVICES

## PSYCHIATRIC SUMMARY

**NAME** Charles Daniels          **DATE** 9-13-2001          **CHART NO.** 0001825

symptoms of psychosis.    There was no evidence of any affective disorder or intellectual deficit.

**DIAGNOSIS:**    Alcohol and Cocaine Dependence
                          Adjustment Disorder, with mixed emotional features

**CONCLUSION:**    Pursuant to Your Honor's order, the undersigned psychiatrist examined the above defendant on July 20, 2001, August 29, 2001 and September 13, 2001.

Based on my clinical evaluation and review of all pertinent records, it is my opinion, within a reasonable degree of medical and psychiatric certainty, that the defendant would have been **LEGALLY SANE** at the time of the alleged offense.    There is no indication that he lacked substantial capacity to appreciate the criminality of his alleged actions due to any mental disease or defect.

It is further my opinion, that **there is no clinical evidence to suggest that he was intoxicated or drugged** either so extremely as to suspend the power of reason and render him incapable of forming a specific intent which is an element of the offense, or involuntarily and deprived of substantial capacity either to appreciate the criminality of his conduct or to conform his conduct to the requirements of the law.

DATE: 10/2/01
Haidari H. Shikari, M.D.
Staff Psychiatrist

HHS:lm

21

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

COOK _____ Cook _____ DEPARTMENT County Crim _____ 1st

(County)        (Municipal)                 (Division)                (District)

People of the State of Illinois

v.

DANIELS, CHARLES

AKA WILLIAM PIXLEY

**Defendant**

NO. 00CR 07104-0

I. R. # _____

S. L. D. # _____

### ORDER OF SENTENCE AND COMMITMENT TO
### ILLINOIS DEPARTMENT OF CORRECTIONS

The defendant having been adjudged guilty of committing the offense(s) enumerated below,

IT IS ORDERED that the defendant CHARLES WILLIAM be and is hereby sentenced to the ILLINOIS DEPARTMENT OF CORRECTIONS AS FOLLOWS:

8 YR IDOC

credit for 1047 days

Consecutive N

99CR 09919-01

| Offense | | Statutory Citation |
|---------|---------|--------------------|
| Offense Burg | 720 ILCS | 5/19-1 |
| Offense | ILCS | / |
| Offense | ILCS | / |
| Offense | ILCS | / |

IT IS FURTHER ORDERED that the Clerk of the Court shall deliver a copy of this order to the Sheriff of Cook County.

IT IS FURTHER ORDERED that the Sheriff of Cook County shall take the defendant into custody and deliver him/her to the Illinois Department of Corrections.

IT IS FURTHER ORDERED that the Illinois Department of Corrections shall take the defendant into custody and confine him/her in the manner provided by law until the above sentence is fulfilled.

PREPARED BY

_____

DEPUTY CLERK

_____

BRANCH COURT          DATE 12-13-02

ENTER: _____ 1590

JUDGE          JUDGE'S NO.

MЯ 12/8/06

AURELIA PUCINSKI, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

CCG-N305-3/11/97-150M(83420244)

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

__Cook__ _____ __Sub 5__ DEPARTMENT __Crim__ _____ (District)
(County)          (Municipal)              (Division)

People of the State of Illinois

v.

__Charles Daniels__

Defendant

NO. __99 CR 09919-0__
I.R. # __0486907__
S.I.D. # __018207540__

## ORDER OF SENTENCE AND COMMITMENT TO
## ILLINOIS DEPARTMENT OF CORRECTIONS

The defendant having been adjudged guilty of committing the offense(s) enumerated below,

IT IS ORDERED that the defendant __Charles Daniels__ be and is hereby sentenced to the ILLINOIS DEPARTMENT OF CORRECTIONS AS FOLLOWS:

_Λ sentenced to 12 years IDOC,_
_credit 1203 days, TCS as of 7-30-02_
_plus 135 days from 7-30-02 to_
_12-12-02 when mitt issued_

| Offense | | Statutory Citation | | |
|---|---|---|---|---|
| Offense __res burg__ | __720__ ILCS | __5__ / __19-3__ |
| Offense | ILCS / |
| Offense | ILCS / |
| Offense | ILCS / |

IT IS FURTHER ORDERED that the Clerk of the Court shall deliver a copy of this order to the Sheriff of Cook County.

IT IS FURTHER ORDERED that the Sheriff of Cook County shall take the defendant into custody and deliver him/her to the Illinois Department of Corrections.

IT IS FURTHER ORDERED that the Illinois Department of Corrections shall take the defendant into custody and confine him/her in the manner provided by law until the above sentence is fulfilled.

PREPARED BY

_Verely_
DEPUTY CLERK

__5__ ___7-30-02___
BRANCH COURT          DATE

ENTERED                          JUDGE          1590
                                                JUDGE'S NO.

# ENTERED

JUL 3 0 2002

DOROTHY BROWN
CLERK OF CIRCUIT COURT

AURELIA PUCINSKI, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

CCG-N305-3/11/97-150M(83420244)

# CARTER
# TEMPLE CHURCH
### Christian Methodist Episcopal



7841 South Wabash Avenue • Chicago, Illinois 60619
(773) 874-0175   Fax: (773) 874-8620

**REV. DR. HENRY M. WILLIAMSON, SR., Pastor**
**REV. DR. CARRELL K. CARGLE, SR., Presiding Elder**
**BISHOP DOTCY I. ISOM, JR., Presiding Prelate**

February 2, 2000

To Whom It May Concern:

I believe that Charles Daniels is redeemable and can be helped. I know his family and the support they will give to help him in this process. As a Pastor in the community and a person familiar with Charles, I would like to recommend whatever leniency possible and treatment which is available for him at this time.

I am prepared to help with his rehabilitation along with the resources of Carter Temple CME Church.

Your servant in Christ,

Rev. Dr. Henry M. Williamson, Sr.
President

24

(Rev. 10/30/00)  CCCR 0056

**STATE OF ILLINOIS**  } ss:
**COUNTY OF COOK**

I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, in said County and State, and Keeper of the Records and Seal thereof, do hereby certify the above and foregoing to be a true, perfect and complete copy of _____ A ONE VOLUME RECORD, CONSISTING OF

OF THE SUPPLEMENTAL RECORD IN THIS ENTITLED CAUSE, NO PRAECIPE HAVING BEEN

FILED, PURSUANT TO THE NOTICE OF APPEAL, HERETOFORE FILED IN THE APPELLATE

COURT UNDER ILLINOIS APPELLATE COURT NO.   02- 2905

in a certain cause _____ LATELY _____ pending in said Court, between

The People of the State of Illinois _____ WERE _____ , Plaintiffs and

CHARLES DANIELS                WAS                , Defendant.

Witness:  **DOROTHY BROWN,**

Clerk of the court, and the Seal thereof, at Chicago

In said County, _____ APRIL  17th, _____ , _____ 2003



Clerk

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**

# Transcript of Record

Appeal

**06-2583**

to

APPELLATE **Court of Illinois**

FIRST **District**

STEVEN M. RAVID
CLERK

APPELLATE COURT 1st DIST.

FILED

APR 2 7 2007

**Circuit Court No.** _00 CR 7104_

**Trial Judge** _THOMAS M. DAVY_

**Reviewing Court No.** _02-2905_

THE PEOPLE OF THE STATE OF ILLINOIS

**02**   VS.   **2905**

CHARLES DANIELS

## from

# CIRCUIT COURT

## of

# COOK COUNTY, ILLINOIS

### COUNTY DEPARTMENT, CRIMINAL DIVISION

ONE VOLUME

**DOROTHY BROWN,**
**Clerk of the Circuit Court**

COMMON LAW RECORD

Per ___ DB/NJD ___
**Deputy**

EXHIBIT W

(Rev. 1/17/01) CCCR 0

THE PEOPLE OF THE STATE OF ILLINOIS VS.

00CR07104

CHARLES    DANIELS

| DATE | |
|---|---|
| AR 1 0 2000 | INDICTMENT/INFORMATION FILED IN THE CLERK'S OFFICE |
| | PRES. JUDGE ASSIGNMENT DATE: MAR 2 4 2000 |
| | BAIL PREVIOUSLY SET $ |

| DATE | JUDGE | ORDERS ENTERED |
|---|---|---|
| MAR 2 4 2000 | THOMAS R. FITZGERALD | NO ARRAIGNMENT<br>ASSIGNED TO JUDGE *Davy* 3/31<br>*Atty SPD app* M-D 4-3-00 |
| 4-3-00 | *Davy* | (C) LTF app Dennis Sherman<br>DEFENDANT ARRAIGNED, WAIVES READING OF INDICTMENT, ENTERS PLEA OF NOT GUILTY.<br>STATE FILES MOTION *composite 250,000(D)*<br>P. T. D.  AND ANSWER. *Deft advised Trn*<br>TENDER APPROPRIATE<br>ATTACHMENTS. *BA 4-13-00*<br>*No object for Deft to go to law library.* |
| 4-13-00 | *Davy* | *Em BA 5·22·00 x ✓* |
| 11·00 | Mannion | (C) BA 5·22·00 x |
| 5-22-0 | Day | (C) atty on Trial at 26th St.<br>MD 5 24·00x for atty<br>A allowed to go to law library |

| DATE | JUDGE | ORDERS ENTERED |
|------|-------|----------------|
| 5·24·00 | Davy | (C) New Case up 5·30 Br42 Comgordelian D $1,000,000 BA 6.800 x — status on new case |
| 6·2·00 | Davy | (c) Δ brought to court by CCDOC, Δ new case bef J. Fitzgrald 6·22·00 rent to 6·8·00, VOBB filed in Br. Ct. no bail |
| 6·8·00 | Davy | (c) BA 7·5·00 x, status re: new case bef P.J |
| 7·5·00 | Mannion Davy | (c) B/A 8/15/00 |
| 8·15·00 | Davy | (c) Forensic Clinical Services evaluation ordered for fitness & sanity at time of all offences Lt writs 1C MD 10/2/00 x for BCx |
| 10·2·00 | Davy | (c) Δ atty did not submit forms to Forensic Clinical Services MD 11·14·00 + for eval |
| THOMAS M. DAVY-JSC NOV 14 2000 | | (C) - Per Forensic Clinical Services dft FK + SAME MD 11·29·00 + for mist for independent psych eval. |
| THOMAS DAVY NOV 29 2000 | | (c) Order for Δ to be examined by Dr Love MD 1/17/01 x for eval |
| THOMAS DAVY JAN 17 2001 | | (C) Ord signed for Dr. Love to examine Δ at Jail MD 2·14·01 x for report |

(Rev. 7/7/95) CCCR 0605

THE PEOPLE OF THE STATE OF ILLINOIS VS. Dorsity, Charles

CASE NO. 00 CR 07104-01

| DATE | PAPERS FILED |
| --- | --- |
| | |

| DATE | JUDGE | ORDERS ENTERED |
| --- | --- | --- |
| 2-14-01 | Davy | (C) Exam will not be done by Dr. Love. MD 3-21-01 x for evaluation by another doctor. (atty will come in with order for exam.) |
| THOMAS M. DAVY-1590 MAR 21 2001 | | (C) Δ's Dr. did not have opinion as to fitness + sanity MD 5-16-01 x<br>Δ surrender in exoneration of bond. |
| Mannion ~~THOMAS M. DAVY-1590~~ MAY 16 2001 | | (C) BA 6/20/01 x |
| 6/20/01 | Davy | (C) Δ request for County payment for psych eval allowed St request to Forensic Clinical Services to evaluate report allowed BA 7/24/01 |
| THOMAS M. DAVY-1590 JUL 24 2001 | | (C) Forensic Clinical Services not complete BA 9/17/01x |

CCG-69 (3-81) (OVER)

Daniels Charles 00CR07104

| DATE | JUDGE | ORDERS ENTERED |
| --- | --- | --- |
| | THOMAS DAVY SEP 17 2001 | (C) report received from forensic clinical services B/A 10-1-01x to get summary of Dr. Slikaris report |
| | THOMAS DAVY OCT 01 2001 | (C) Psych summary to be dictated today B/A 10-9-01x to set for trial on elected case |
| | THOMAS DAVY OCT 09 2001 | (C) St. tenders report from forensic Clinica M.D 10-23-01x to set for trial |
| | THOMAS M. DAVY-1590 OCT 23 2001 | (C) M.D 11-5-01x |
| | THOMAS DAVY NOV 05 2001 | (C) M/D 11/29/01 status |
| | THOMAS M. DAVY-1590 NOV 29 2001 | (C) M.D 12-17-01x |
| 12-17-01 | Davy | (C) atty unable to interview psychiatr M.D - 1-17-02 + 1-17-02 |
| | JUDGE THOMAS M. DAVY JAN 17 2002 | (C) o/c for PSI M.D 3.5.02x for PSI |
| | THOMAS M. DAVY-1590 MAR 05 2002 | (C) PTI distributed MD 3-26-02x plea or set for trial |
| 3-26-02 | Davy | (C) M/D 4-10-02x final conf or set for trial |
| | THOMAS M. DAVY-1590 APR 10 2002 | (C) M.D 4.16.02x final plea or set for trial |
| | JUDGE THOMAS M. DAVY APR 16 2002 | |

THE PEOPLE OF THE STATE OF ILLINOIS VS.    CASE NO. 00CR07104 01

| DATE | PAPERS FILED |
|------|--------------|
|      | INDICTMENT/INFORMATION FILED IN THE CLERK'S OFFICE |
|      | PRES. JUDGE ASSIGNMENT DATE: _____ |
|      | BAIL PREVIOUSLY SET $ |
|      |  |
|      |  |
|      |  |

| DATE | JUDGE | ORDERS ENTERED |
|------|-------|----------------|
|      |       | ~~NO ARRAIGNMENT~~ |
|      |       | ~~ASSIGNED TO JUDGE~~ _____ |
| 4.16.02 | Davy | (C) No officer defenses & no witnesses oral answer. MD 6.5.02 WSFT Bench Indicated Δ to file ans w/ 15 days. |
| 6-5-02 | Davy | (C) Jury waiver accepted PNG/JW/BT testimony heard BA TCC 6-19-02 WSFT |
| THOMAS DAVY JUN 19 2002 |  | (C) St tenders addit'l Supp Det 1C, 1AO1C, other on furlo, no evidence heard, m/s 7-16-02 WSFT |
| THOMAS M. DAVY-1590 JUL 16 2002 |  | (C) St tendered addit'l PR to Δ on 7-9-02, PNG/JW/BT CaC, testimony heard, Mot for Δ at close of St's case denied, Δ rests, Finding of Guilty, bond revoked, a/c 7-30-02 |

(Rev. 7/7/95)  CCCR 0605    (OVER)

| DATE | JUDGE | ORDERS ENTERED |
|------|-------|----------------|
| THOMAS M. DAVY 1590   JUL 30 2002 | | (c) Δ files mot. for new trial, Motion Denied, Hearing in Agg & Mett, Δ sent to 8 yrs. IDOC, concur. to 99CR 9919, Δ adv. of app. rts. SOM 9-26-02 |
| 8-26-02 | Marion Hasilewski | (c) BA 9-5-02 x |
| 7-29-02 | Clerk | Δ files Notice of Appeal & Request for Extension of time to file Mandamus etc. |
| 7-5-02 | Davy | (C) Δ mot. to reconsider or reduce sentence - denied SOM 9-26-02 Δ advised leave to file mandamus should be brought before the Ill. supreme court, rather than trial crt |

IN THE CIRCUIT COURT OF COOK COUNTY ILLINOIS

PEOPLE OF THE STATE OF ILLINOIS

VS                          NUMBER 00CR0710401

CHARLES     DANIELS AKA

CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION with the Clerk of the Circuit Court.

Charging the above named defendant with:

720-5/19-1                      F     BURGLARY

The following disposition(s) was/were rendered before the Honorable Judge(s):

| | | |
|---|---|---|
| 03/10/00 IND/INFO-CLK OFFICE-PRES JUDGE | 03/24/00 1701 | |
| 00CR0710401 ID# CR100190255 | | |
| 03/24/00 CASE ASSIGNED | 03/31/00 6726 | |
| FITZGERALD, THOMAS R. | | |
| 03/24/00 DEFENDANT IN CUSTODY | 00/00/00 | |
| WOOD, WILLIAM S. | | |
| 03/24/00 MOTION DEFT - CONTINUANCE - MD | 04/03/00 6726 | |
| WOOD, WILLIAM S. | | |
| 04/03/00 APPEARANCE FILED | 00/00/00 | |
| DAVY, THOMAS M. | | |
| 04/03/00 DEFENDANT ARRAIGNED | 00/00/00 | |
| DAVY, THOMAS M. | | |
| 04/03/00 PLEA OF NOT GUILTY | 00/00/00 | |
| DAVY, THOMAS M. | | |
| 04/03/00 MOTION FOR DISCOVERY | 00/00/00 F | 1 |
| DAVY, THOMAS M. | | |
| 04/03/00 BAIL AMOUNT SET | 00/00/00 | $ 250000 |
| 99CR0991901 | | |
| DAVY, THOMAS M. | | |
| 04/03/00 ADMONISH AS TO TRIAL IN ABSENT | 00/00/00 | |
| DAVY, THOMAS M. | | |
| 04/03/00 CONTINUANCE BY AGREEMENT | 04/13/00 | |
| DAVY, THOMAS M. | | |
| 04/13/00 DEFENDANT IN CUSTODY | 00/00/00 | |
| DAVY, THOMAS M. | | |
| 04/13/00 PRISONER DATA SHEET TO ISSUE | 00/00/00 | |
| DAVY, THOMAS M. | | |
| 04/13/00 CONTINUANCE BY AGREEMENT | 05/22/00 | |
| DAVY, THOMAS M. | | |

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

PEOPLE OF THE STATE OF ILLINOIS

VS                          NUMBER 00CR0710401

CHARLES    DANIELS AKA

CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION with the Clerk of the Circuit Court.

| | | |
|---|---|---|
| 05/11/00 DEFENDANT IN CUSTODY | 00/00/00 | |
| MANNION, JOHN J. | | |
| 05/11/00 PRISONER DATA SHEET TO ISSUE | 00/00/00 | |
| MANNION, JOHN J. | | |
| 05/11/00 CONTINUANCE BY AGREEMENT | 05/22/00 | |
| MANNION, JOHN J. | | |
| 05/22/00 DEFENDANT IN CUSTODY | 00/00/00 | |
| DAVY, THOMAS M. | | |
| 05/22/00 PRISONER DATA SHEET TO ISSUE | 00/00/00 | |
| DAVY, THOMAS M. | | |
| 05/22/00 MOTION DEFT - CONTINUANCE - MD | 05/24/00 | |
| DAVY, THOMAS M. | | |
| 05/24/00 DEFENDANT IN CUSTODY | 00/00/00 | |
| DAVY, THOMAS M. | | |
| 05/24/00 PRISONER DATA SHEET TO ISSUE | 00/00/00 | |
| DAVY, THOMAS M. | | |
| 05/24/00 BAIL AMOUNT SET | 00/00/00 | $1000000 |
| COMPOSITE WITH 99CR0991901 | | |
| DAVY, THOMAS M. | | |
| 05/24/00 CONTINUANCE BY AGREEMENT | 06/08/00 | |
| DAVY, THOMAS M. | | |
| 06/02/00 DEFENDANT IN CUSTODY | 00/00/00 | |
| DAVY, THOMAS M. | | |
| 06/02/00 PRISONER DATA SHEET TO ISSUE | 00/00/00 | |
| DAVY, THOMAS M. | | |
| 06/02/00 CONTINUANCE BY ORDER OF COURT | 06/08/00 | |
| DAVY, THOMAS M. | | |
| 05/31/00 PETITION FOR VOBB FILED | 00/00/00 | |
| KEEHAN, MICHAEL R. | | |
| 05/31/00 DEF DEMAND FOR TRIAL | 00/00/00 | |
| KEEHAN, MICHAEL R. | | |
| 05/31/00 NO BAIL | 00/00/00 | |
| KEEHAN, MICHAEL R. | | |
| 05/31/00 TRANSFERRED TO SUBURBAN DIST | 06/02/00 0500 | |
| KEEHAN, MICHAEL R. | | |
| 06/08/00 DEFENDANT IN CUSTODY | 00/00/00 | |
| DAVY, THOMAS M. | | |

C      8

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

PEOPLE OF THE STATE OF ILLINOIS

VS                              NUMBER 00CR0710401

CHARLES      DANIELS AKA

CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION with the Clerk of the Circuit Court.

| | | |
|---|---|---|
| 06/08/00 PRISONER DATA SHEET TO ISSUE | 00/00/00 | |
| DAVY, THOMAS M. | | |
| 06/08/00 CONTINUANCE BY AGREEMENT | 07/05/00 | 6726 |
| DAVY, THOMAS M. | | |
| 07/05/00 DEFENDANT IN CUSTODY | 00/00/00 | |
| MANNION, JOHN J. | | |
| 07/05/00 PRISONER DATA SHEET TO ISSUE | 00/00/00 | |
| MANNION, JOHN J. | | |
| 07/05/00 CONTINUANCE BY AGREEMENT | 08/15/00 | |
| MANNION, JOHN J. | | |
| 08/15/00 DEFENDANT IN CUSTODY | 00/00/00 | |
| DAVY, THOMAS M. | | |
| 08/15/00 PRISONER DATA SHEET TO ISSUE | 00/00/00 | |
| DAVY, THOMAS M. | | |
| 08/15/00 BEHAVIOR CLINIC EXAM ORDERED | 10/02/00 | |
| DAVY, THOMAS M. | | |
| 08/15/00 MOTION DEFT - CONTINUANCE - MD | 10/02/00 | |
| DAVY, THOMAS M. | | |
| 10/02/00 DEFENDANT IN CUSTODY | 00/00/00 | |
| DAVY, THOMAS M. | | |
| 10/02/00 PRISONER DATA SHEET TO ISSUE | 00/00/00 | |
| DAVY, THOMAS M. | | |
| 10/02/00 BEHAVIOR CLINIC EXAM ORDERED | 11/14/00 | 6726 |
| DAVY, THOMAS M. | | |
| 10/02/00 MOTION DEFT - CONTINUANCE - MD | 11/14/00 | 6726 |
| DAVY, THOMAS M. | | |
| 11/14/00 DEFENDANT IN CUSTODY | 00/00/00 | |
| DAVY, THOMAS M. | | |
| 11/14/00 PRISONER DATA SHEET TO ISSUE | 00/00/00 | |
| DAVY, THOMAS M. | | |
| 11/14/00 PSYCHIATRIC EXAM REPORT FILED | 00/00/00 | |
| DEFT FIT AND SANE | | |
| DAVY, THOMAS M. | | |
| 11/14/00 MOTION DEFT - CONTINUANCE - MD | 11/29/00 | |
| DAVY, THOMAS M. | | |
| 11/29/00 DEFENDANT IN CUSTODY | 00/00/00 | |
| DAVY, THOMAS M. | | |

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS          Page 004

PEOPLE OF THE STATE OF ILLINOIS

                    VS                    NUMBER 00CR0710401

        CHARLES     DANIELS AKA

        CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

    I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois,
and keeper of the records and seal thereof do hereby certify that the
electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION
with the Clerk of the Circuit Court.

| | | |
|---|---|---|
| 11/29/00 | PRISONER DATA SHEET TO ISSUE | 00/00/00 |
| | DAVY, THOMAS M. | |
| 11/29/00 | MOTION DEFT - CONTINUANCE - MD | 01/17/01 |
| | DAVY, THOMAS M. | |
| 01/17/01 | DEFENDANT IN CUSTODY | 00/00/00 |
| | DAVY, THOMAS M. | |
| 01/17/01 | PRISONER DATA SHEET TO ISSUE | 00/00/00 |
| | DAVY, THOMAS M. | |
| 01/17/01 | MOTION DEFT - CONTINUANCE - MD | 02/14/01 |
| | DAVY, THOMAS M. | |
| 02/14/01 | DEFENDANT IN CUSTODY | 00/00/00 |
| | DAVY, THOMAS M. | |
| 02/14/01 | PRISONER DATA SHEET TO ISSUE | 00/00/00 |
| | DAVY, THOMAS M. | |
| 02/14/01 | MOTION DEFT - CONTINUANCE - MD | 03/21/01 |
| | DAVY, THOMAS M. | |
| 03/21/01 | DEFENDANT IN CUSTODY | 00/00/00 |
| | DAVY, THOMAS M. | |
| 03/21/01 | PRISONER DATA SHEET TO ISSUE | 00/00/00 |
| | DAVY, THOMAS M. | |
| 03/21/01 | DEF SURR EXON BAIL | 00/00/00 |
| | DAVY, THOMAS M. | |
| 03/21/01 | MOTION DEFT - CONTINUANCE - MD | 05/16/01 |
| | DAVY, THOMAS M. | |
| 05/16/01 | DEFENDANT IN CUSTODY | 00/00/00 |
| | MANNION, JOHN J. | |
| 05/16/01 | PRISONER DATA SHEET TO ISSUE | 00/00/00 |
| | MANNION, JOHN J. | |
| 05/16/01 | CONTINUANCE BY AGREEMENT | 06/20/01 |
| | MANNION, JOHN J. | |
| 06/20/01 | DEFENDANT IN CUSTODY | 00/00/00 |
| | DAVY, THOMAS M. | |
| 06/20/01 | PRISONER DATA SHEET TO ISSUE | 00/00/00 |
| | DAVY, THOMAS M. | |
| /20/01 | SPECIAL ORDER | 00/00/00 |
| | D REQUEST FOR COUNTY PAYMENT FOR PSYCH EVAL AL OWED | |
| | DAVY, THOMAS M. | |

IN THE CIRCUIT COURT OF COOK COUNTY ILLINOIS    Page 005

PEOPLE OF THE STATE OF ILLINOIS

VS                           NUMBER 00CR0710401

CHARLES    DANIELS AKA

CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION with the Clerk of the Circuit Court.

| | |
|---|---|
| 06/20/01 BEHAVIOR CLINIC EXAM ORDERED<br>DAVY, THOMAS M. | 07/24/01 6726 |
| 06/20/01 CONTINUANCE BY AGREEMENT<br>DAVY, THOMAS M. | 07/24/01 |
| 07/24/01 DEFENDANT IN CUSTODY<br>DAVY, THOMAS M. | 00/00/00 |
| 07/24/01 PRISONER DATA SHEET TO ISSUE<br>DAVY, THOMAS M. | 00/00/00 |
| 07/24/01 CONTINUANCE BY AGREEMENT<br>DAVY, THOMAS M. | 09/17/01 |
| 09/17/01 DEFENDANT IN CUSTODY<br>DAVY, THOMAS M. | 00/00/00 |
| 09/17/01 PRISONER DATA SHEET TO ISSUE<br>DAVY, THOMAS M. | 00/00/00 |
| 09/17/01 CONTINUANCE BY AGREEMENT<br>DAVY, THOMAS M. | 10/01/01 |
| 10/01/01 DEFENDANT IN CUSTODY<br>DWYER, THOMAS F. | 00/00/00 |
| 10/01/01 PRISONER DATA SHEET TO ISSUE<br>DWYER, THOMAS F. | 00/00/00 |
| 10/01/01 CONTINUANCE BY AGREEMENT<br>DWYER, THOMAS F. | 10/09/01 |
| 10/09/01 DEFENDANT IN CUSTODY<br>DAVY, THOMAS M. | 00/00/00 |
| 10/09/01 PRISONER DATA SHEET TO ISSUE<br>DAVY, THOMAS M. | 00/00/00 |
| 10/09/01 MOTION DEFT - CONTINUANCE - MD<br>DAVY, THOMAS M. | 10/23/01 |
| 10/23/01 DEFENDANT IN CUSTODY<br>DAVY, THOMAS M. | 00/00/00 |
| 10/23/01 PRISONER DATA SHEET TO ISSUE<br>DAVY, THOMAS M. | 00/00/00 |
| 10/23/01 MOTION DEFT - CONTINUANCE - MD<br>DAVY, THOMAS M. | 11/05/01 |
| /05/01 DEFENDANT IN CUSTODY<br>DAVY, THOMAS M. | 00/00/00 |
| 11/05/01 PRISONER DATA SHEET TO ISSUE<br>DAVY, THOMAS M. | 00/00/00 |

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

PEOPLE OF THE STATE OF ILLINOIS

VS                    NUMBER 00CR0710401

CHARLES      DANIELS AKA

CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION with the Clerk of the Circuit Court.

| | | |
|---|---|---|
| 11/05/01 MOTION DEFT - CONTINUANCE - MD | 11/29/01 | 6726 |
| DAVY, THOMAS M. | | |
| 11/29/01 DEFENDANT IN CUSTODY | 00/00/00 | |
| DAVY, THOMAS M. | | |
| 11/29/01 PRISONER DATA SHEET TO ISSUE | 00/00/00 | |
| DAVY, THOMAS M. | | |
| 11/29/01 MOTION DEFT - CONTINUANCE - MD | 12/17/01 | |
| DAVY, THOMAS M. | | |
| 12/17/01 DEFENDANT IN CUSTODY | 00/00/00 | |
| DAVY, THOMAS M. | | |
| 12/17/01 PRISONER DATA SHEET TO ISSUE | 00/00/00 | |
| DAVY, THOMAS M. | | |
| 12/17/01 MOTION DEFT - CONTINUANCE - MD | 01/17/02 | |
| DAVY, THOMAS M. | | |
| 01/17/02 DEFENDANT IN CUSTODY | 00/00/00 | |
| DAVY, THOMAS M. | | |
| 01/17/02 PRISONER DATA SHEET TO ISSUE | 00/00/00 | |
| DAVY, THOMAS M. | | |
| 01/17/02 PRE-SENT INVEST. ORD, CONTD TO | 00/00/00 | |
| DAVY, THOMAS M. | | |
| 01/17/02 MOTION DEFT - CONTINUANCE - MD | 03/05/02 | |
| DAVY, THOMAS M. | | |
| 03/05/02 DEFENDANT IN CUSTODY | 00/00/00 | |
| DAVY, THOMAS M. | | |
| 03/05/02 PRISONER DATA SHEET TO ISSUE | 00/00/00 | |
| DAVY, THOMAS M. | | |
| 03/05/02 MOTION DEFT - CONTINUANCE - MD | 03/26/02 | |
| DAVY, THOMAS M. | | |
| 03/26/02 DEFENDANT IN CUSTODY | 00/00/00 | |
| DAVY, THOMAS M. | | |
| 03/26/02 PRISONER DATA SHEET TO ISSUE | 00/00/00 | |
| DAVY, THOMAS M. | | |
| 03/26/02 MOTION DEFT - CONTINUANCE - MD | 04/10/02 | |
| DAVY, THOMAS M. | | |
| 04/10/02 DEFENDANT IN CUSTODY | 00/00/00 | |
| DAVY, THOMAS M. | | |
| 04/10/02 PRISONER DATA SHEET TO ISSUE | 00/00/00 | |
| DAVY, THOMAS M. | | |

IN THE CIRCUIT COURT OF COOK COUNTY ILLINOIS

PEOPLE OF THE STATE OF ILLINOIS

VS                    NUMBER 00CR0710401

CHARLES    DANIELS AKA

CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION with the Clerk of the Circuit Court.

| Date | Action | | Date |
|---|---|---|---|
| 04/10/02 | MOTION DEFT - CONTINUANCE - MD<br>DAVY, THOMAS M. | | 04/16/02 |
| 04/16/02 | DEFENDANT IN CUSTODY<br>DAVY, THOMAS M. | | 00/00/00 |
| 04/16/02 | PRISONER DATA SHEET TO ISSUE<br>DAVY, THOMAS M. | | 00/00/00 |
| 04/16/02 | WITNESSES ORDERED TO APPEAR<br>DAVY, THOMAS M. | | 00/00/00 |
| 04/16/02 | CHANGE PRIORITY STATUS<br>DAVY, THOMAS M. | R | 00/00/00 |
| 04/16/02 | MOTION DEFT - CONTINUANCE - MD<br>DAVY, THOMAS M. | | 06/05/02 6726 |
| 06/05/02 | DEFENDANT IN CUSTODY<br>DAVY, THOMAS M. | | 00/00/00 |
| 06/05/02 | PRISONER DATA SHEET TO ISSUE<br>DAVY, THOMAS M. | | 00/00/00 |
| 06/05/02 | JURY WAIVED<br>DAVY, THOMAS M. | | 00/00/00 |
| 06/05/02 | WITNESSES ORDERED TO APPEAR<br>DAVY, THOMAS M. | | 06/05/02 6726 |
| 06/05/02 | TRIAL COMENCED AND CONTINUED<br>DAVY, THOMAS M. | | 06/19/02 |
| 06/19/02 | DEFENDANT IN CUSTODY<br>DAVY, THOMAS M. | | 00/00/00 |
| 06/19/02 | PRISONER DATA SHEET TO ISSUE<br>DAVY, THOMAS M. | | 00/00/00 |
| 06/19/02 | WITNESSES ORDERED TO APPEAR<br>DAVY, THOMAS M. | | 00/00/00 |
| 06/19/02 | MOTION STATE - CONTNUANCE - MS<br>DAVY, THOMAS M. | | 07/16/02 |
| 07/16/02 | DEFENDANT IN CUSTODY<br>DAVY, THOMAS M. | | 00/00/00 |
| 07/16/02 | PRISONER DATA SHEET TO ISSUE<br>DAVY, THOMAS M. | | 00/00/00 |
| '/16/02 | PLEA OF NOT GUILTY<br>DAVY, THOMAS M. | C001 | 00/00/00 |
| 07/16/02 | JURY WAIVED<br>DAVY, THOMAS M. | | 00/00/00 |

C   13

IN THE CIRCUIT COURT OF COOK COUNTY ILLINOIS

PEOPLE OF THE STATE OF ILLINOIS

VS                          NUMBER 00CR0710401

CHARLES    DANIELS AKA

### CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION with the Clerk of the Circuit Court.

```
07/16/02 MOTION DIRECT VERD OR FINDING          00/00/00 D      2
      DAVY, THOMAS M.
07/16/02 FINDING OF GUILTY            C001 00/00/00
      DAVY, THOMAS M.
07/16/02 BAIL REVOKED                           00/00/00
      DAVY, THOMAS M.
07/16/02 CONTINUANCE BY ORDER OF COURT          07/30/02
      DAVY, THOMAS M.
07/30/02 DEFENDANT IN CUSTODY                   00/00/00
      DAVY, THOMAS M.
07/30/02 PRISONER DATA SHEET TO ISSUE           00/00/00
      DAVY, THOMAS M.
07/30/02 MOTION DEFENDANT - NEW TRIAL           00/00/00 F      2
      DAVY, THOMAS M.
07/30/02 MOTION DEFENDANT - NEW TRIAL           00/00/00 D      2
      DAVY, THOMAS M.
07/30/02 DEF SENTENCED ILLINOIS DOC   C001 00/00/00
            8 YRS
      DAVY, THOMAS M.
07/30/02 SENTENCE TO RUN CONSECUTIVE            00/00/00
      CONSECUTIVE TO 99CR0991901
      DAVY, THOMAS M.
07/30/02 DEF ADVISED OF RIGHT TO APPEAL         00/00/00
      DAVY, THOMAS M.
07/30/02 ORDER OF CRT, STAY OF MITTIMUS         09/26/02 6726
      DAVY, THOMAS M.
08/26/02 DEFENDANT IN CUSTODY                   00/00/00
      MANNION, JOHN J.
08/26/02 PRISONER DATA SHEET TO ISSUE           00/00/00
      MANNION, JOHN J.
08/26/02 CONTINUANCE BY AGREEMENT               09/05/02 6726
      MANNION, JOHN J.
09/05/02 DEFENDANT IN CUSTODY                   00/00/00
      DAVY, THOMAS M.
 /05/02 PRISONER DATA SHEET TO ISSUE            00/00/00
      DAVY, THOMAS M.
09/05/02 MOTION FOR BAIL REDUCTION              00/00/00 D      2
      DAVY, THOMAS M.
```

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

PEOPLE OF THE STATE OF ILLINOIS

VS                          NUMBER 00CR0710401

CHARLES      DANIELS AKA

### CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION with the Clerk of the Circuit Court.

| | | |
|---|---|---|
| 09/05/02 ORDER OF CRT, STAY OF MITTIMUS DAVY, THOMAS M. | 09/26/02 6726 | |
| 09/09/02 NOTICE OF APPEAL FILED, TRNSFR | 00/00/00 | |
| 09/17/02 NOTICE OF NOTICE OF APP MAILED | 00/00/00 | |
| 09/17/02 HEARING DATE ASSIGNED | 09/20/02 1713 | |

I hereby certify that the foregoing has been entered of record on the above captioned case.
Date 09/23/02

_____

DOROTHY BROWN
CLERK OF THE CIRCUIT COURT OF COOK COUNTY

THE PEOPLE OF THE STATE OF ILLINOIS VS.     CASE NO. _00 CR 7104_

_Daniels, Charles_

| DATE | PAPERS FILED |
|------|--------------|
| | INDICTMENT/INFORMATION FILED IN THE CLERK'S OFFICE |
| | PRES. JUDGE ASSIGNMENT DATE: _____ |
| | BAIL PREVIOUSLY SET $ |
| | |
| | |
| | |
| | |

| DATE | JUDGE | ORDERS ENTERED |
|------|-------|----------------|
| | | NO ARRAIGNMENT |
| | | ASSIGNED TO JUDGE _____ |
| | | |
| | CLERKS OFFICE | NOTICE OF APPEAL FIELD  9-9-02 |
| | | |
| | | NOTICE OF APPEAL MAILED  9-20-02 |
| | | APPELATE HEARING DATE ASSIGNED BEFORE |
| | | PRESIDING JUDGE  9-20-02 |
| 9-20-02 | PAUL P. BIEBEL JR | ☒  STATE APPELLATE DEFENDER |
| | | ☐  PUBLIC DEFENDER |
| | | ☐  OTHER |
| | | APPOINTED TO REPRESENT THE DEFENDENT ON THE APPEAL |
| | | ☒  FREE REPORT OF PROCEEDINGS, ALLOWED |
| | | |
| | | |
| | | |
| | | |
| | | |

lev. 7/7/95) CCCR 0605                    C   16                    (OVER)

**CHICAGO POLICE**
**ARREST REPORT**
CPD-11.420 (REV. 6/92)

| | 1. NAME (LAST, FIRST, M.) DANIELS, Charles | SEX M | RACE 1 | AGE 45 | DATE OF BIRTH 06 Sep. 1954 |
|---|---|---|---|---|---|

6. C.B. NO. 7144 05 377
7. ALIAS OR NICKNAME

8. DIST./RES 006  9. HEIGHT 601  10. WEIGHT 180  11. HAIR blk  12. HAIR STYLE short  13. EYES bro  14. COMPLEXION med

15. I.R. NO. 936907

16. RESIDENCE ADDRESS 7624 S May  APT. NO./FLOOR  17. DISTING. MARKS, SCARS, DISABILITIES, ETC. N/V  18. SOCIAL SECURITY NO. 323488193

19. Y.D. NO.  16A. CITY-STATE Chicago, IL  ZIP CODE 60620  HOME TELEPHONE (773) 224-4050  20. STATE/PLACE OF BIRTH IL  21. DRIVERS LICENSE NO. unk  STATE

22. RD NO. F086890  23. OCCUPATION Paralegal  24. BUSINESS NAME - ADDRESS CH enterprise 125 Waker, Chicago  CITY-STATE ZIP CODE  BUSINESS TELEPHONE unk

25. ADDRESS OF ARREST 8240 S. Vernon
26. NO. ARRESTED 1  27. LOCATION CODE FOR NATURE OF PREMISES 304  28. BEAT OF ARREST 63212  29. DATE OF ARREST DAY MONTH YEAR Feb 2000  TIME 1545  30. ARRESTEE TRANSPORTED TO UNIT 06  BY BEAT 672  TIME 1550

31. RESISTED ARREST YES [ ]  32. WEAPON PISTOL-REVOLVER [ ] RIFLE [ ] SHOT-GUN [ ] KNIFE [ ] OTHER (SPECIFY) dna  33. PROPERTY INVENTORY NO(S) 2304303/0-1  34. FOR NARCOTIC ARREST SUSPECT CANNABIS [ ] SUSPECT CONTROLLED SUBSTANCE [ ]  APPROX. WT. $ EST. STREET VALUE PAX 0-662 $ PAX 0-662 $ APPX. NO. PILLS CALLED ORG. CRIME

35. VEHICLE OF ARRESTEE  YEAR  MAKE D  MODEL  BODY STYLE N  COLOR  STATE LICENSE NO. OR V.I.N.  DISPOSITION OF VEHICLE dna

36. PERSON IN INVESTIGATIVE UNIT NOTIFIED Carpenter  UNIT NOTIFIED A/2 Pc  TIME 1645  37. DOES ARRESTEE HAVE DEPENDENT CHILDREN AT HOME [ ] YES [X] NO  IF YES - NAME OF Y.D MEMBER NOTIFIED-TIME  38. NAME OF A.S./A/FEL. REV. McNamara  CHARGES APPROVED [X] YES [ ] NO  TIME 1910

39. VICTIM-COMPLAINANT NAME ELSTON, Nora  SEX f  RACE 1  AGE 73

VICTIM INJURED [ ] YES [ ] NO  IF YES - DESCRIBE INJURIES  VICTIM HOSPITALIZED [ ] YES [X] NO [ ] TREATED & RELEASED

| 40. REFERENCES (CH . PAR.) | 41. OFFENSES | 42. DISPOSITIONS | 40. REFERENCES (CH - PAR ) | 41. OFFENSES | 42. DISPOSITIONS |
|---|---|---|---|---|---|
| 1 720ILcs5/19-3 Burglary | | | 5 | | |
| 2 | | | 6 | | |
| 3 | | | 7 | | |
| 4 | | | 8 | | |

FILED
FEB 13 2000
AURELIA PUCINSKI
CLERK OF THE CIRCUIT COURT
CRIMINAL DIVISION

43. NARRATIVE (The facts for probable cause to arrest AND to substantiate the charges include, but are not limited to, the following)

THIS IS A 006TH DISTRICT ARREST BY BEAT 668B / 668D .   INCIDENT #00gt079

EVENT #08760

GANG AFFILIATION: None

    Above arrested after the complainant witnessed the offender exit 8234 S Eberhart with the victims property. A/Os toured area with victim who identified the offender at 8245 S Vernon A/Os placed the offender into custody and read Miranda. The victim identified items taken from the building as being hers that were in the offender's possession inside a black duffle bag. A/o's also located two garbage bags with misc. clothing in the gangway at approx. 510 E. 83rd st. The victim also identified those items as being taken from her Building. The offender was taken to the 006th district for processing. The

Also arresting officers: Sgt. J. Shine#2293    VICTIM GIVEN COURT INFO.

I do solemnly, sincerely, and truly declare and affirm that the facts stated herein are accurate to the best of my knowledge.

FIRST ARRESTING/APPEARING OFFICER SIGNATURE  STAR NO. 15752  UNIT 0006  DESK/REV. OFFICER'S SIGNATURE  RANK/EMPL. NO.

44. FIRST ARRESTING/APPEARING OFFICER - PRINT NAME W. Meister / P. Black 10026  BEAT NO 668B  FURLO bb  D.O. GRP. 5  MISD./ORD CRT KEY X  45. SECOND ARRESTING OFFICER - PRINT NAME - STAR NO J. KACZYNSKI #15098/D. HILL #17676  UNIT  46. VEHICLE ASSIGNED ONE [ ] TWO [ ] TWO [ ] [ ] OTHER

47. INITIAL APPROVAL OF PROBABLE CAUSE - SIG - STAR  48. RESULTS OF FINGERPR CHECK WAIVED SIG - STAR  DATE  TIME  49. APPROVAL OF CHARGES - SIG - STAR  DATE  TIME

WATCH COMMANDER'S NOTATIONS

| 50. ARRESTEE SEARCHED BY | STAR/EMPL. NO. UNIT | 51. DATE RECEIVED - LOCKUP | TIME | 52. PERS. PROPERTY RECEIPT NO | 53. TELEPHONE NO. CALLED | TIME |
|---|---|---|---|---|---|---|
| 54. BOOKING OFFICER | STAR/EMPL. NO. UNIT | 55. TIME FINGERPRINTED | 56. TIME PHOTOGRAPHED | 57. TIME FED | 58. PLACED IN CELL NO. 7 | |

**COURT INFORMATION**

| 59. ARR. OFF. DESIRED COURT DATE 12 Feb 2000 | BRANCH-CALL 38-4 | 60. COURT SGT. TO HANDLE [ ] YES [X] NO | 61. INITIAL COURT DATE 13FEB 00 | BRANCH-CALL | 62. FINAL CRT DATE | BRANCH - CALL |
|---|---|---|---|---|---|---|
| 63. BONDED - DATE | TIME | 64. BOND RECEIPT NO | 65. COURT DOCKET NO. | | 66. FINAL JUDGE'S NAME | |

001111482

COURT COPY

CHICAGO POLICE DEPARTMENT
PD-34.523 (REV. 1/98)

2304303

EVIDENCE & RECOVERED PROPERTY SECTION USE ONLY

| LINE NO | QUANTITY | DESCRIPTION OF PROPERTY | CROSS REFERENCE | RD NO | UNIT | U.S.C. ONLY | INVENTORY NO 2304303 |
|---|---|---|---|---|---|---|---|
| 1 | 1 | Black Sym Bag containing 14 Music CD's 3 plastic vials 5 mes / Sm Ziplock w 16.0 e wht pdr 16.5 in black bags pieces | 230430 4 | F-086890 | D | | |

DATE RECOV. FIRED
DAY 12  MONTH Feb  YEAR 00

Other

F I L E D
FEB 1 3 2000
CIRCUIT COURT

ATTACH THIS COPY
TO COURT PAPERS

COPY 3-COURT COPY-ATTACH TO COURT PAPERS

# PROPERTY INVENTORY - NO.
## CHICAGO POLICE DEPARTMENT
CPD-34.523 (REV. 1/98)

**2304304**

**INVEN-TORY NO.** 2304304

LIST OTHER INVENTORY NOS. RELATED TO THIS RECOVERY

☐ NONE

CROSS REFERENCE: D

RD NO.

ATTACH THIS COPY TO COURT PAPERS

| LINE NO. | QUANTITY | DESCRIPTION OF PROPERTY |
|---|---|---|
| 1 | | Blue Air Tool |

**DATE RECOVERED**
| DAY | MONTH | YEAR |
|---|---|---|

COURT BRANCH

COURT CALL 58

**EVIDENCE & RECOVERED PROPERTY SECTION USE ONLY**

TOTAL CASH U.S.C. $ N/A

U.S.C. ONLY

FIL(E)D
FEB 1
AURELIA
CLERK OF THE

CHECK ALL BOXES APPLICABLE

☐ U.S. CURRENCY TO BE DEPOSITED
☐ MISDEMEANOR
☐ FELONY
☐ U.S. CURRENCY TO BE HELD IN ORIGINAL FORM - DO NOT DEPOSIT (MUST SUBMIT TO FROM)
☐ JUVENILE
☐ C.P.D. CONTINGENCY FUND MONEY
☐ GAMBLING RAID SEIZURE
☐ HOMICIDE
☐ MANSLAUGHTER
☐ ARSON
☐ NARCOTICS & RELATED
☐ MEDICAL EXAMINER'S PROPERTY

STATE CHARGES

OWNER'S NAME: Liston, Nora

☐ DECEASED
RECOVERED SEIZED FROM - NAME: David Liston, Charles
☐ ARRESTED

FOUND BY - NAME
☐ CHECK
☐ IF C.P.D.

**DIRECTIONS**
SEIZURE WITHOUT SEARCH WARRANT

☐ HOLD FOR INVESTIGATION AND/OR EVIDENCE
☐ PROPERTY OWNER NOTIFIED ON
☐ TO BE PICKED UP BY OWNER WITHIN 30 DAYS
☐ TO BE DISPOSED OF BY CUSTODIAN

INITIAL DESTINATION OF PROPERTY
☐ E & RPS
☐ CRIME LABORATORY
☐ MEDICAL EXAMINER
☐ AUTO POUND NO.
☐ RECOVERING UNIT PERSONNEL
☐ EVID./LAB TECHNICIAN

VIA ☒ POLICE MAIL
☐ E & RPS PICKUP

INVESTIGATING OFFICER

1st OFFICER'S NAME

2nd OFFICER'S NAME

STAR NO.
UNIT

SIGNATURE

APPROVING DESK SERGEANT

STAR NO.
UNIT
TIME

COMPLETE FIRST STATEMENT ON REVERSE SIDE OF THIS COPY

ATTACH THIS COPY TO COURT (PINK)

COPY OF ARREST REPORT

GIVE COPY NO. 4 TO ARRESTEE. IF NOT ACCEPTED, ATTACH TO THIS COPY

SEIZURE WITH SEARCH WARRANT

COMPLETE SECOND STATEMENT ON REVERSE SIDE OF THIS COPY

ATTACH THIS COPY TO SEARCH WARRANT

ATTACH COPY NO. 4 TO THIS COPY

**COPY 3 - COURT COPY - ATTACH TO COURT PAPERS**

STATE OF ILLINOIS        )
                         ) SS
COUNTY OF COOK           )

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, CRIMINAL DIVISION

PEOPLE OF THE STATE OF ILLINOIS        )
                                       )
            Plaintiff,                 )
                                       )
            -vs-                       )        No. _____
                                       )
            Defendant.                 )
                                       )

*Daniels Charles*

## APPEARANCE, NOTICE OF REPRESENTATION AND DEMAND FOR PRELIMINARY HEARING/TRIAL

NOW COMES THE UNDER-NAMED ATTORNEY, by her assistant, and enters

the APPEARANCE of the Office of the Cook County Public Defender on

behalf of the above-named defendant and files this DEMAND FOR

PRELIMINARY HEARING/TRIAL.  This DEMAND is to continue regardless of

whether the defendant is, or remains, incarcerated.

FURTHER BE ADVISED, the under-signed defendant serves this

NOTICE OF REPRESENTATION on the State, it's agents and on all law

enforcement officers barring the defendant's participation, without

the presence of his/her counsel, in any questioning, identification

process or other procedures on any case or matter whatsoever.

                        RITA A. FRY
                        Public Defender of Cook County
                        2650 S. California, 7th Floor
                        Chicago, IL    60608
                        (773) 869-3217
                        Attorney No. 30295

_____
Defendant's Signature

JANUARY 13, 2000
Date Filed

38-**1**
(Court Branch)   **13** FF 20
(Court 2)

CCCR-N662-250M-10-10-97 (85291350)
(This form replaces CCG-0662 & CCMC-216)

**FELONY**

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

The People of State of Illinois
**Plaintiff**

**COMPLAINT FOR PRELIMINARY EXAMINATION**

v.

NO. ..................................................

Charles, Daniels
....................................................
**Defendant**

**001111482**

Nora, Elston
.................................................................... **complainant, now appears before**
(Complainant's Name Printed or Typed)

**The Circuit Court of Cook County and states that**

Charles , Daniels                     7624 s. May
.................................................................... **has, on or about**
(defendant)                              (address)

12 FEB 00 ................................. at ..... 8234 s. Eberhart CHGO IL COOK CO.
(date)                                              (place of offense)

**committed the offense of** ........ Burglary ........................................... **in that he/she**
. without authority, knowingly entered a building of Nora Elston located at 8234 s. Eberhart
. with the intent to commit therein a theft.
....................................................................
....................................................................
....................................................................
....................................................................

**in violation of** ........ 720 ........ **ILCS** ........ 5 ........ / ... 19-1 (a)
(Chapter)          (Act)          (Section)

[  |  |  |  |  |  |  ]
CHARGE CODE

**FILED**

(Complainant's Signature)

(Complainant's Address)          (Telephone No.)

**STATE OF ILLINOIS** }
**COOK COUNTY** } ss.

FEB 13 2000

Nora Elston
(Complainant's Name Printed or Typed)

AURELIA PUCINSKI
CLERK OF THE CIRCUIT COURT
Nora Elston   CRIMINAL DIVISION.

**being first duly sworn,** .................................................. **on oath, deposes and says that he/she read the foregoing**
**complaint by him/her subscribed and that the same is true.**

(Complainant's Signature)

**Subscribed and sworn to before me** ............ On this 12th Day of Feb. ................. ,19.... 2000

...A. Pucinski.................. (Judge or Clerk)

**I have examined the above complaint and the person presenting the same and have heard evidence thereon, and am satisfied that there is probable cause for filing same. Leave is given to file said complaint.**

**Summons Issued,**        **Judge** .....................................................
**or**                                                            **Judge's No.** ........
**Warrant Issued,**        **Bail set at,** .................................................
**or**
**Bail set at** ................................. **Judge** ..............................
**Judge's No.** ........

**AURELIA PUCINSKI, CLERK OF THE CIRCUIT COURT OF COOK COUNTY**
**COURT FILE COPY**

1900 - Appearance & Jury Demand
0900 - Appearance Only
Appearance

*102 - 1*

(3-81) CCG-9

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

|  | plaintiff | No. OO I I I I 482 |
| --- | --- | --- |
| v. | | |
| Charles Daniels | defendant | |

### *APPEARANCE AND JURY DEMAND

The undersigned, as attorney, enters the appearance of the defendant Charles Daniels

*Defendant demands trial by jury.

Name Dennis Hugh Sherman
Attorney for C. Daniel
Address 150 N. Wacker Suite 2466
City 60606
Telephone 312-372-3757
Insurance Company
Atty No. 21037

**FILED**

**MAR 3 2000**

**AURELIA PUCINSKI**
CLERK OF CIRCUIT COURT

*Strike demand for trial by jury if not applicable.

I certify that a copy of the within instrument was served on all parties who have appeared and have not hereto-fore been found by the Court to be in default for failure to plead.

Attorney for

**AURELIA PUCINSKI, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**

(Rev. 4/8 /92) CCCR 0051

# UNITED STATES OF AMERICA

State of Illinois    )
                     )  ss.
Cook County          )

Pleas, before a branch of the Circuit Court of Cook County, in said County and

State, begun and held at the Circuit Court, in said County,    COOK

~~xxxxxxxxxxxxxxxxxxxxxxxxx~~        TWO THOUSAND

Present: Honorable

THOMAS R. FITZGERALD..... Judge of the Circuit Court of Cook County

RICHARD A. DEVINE............................. State's Attorney

MICHAEL F. SHEAHAN....................... Sheriff of Cook County

AURELIA PUCINSKI...................................... Clerk

Attest:

And afterwards, to-wit: on

MARCH 10, ~~AD~~ 2000  ,  there was RECEIVED and FILED

in the Office of the Clerk of the Clerk of the Circuit Court of Cook County, Illinois.   COUNTY DEPARTMENT,
CRIMINAL DIVISION.   AN  INFORMATION GENERAL NUMBER 00 CR 7104.   FOLLOWING TO WIT:

C    23

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CIRCUIT COURT OF COOK COUNTY, ILLINOIS

OF ILLINOIS )
)                    INFO. NO. 00CR-7104
v. )
)
CHARLES DANIELS )               ORIGINAL
)                            FILE COPY
)                          DO NOT REMOVE

## INFORMATION

THE PEOPLE OF THE STATE OF ILLINOIS represented by the State's Attorney

of Cook County, do hereby inform and charge that against the peace and

dignity of the People of the State of Illinois and in violation of the

laws of the State of Illinois the herein named defendant(s) contrary to

the 1992 Illinois Compiled Statutes did violate said laws of Illinois as

described herein.

0000019.0256

2000

AURELIA PUCINSKI, CLERK OF THE CIRCUIT COURT OF COOK COUNTY

PAGE _____1_____ OF ___3___ PAGES

24

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

The State's Attorney of Cook County now appears before the Circuit Court of Cook County and in the name and by the authority of the People of the State of Illinois states that on or about February 12, 2000 at and within said County of Cook

**CHARLES DANIELS**

committed the offense of        **BURGLARY**

in that HE, WITHOUT AUTHORITY, KNOWINGLY ENTERED INTO A BUILDING,

PROPERTY OF NORA ELSTON, LOCATED AT 8234 S. EBERHART, IN CHICAGO, COOK

COUNTY, ILLINOIS, WITH THE INTENT TO COMMIT THE OFFENSE OF THEFT,

THEREIN, IN VIOLATION OF CHAPTER 720 ACT 5 SECTION 19-1(A)

OF THE ILLINOIS COMPILED STATUTES 1992, AS AMENDED AND,

contrary to the Statue and against the peace and dignity of the same People of the State of Illinois.

(Count No. 01)
Charge ID Code: 1110000
Case No. 00CR-7104

AURELIA PUCINSKI, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

THE PEOPLE OF THE STATE OF ILLINOIS by the State's Attorney of Cook County, through his Assistant State's Attorney, after first being duly sworn on his oath, deposes and swears that the foregoing ONE count(s) in this information has/have been read and subscribed by him as evidenced by his signature below and that the same in each count hereby incorporated is true.

......................................................
Assistant State's Attorney

MAR 1 0 2000

Subscribed and sworn (or affirmed) to before me ............, 20....

by ..........................

*Chandra Powell*
....................................................
Notary Public

OFFICIAL SEAL
CHANDRA POWELL
NOTARY PUBLIC STATE OF ILLINOIS
MY COMMISSION EXP. NOV. 12,2001

The bail is fixed at .........................

JUDGE: ..........................
          Enter

AURELIA PUCINSKI, CLERK OF THE CIRCUIT COURT OF COOK COUNTY

0000019.0258

2000

C   28

**APPEARANCE**                                                    (6-91) CCCR 0114

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

The People of the State of Illinois,
                                        plaintiffs        Gen. No. 〈 _00 CR 7104_

v.                                                       **Charge**

_Charles Daniels_ ...............        ....................................

.........................................                ....................................
                                        **Defendant**

The undersigned, as attorney, enters the appearance of  ... _C. DANIELS_ ...........

.................................................................................................

.................................................................................................

Defendant . . . . . . . . . . . in the above entitled cause.

_Dennis Hugh Sherman_
                                                              **Attorney**

Name _DENNIS HUGH SHERMAN_
Attorney for _C. DANIELS_
Address _150 N. WACKER_
City _CHICAGO_
Telephone _312-372-3717_
Atty No. _21037_

**AURELIA PUCINSKI, CLERK OF THE CIRCUIT COURT OF COOK COUNTY , ILLINOIS**

C        27

STATE OF ILLINOIS )
             )  SS
COUNTY OF COOK )

                    IN THE CIRCUIT COURT OF COOK COUNTY
                    COUNTY DEPARTMENT, CRIMINAL DIVISION

PEOPLE OF THE STATE OF ILLINOIS )
         Plaintiff              )
              vs.               )    INFORMATION NO.   00CR-7104
                                )
 CHARLES DANIELS                )
         Defendant(s)           )

                MOTION FOR PRE-TRIAL DISCOVERY
           PURSUANT TO ILLINOIS SUPREME COURT RULE 413
           ----------------------------------------

TO:   ATTORNEY OF RECORD

     Now come the People of the State of Illinois, by RICHARD A. DEVINE,

State's Attorney of Cook County, by his Assistant, FRANK MAREK

and moves this Honorable Court, pursuant to Illinois Supreme Court

Rules 413(c), 413(d) and 415(b) to enter an Order directing the

defendant and his attorney or attorneys:

     1.  To give written notice to the People of the State of Illinois

of any defenses, affirmative or non-affirmative, which the defendant

intends to assert at any hearing or at trial.  If the defendant

intended to assert the defense of Alibi he shall state in writing his

location at the time of the alleged offense and the identity of wit-

nesses to such alibi defense as in "2" below.  (Having notice of such

defense, the People will furnish prior to trial the names and addresses

of any additional witnesses to be called to rebut said alibi defense.

RULE 413(d).

     2.  To furnish in writing to the People of the State of Illinois,

the names and last known addresses of persons the defendant intends

to call as witnesses, together with their relevant written or recorded

statements, including memoranda reporting or summarizing their oral

statements, and any record of prior criminal convictions of such

witnesses known to the defendant or his attorneys.  RULE 413(d).

C   28

3.  To inform the people of the State of Illinois, and to permit the inspection and copying or photographing of any reports, results or testimony relative thereto, of physical or mental examinations or of scientific tests, experiments, or comparisons, and any other reports of statements of experts which defense counsel has in his possession or control, including, but not limited to, statements made by the defendant contained in reports, any part of which defense counsel intends to use at a hearing or trial.  Rule 413(c)

4.  To furnish the People of the State of Illinois with any books, papers, documents, photographs, or tangible objects the defendant or his attorneys intend to use as evidence or impeachment at a hearing or trial.  Rule 413(d)

5.  To notify the People of the State of Illinois of the evidence of any material or information subject to disclosure which is discovered subsequent to compliance with any other orders entered pursuant to Illinois Supreme Court Rules.  413(c) and 413(d)  Rule 415(b)

RICHARD A. DEVINE
State's Attorney of Cook County

by:  *Ricky D. Granderson*

Assistant State's Attorney

STATE OF ILLINOIS )
                 )  SS
COUNTY OF COOK   )

IN THE CIRCUIT COURT OF COOK COUNTY
COUNTY DEPARTMENT, CRIMINAL DIVISION

PEOPLE OF THE STATE OF ILLINOIS )
                                )
                    vs.         )    CASE NO.
                                )
CHARLES DANIELS                 )
        Defendant(s)            )

*FILED*
APR  3 2000
PER AURELIA PUCINSKI

ANSWER TO DISCOVERY

    Now come the People of the State of Illinois, through RICHARD A. DEVINE, State's Attorney for Cook County, and answers the defendant's Motion for Discovery as follows:

    1.  State may call as witnesses any persons named in police reports, transcripts, medical reports and other documents attached to and incorporated as part of this answer.

    2.  All items set forth in said documents may be used at trial as physical evidence and will be available for inspection at a reasonable date, time and place upon request.

    3.  Statements of persons State may call as witnesses; statements made by defendant or co-defendant and list of witnesses to the making; date, time and place of occurrence; process used to seize evidence and identification procedure are in above said documents.

    4.  Grand Jury transcript as described in Supreme Court Rule 412(iv) available upon receipt.

    5.  Reports of experts and examination results, if any, will be tendered to defense upon receipt.

    6.  No known record of criminal convictions which can be used for impeachment of intended State witnesses and no electronic surveillance of accused or his premises.

    7.  No known material or information within possession or control of State which tends to negate guilt of accused or reduce punishment of accused.

    8.  PURSUANT TO SUPREME COURT RULE 415(C) MATERIALS FURNISHED TO AN ATTORNEY SHALL REMAIN IN HIS EXCLUSIVE CUSTODY AND BE USED ONLY FOR THE PURPOSE OF CONDUCTING HIS SIDE OF THE CASE.

_Ricky D. Granderson_

_____
Assistant State's Attorney

C    3 0

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

COUNTY MUNICIPAL DEPARTMENT- CRIMINAL DIVISION

PEOPLE OF THE STATE OF ILLINOIS )

                            )        NO.  99 CR 9919

        VS.             )        HONORABLE JUDGE

                            )        THOMAS M. DAVY, j,.

CHARLES DANIELS        )        PRESIDING

## O R D E R

IT HAVING NOW COME BEFORE THE ATTENTION OF THIS HONORABLE COURT IN THE ABOVE CAPTIONED AND RELATED MATTERS, THAT SAME DEFENDANT HAS REQUESTED ASSISTANCE FOR JURY TRIAL BY RIGHT, PREPARATION THROUGH LEGAL MATERIAL SITUATED WITHIN DIVISION I LAW LIBRARY, SHALL BE ALLOWED VISITATION/PASSES TOWARDS THAT PURPOSE A MINIMUM OF FOUR(4) OUT OF TEN(10) VISITS PER WEEK, UNTIL THIS MATTER IS DISPOSED OF WITHIN THIS COURT. THE COOK COUNTY SHERIFF AS KEEPER IS TO ABIDE BY THIS ORDER. ATTENTION: IVORY AVERY., V. ALEXANDER- Supervisor-Jail Library.

HONORABLE THOMAS M. DAVY
JUDGE- BRIDGEVIEW

ENTERED

JUN 0 8 2000

AURELIA PUCINSKI
CLERK OF CIRCUIT COURT

DATED  6-8-00

C   31

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

PEOPLE   OF THE STATE OF ILLINOIS

v.

CHARLES DANIELS

NO.   99 CR 9919

### ORDER

This matter coming on to be heard concerning the Defendant's fitness for trial and the Court being advised in all the premises.

It is hereby ordered that Dr. W. Thomas Love of 714 S. Dearborn 6th Fl., Chicago, IL 60605 a registered board certified psychiatrist is allowed to examine the Defendant for fitness and that the Cook County Department of Corrections is ordered to allow Dr. Love visitation and contact rights with the Defendant, forthwith.

ENTERED

NOV 29 2000

AURELIA PUCINSKI
CLERK OF CIRCUIT COURT

Atty No.  21037

Name  Dennis Hugh Sherman

Attorney for  Charles Daniels

Address  150 N. Wacker Drive, Suite 2460

City  Chicago, IL 60606

Telephone (312) 372-3757

Nov. 29 2000 , 19 . . .

ENTER:

Judge        Judge's No.

AURELIA PUCINSKI. CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

STATE OF ILLINOIS )
                 ) SS
COUNTY OF COOK )

             FILED

             NOV 2 9 2000

             AURELIA PUCINSKI

         IN THE CIRCUIT COURT OF COOK COUNTY
         COUNTY DEPARTMENT, CRIMINAL DIVISION

PEOPLE OF THE STATE OF ILLINOIS )
                          )
           vs.            )   CASE NO.   99 CR 9919
                           )
CHARLES DANIELS              )
                           )
           Defendant.   )

### PETITION TO EVALUATE THE FITNESS OF THE DEFENDANT

Now come defendant, CHARLES DANIELS, by and through his attorney, DENNIS HUGH SHERMAN, and move this Honorable Court as to allow the Independent expert W. Thomas Love, M.D. to evaluate the defendant concerning his fitness. In support thereof, the defendant states as follows:

1.   The Defendant was found fit by the Psychiatric Institute.

2.   Dr. Love is a qualified psychiatrist and can perform a fitness exam.

WHEREFORE, the defendant respectfully moves this Honorable Court to allow Dr. Love to evaluate the defendant concerning his fitness.

                        Respectfully Submitted,

                        Dennis Hugh Sherman

Dennis Hugh Sherman
150 N. Wacker Drive
Suite 2460
Chicago, IL 60606
312/ 372-3757
Attorney No. 21037

C    33

## CIRCUIT COURT OF COOK COUNTY
## ADULT PROBATION DEPARTMENT
## INVESTIGATIVE REPORT

**DATE ORDERED:** January 17, 2002        **PRETRIAL:** X

**DATE DUE:** March 5, 2002        **PRESENTENCE:**

**DEFENDANT:** Charles Daniels        **JUDGE:** Davy

**A/K/A:** See defendant's arrest records        **LOCATION:** 10220 South 76th Avenue
                                                                    Bridgeview, IL Room 109

**ADDRESS:** 7624 S May        **ASST. STATE ATTY:** Court assigned
Chicago, Illinois

**TELEPHONE:** 773-224-4050        **DEFENSE ATTY:** Sherman

**VERIFICATION:** Ameritech        **INVESTIGATING P.O.** Karpiak


**DATE OF BIRTH:** September 6, 1954        **I.R. #:** 486907

**PLACE OF BIRTH:** Raleigh, North Carolina        **C.B. #:** 14168080

**SEX/RACE:** Male / Black        **I.S.B. #:** 18207540

**HGHT/WGHT:** 6'3" / 190 lbs        **F.B.I. #:** 708909W8

**EYES/HAIR:** Brown / Black        **S.S. #:** 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

**U.S. CITIZEN:** Yes        **D.L. #:** D542-1525-4254

**DATE ENTERED U.S.A.:** Does not apply

**ALIEN REGISTRATION #:** Does not apply


| CASE NUMBERS | CHARGE | ARREST DATE |
|---|---|---|
| 99CR9919-01 | Residential Burglary<br>Possess Burglary Tools | 4-14-1999 |
| 00CR7104-01 | Burglary | 2-12-2000 |

**CUSTODY STATUS:** In custody, Inmate #20000011918, division II


1

C   34

## BACKGROUND

### PRIOR CRIMINAL INVOLVEMENT  (CHECK ALL THAT APPLY)

#### JUVENILE                                    ADULT

( ) PROBATION            ( X ) **MISDEMEANOR**    ( X ) **PROBATION**
( ) INCARCERATION        ( X ) **FELONY**         ( X ) **INCARCERATION**
                                                  ( X ) **PAROLE**

**EMPLOYMENT STATUS:**  Unemployed

       INCOME:  None                    **SOURCE:**  Defendant is incarcerated


**EDUCATION, HIGHEST LEVEL:**  College graduate

**MILITARY:**  No                       **BRANCH:**

**DISCHARGE:**

**CURRENT MARITAL STATUS:**  Divorced    **NUMBER OF CHILDREN:**  Two

**SUPPORT PAYMENTS:**  Does not apply

**SUBSTANCE USE:**                       **ALCOHOL:**  Yes

                                         **CHEMICAL:**  Yes

**PSYCHOLOGICAL INFORMATION:**      Yes

**PHYSIOLOGICAL INFORMATION:**      Yes

**GANG INVOLVEMENT:**               None reported

**VICTIM IMPACT STATEMENT:**        Not applicable

**OTHER PERTINENT INFORMATION:**

**2**

# HISTORY OF CONVICTIONS

## JUVENILE:

| Case #/Charge | Disposition and Date |
|---|---|

The defendant reported no prior juvenile convictions, due to the defendant's age juvenile records would no longer be available.

## ADULT

| Case #/Charge | Disposition and Date |
|---|---|
| 81-17790<br>Burglary | On August 13, 1981, the defendant was sentenced to 3 years probation Judge Reynolds. |
| Criminal / Mischief<br>Burglary | The defendant's federal arrest records show the defendant being sentenced on November 13, 1984 to 11 months and 15 days in jail in Pennsylvania. |
| 82I6087<br>Residential Burglary | On July 7, 1986, the defendant was sentenced to 4 years Illinois Department of Corrections by Jude Himel |
| 83-938<br>82C65217<br>83-5927<br>86CR206001<br>Residential Burglary | On August 4, 1986, the defendant was sentenced to 4 years Illinois Department of Corrections by Judge Heyda.  All Cases are to run consecutively. |
| 92CR1879601<br>Residential Burglary | On May 19, 1993, the defendant was sentenced to 10 years Illinois Department of Corrections by Judge Moran |
| 001217344-01<br>Theft | On May 10, 2000 the defendant was sentenced to 10 days time considered served. |

3

PENDING **CASE/BFW'S**

### Case #/Charge                **Location and Next Court Date**

00CR14066-01                    Bridgeview Courthouse,
Attempt Residential Burglary    Judge Wasilewski
Possess Burglary Tools          March 5, 2002

The defendant's federal arrest records show a warrant pending
in Cincinnati, Ohio for Receive Stolen Property.  This
warrant was issued on or about March 25, 1983.

### OFFICIAL VERSION OF THE OFFENSE

The defendant was arrested on or about April 15, 1999 and
February 12, 2000, by an officer of the Chicago, Illinois
Police Department and charged with Residential Burglary and
Possess Burglary Tools and Burglary.  The defendant appears
next before Judge Davy on March 5, 2002 to answer to said
charges in case #99CR991901 and 00CR710401.

### DEFENDANT'S VERSION OF THE OFFENSE

Due to the pretrial nature of this investigation, the
defendant's version is not necessary.

### SOCIAL HISTORY

Mr. Charles Daniels reported that he was born to the union of
Mr. Willie and Mrs. Lillian Daniels on September 6, 1954 in
Raleigh, North Carolina.  He stated that he was raised by both
parents.  The defendant described his parents as being
positive role models during his youth.  The defendant reported
that he moved to the Chicago area as a child with his family.
He stated that his family has remained in this area since.
Mr. Daniels reported that his father died in 1984.  He stated
that his mother is alive and that they reside together.  The
defendant reported that he was not abused in any way as a
child.  He stated that no problems existed within his childhood
home.

Mr. Daniels reported that he has one younger brother.  He stated
that he gets along well with his brother.  The defendant
related that no problems exist within his sibling relationship.

4

C    37

## SOCIAL HISTORY (CONTINUED)

The defendant reported that he resides at 7624 S. May in Chicago, Illinois, with his mother and brother.  He stated that he has lived at this address for twenty years.

## MARITAL STATUS

Mr. Daniels reported that he married a Ms. Deborah Cook in 1984.  He stated that he divorced his wife in 1997, due to irreconcilable differences.  The defendant reported no other marriages.

The defendant related that he has two children, ages fifteen and seventeen years old, by his relationship with his ex-wife. The defendant stated that his children reside in Chicago with their mother.  He stated that he sees his children regularly, and that he helps them financially when he is able.  He reported having a good relationship with his children.  The defendant stated that no problems exist within his relationship with his children.  The defendant reported that he has no other children that he is aware of.

## EDUCATIONAL BACKGROUND

Mr. Daniels outlined his educational background as follows, he stated that he graduated in 1968 from Ryder Elementary School in Chicago, Illinois.  The defendant stated that he then went on to attend Sullivan High School in Chicago, Illinois in 1972. The defendant described himself as being an above average student.  He stated that he was a member of his high school's basketball team for four years.  The defendant stated that he had no disciplinary problems while in school.

The defendant reported that he then went on to attend Rice University in Houston, Texas.  He stated that he attended school there from 1972 through 1977.  The defendant stated that he obtained a bachelors degree in political science and a masters degree in business administration while enrolled at this school.  The defendant reported no further educational background.

**Verification:**  The defendant's school records were requested with no response to date.

5

## EMPLOYMENT HISTORY

Mr. Daniels reported that he was last employed, prior to his
incarceration, as a salesman selling futures and commodities.
The defendant could not recall the name of the company that he
was employed by. He stated that he was employed in this fashion
during parts of 1997 through 1999. The defendant stated that he
was earning $2,000 to $3,000 a month at this job. He stated
that he left this job due to an arrest.

The defendant went on to state that he was also employed by C
and H Enterprises of Chicago, Illinois. He stated that he was
employed by this company during parts of 1996 and 1997. He
stated that he was employed as an insurance salesman, earning
$300.00 to $400.00. The defendant reported that he left this
job to take his last job.

Mr. Daniels stated that he has been in sales, in one form or
another since leaving college. The defendant reported that he
has always tried to remain gainfully employed in one way or
another since leaving school.

**Verification:** The defendant could not recall his last
employment, therefore his employment could not be verified.

## HEALTH HISTORY

**Physical:** Mr. Daniels reported that he has been suffering
with a degenerative hip for the past four years. He stated
that he will probably need hip replacement surgery in the
future, but none has been planned to date. The defendant
reported no further physical health problems.

**Psychological:** The defendant reported that he was diagnosed as
being bipolar in 1997. He stated that he has been treated for
this problem, along with anger and stress management, through
the Southwest Mental Health Center in Chicago, Illinois, on
Racine and 76th Street. The defendant reported that he has been
treated as an outpatient through this facility. He related that
he takes the prescription drug Elavil to assist with this
problem. The defendant reported no inpatient treatment. He
stated that he has no further mental health problems.

**6**

## ALCOHOL / DRUG USAGE

Mr. Daniels reported that he had his first alcoholic drink while
in college.  The defendant stated that he had his last alcoholic
drink in 1999.  The defendant reported that he was drinking
alcohol daily for ten years, prior to his incarceration.  He
stated that his consumption of alcohol
varied, but that he would drink as much as he was able.
The defendant related that he does feel he had an alcohol
abuse problem.  He stated that he has never been treated
for alcohol abuse.

The defendant reported that he first used marijuana while in
college.  He related that he does not fee he has ever abused
marijuana.  The defendant stated that he went on to start
abusing cocaine in the 1980's.  He reported that he started
using cocaine daily in the early 1980's.  The defendant stated
that he was spending an average of $100.00 a day towards this
habit up until his current incarceration.  The defendant stated
that he does feel he has a drug abuse problem.  He stated that
he has never been treated for drug abuse.

## COMPANIONS AND COMMUNITY INVOLVEMENT

Mr. Daniels reported that he has never been a member of any of
the numerous Chicago area street gangs.

The defendant stated that he has no tattoos on his body.

In his spare time, Mr. Daniels reported that he enjoys
playing chess, or reading his bible.

The defendant reported no involvement with any neighborhood
church, or community social groups.

## MILITARY HISTORY

The defendant reported no prior military history.

## ECONOMIC STATUS

The defendant is incarcerated, and therefore has no income or
monthly expenses.

7

## SUMMARY

The defendant is a forty seven year old divorced male. He
stated that he is a college graduate. The defendant reported
that he was employed, prior to his incarceration. The defendant
reproted that he is divorced. He stated that he has two
children by his ex-wife. He stated that he sees his children
often, and that he was helping them financially prior
to his incarceration. the defendant reported that he has been
treated for mental health problems as an outpatient. He
reported having a drug abuse problem. The defendant reported
that he has never been treated for drug abuse. The defendant
denied any gang affiliations.

## PROPOSED PLAN OF SUPERVISION

If eligible for and sentenced to probation, the following plan
may benefit the defendant's rehabilitation:

## INTENSIVE PROBATION SUPERVISION

If found eligible for the Intensive Probation Supervision
Program, the defendant would be required to complete a
three phase program consisting of weekly face-to-face contacts,
curfew verified by home visits, weekly arrest checks, 130 hours
of community service work and random urinalysis. This program
also includes educational and employment requirements.

## HOME CONFINEMENT

A period of home confinement, determined by the court, which
utilizes regular face-to-face surveillance checks. The period
of home confinement would coincide with regular caseload
supervision and any other conditions of probation.

## SOURCES OF INFORMATION

1.  Chicago arrest records
2.  State arrest records
3.  Federal arrest records
4.  L.E.A.D.S. printout
5.  Fugitive warrants check
6.  Ameritech
7.  Interview with the defendant

A. Karpiak
Adult Probation Officer
barb

8

C   4 1

**CITY OF CHICAGO / DEPARTMENT OF POLICE / 1121 South State Street**
**IDENTIFICATION SECTION   Chicago, Illinois 60605**



| CRIMINAL HISTORY OF | DANIELS, Charles L.   M/N |
|---|---|
| DATE | 04 Jan 77 |
| DATE OF BIRTH | 06 Sep 54 |

I.R.I. 486907

| I.R. NO. | FBI NO. | S.I.D. NO. |
|---|---|---|
| 486907 | 708 909 W 8 | 1820754 |

| NAME & ADDRESS | C.B. NO. | DATE OF ARREST | ARRESTING OFFICER & DISTRICT | CHARGE | DISPOSITION |
|---|---|---|---|---|---|
| Carley DANIEL 7624 S. May 06 Sep 54 | 10482374 gd | -30 Mar 97, Off. Chengary, Dist. 006, Crim Tresp To Land -08 May 97, C.T.T.L. 720-5/21-3 SOL, Judge Marbly, DOC# 97241816 | | | |
| Charles DANIELS 7624 S. May 06 Feb. 57 | 10679581 ab | -29 Aug. 97, Off. Henderson, Dist. 005, Crim. Tres. To Veh. 25 Sep 97, CTTV 720 5/21-2, BFSOL, Judge Wright, DOC# 97401687 | | | |
| Charles L. DANIELS 7624 S. May ST 06 Sep 54 | 14029762 cb/temp | -23 Oct 98 Off. Warner, B. Dist. 18 Theft of Lost/Mislaid Prop *11-24-98 SOL. Jd Kowalski.* | | | |
| Charles L. DANIELS 7624 S. May 06 Sep 54 | 14052045 ar | -19 Nov 98, Off. Snelling, Broderick Dist. 006 Poss. Control Subst-Cocaine *12-16-98 Nolle Jd Laws Bros-* | | | |
| Charles L. DANIELS 7654 S May 06 Sep 54 | 14119076 lj | -15 Feb 99 Off. Morrin Dist. 22 (05) Criminal Trespass To Vehicles *3-25-99 SOL. BR 35* | | | |
| Charles DANIELS 624 S, May. St 6 Sep 54 | 14168080 jmm | + 15 Apr 99, Off. Overstreet, Dist. 006, Residential Burglary 10 May 99, INFO#99CR-9919, Residential Burg., Poss Burglary Tools *3-5-02 Jd Day* | | | |
| Charles DANIELS 8624 S Paulina 06 Sep 54   1p | 14247950 | -23 Jul 99, Off Claeson, 019th dist., Poss drugparaphernalia *10-19-99 SOL. BR 29* | | | |
| Charles DANIELS 24 S. May St. Sep 54 | 14393456 js | - 28 Jan 00 Off. Greenwood Dist. 006M Theft Of Labor,Serv., Use Of *09/21734401    5-10-00   10days   Jd Bathard* | | | |
| Charles DANIELS 7624 S May 06 Sep 54   1p | 14405399 | -12 Feb 00, Off Meister, 006th Dist., Burglary 24 Mar 00, Info#00CR-7104, Burg HJ *3-5-02 Jd Day* | | | |
| illiam BRADY 1508 S. Front Av 6 Feb 59 | 14474838 js | - 07 May 00 Off. LaRocca Dist. 019M Criminal Trespass 22 Jun 00, GJ IND#00CR-14066,Attempt Residential Burglary, Posses Burglary tools *3-5-02 Jd Wasilewski* | | | |

*CONFIDENTIAL - Further dissemination of information contained in this record is forbidden. When this record has served the purpose for which it was issued, it must be destroyed (U.S. Dept. of Justice Rules & Regulations S.S. 20.33).*

CPD-31.903 (REV 7/88)

CITY OF CHICAGO **DEPARTMENT OF POLICE** 11 South State Street
IDENTIFICATION SECTION   Chicago, Illinois  60605

486907

CRIMINAL HISTORY OF   **DANIELS, Charles L**   M/N   15   14

21 W IOO
17 U OOO

DATE   04 Jan 77

DATE OF BIRTH   6 Sept 54

| I.R. NO. | FBI NO. | I.S.B. NO. |
|---|---|---|
| 486907 | 708 909 W 8 | 1820754 |

| NAME & ADDRESS | C.B. NO. | DATE OF ARREST   ARRESTING OFFICER & DIST. | CHARGE | DISPOSITION |
|---|---|---|---|---|
| Charles L DANIELS 7624 S May | 4880993 | -04 Jan 77, Off Dore, TSA#1, 006th Dist., Poss mari 28 Jan 77, Poss Marij(56½-704)SOL, Judge Zelezins | | |
| Charles L. DANIELS 7624 S. May St. 6 Se.54 | 6040296 | -12 Feb.81, Off. Wilburn  Auto Theft Section(06th) CTTV 20 Apr.81, CTTV(38-21-2) SOL Judge O'Brien | | |
| Charles L. DANIELS 7624 S. May 6 Sep. 54 | 6184417 | -25 Jul.81, Off. Fritz 018th Dist. Burglary 12 Aug 81 Att/Burg(2)(38-4-4) PCPC INFO#81-17783, 3 Yrs (F) PROBATION Judge Reynolds. | | |
| Charles DANIELS 7624 S. May 06 Sep 54 | 6295995 | -17 Nov 81- Off. Lindsey 22nd (06) D/C 3 Dec. 81, Disord. Cond.(MCC) LFD, Judge Handy | | |
| William Daniels 7715 S. Shore Dr. 6 Feb. 57 | 6496270 | 14 Jun 82, Off. Morrow, 4th Dist., Att. Burg 15 June 82, Att. Burglary (38-8-4) PH-FPC Judge Moran 16 July 82, INFO#82-6087, Res Burglary. | | |
| | | 10 Feb 83, G.J.IND#83-C938, Viol Bail Bond for INFO#82-6087 Residential Burglary 10 Feb 83. Jumping Bail(83-938) SOL Warrant., Judge Fitzgerald. | | |
| | | 3 Jul 86, Viol Bail Bond (83-C938) PG 4 yrs ISP, 4 yrs IDOC, Judge Himel. 7 July 86. INFO# 82I 6087, Res. Burgl(38-19-3A) PG 4 yrs IDOC Judge Himel. | | |
| Alphonso REID 8445 S. Buffalo 06 Feb 50 | 7513205 | - 24 Jan 86, Off. Boehmer 018th Dist., Burglary 14 Feb 86, Burglary (38-19-3a), TRANSFER TO CHIEF JUDGE FOR IND#, Judge Bastone, Doc#86-106287 4 Apr 86. Crim Div 86-2060, Res Burglary, Theft. | | |
| | | 4 Aug 86. 86 CR-2060 Res. Burg(38-19-3) PG 4 yrs IDOC,Conc 82-5217-83-5927-82-6087, 83-938. Judge Heyda. | | |
| Charles DANIELS 7624 S. May 6 Feb. 57 | 9091692 cd | -6 Apr. 92, Off. Madden, 22nd (5th) Dist Crim Tresp to Veh 3 Jun 92 CTIVEH. (38-21-2) Sol Judge Wood DOC# 92229623 | | |
| Charles DANIELS 7624 S May 06 Feb 57   1p | 9186390 | -06 Aug 92,Off Brown, 006th dist.,  Burglary 28 Aug 92, INFO#92CR-18796, Residential Burglary 19 May 93, Residnetial Burg, (92CR-18756) VERDICT GUILTY 10yrs IDOC, Judge Moran | | |
| Daniels CHARLES 121 N Campbell 06 Feb 52 | 10181679 pb | -13 Mar 96 Off. K. Myrn Dist. 013 (MCD) Parole Violation 15 mar 96 TOT IDOC ASI EJ | | |

*CONFIDENTIAL —Further dessemination of information contained in this record is forbidden. When this record has served the purpose for which it was issued, it must be destroyed. (U.S. Dept. of Justice Rules & Regulations S.S. 20.33).*

CPD-31.903 (REV. 10/75)

```
XAV
M/AP91AP92
200202191016
IL016023G  OPR/PI  PUR/C  REQ/KARPIAK,PSI
NAM/DANIELS,CHARLES                    SEX/M RAC/B DOB/19540906
SOC/323488193


SID/IL18207540  NAM/BRADY,WILLIAM                       SEX/M
RAC/B  DOB/19590206  HGT/0    WGT/0    HAI/XXX  EYE/XXX
SKN/DRK  SMT/
FT '                        FBI/754807AA7
SOC/323488193   CIR/0486907    MNU/
```

| ALIAS NAME | ALIAS DOB |
|---|---|
| ALPHONZO,REED | 19590206 |
| BRADY,WILLIAM | 19500206 |
| CHARLES,DANIELS N | 19510906 |
| DANIELS,CHARLES L | 19520206 |
| DANIELS,CHARLES LANARD | 19540609 |
| DANIELS,WILLIAM C | 19540906 |
| DANIELS,WILLIAM G | 19560906 |
| DANILES,CHARLES L | 19570202 |
| REID,ALPHONSO | 19570206 |
|  | 19590206 |

```
TOTAL ARRESTS   22    TOTAL CONVICTIONS   14  INCLUDING:
CHARGES CONV OFFENSE          CHARGES CONV OFFENSE
   3    0 DANGEROUS DRUGS       6    0 INVASION OF PRI
  10   10 BURGLARY              2    4 OBSTRUCTING JUD
   1    0 SEX OFFENSES          1    0 FORGERY
   2    0 LARCENY

LAST ARREST 20000507 BY CHICAGO PD          CASE # 14474838
FOR CRIMINAL TRESPASS TO LAND     ,
 END OF LEADS RESPONSE
```

C   4 4

XAV NO REC LEADS NAM/DANIELS,CHARLES SEX/M
DOB/090654 SOC/323488193   END OF LEADS RESPONSE

NO NCIC WANT SOC/323488193
NO NCIC WANT NAM/DANIELS,CHARLES DOB/19540906 SEX/M
 END OF LEADS RESPONSE

THIS NCIC INTERSTATE IDENTIFICATION INDEX MULTIPLE RESPONSE IS THE
RESULT OF YOUR INQUIRY ON NAM/DANIELS,CHARLES SEX/M RAC/B DOB/19540906
 SOC/323488193 PUR/C

| NAME | FBI NO. | INQUIRY DATE |
|------|---------|--------------|
| BIAS,OTIS | 754807AA7 | 2002/02/19 |

| SEX | RACE | BIRTH DATE | HEIGHT | WEIGHT | EYES | HAIR | BIRTH PLACE | PHOTO |
|-----|------|-----------|--------|--------|------|------|-------------|-------|
| M | B | 1959/11/21 | 602 | 195 | BRO | BRO | LOUISIANA | N |

FINGERPRINT CLASS        PATTERN CLASS
PO PI 13 16 13           WU WU RS RS RS WU LS LS LS LS
PM 10 16 14 12                 WU WU        WU WU


ALIAS NAMES
ALPHONZO,REED              BIAS,OTIS C
BIAS,OTTIS                 BIAS,OTTIS C-JR
BRADY,WILLIAM             CHARLES,DANIELS
DANIEL,DONALD            DANIEL,DONALD J
DANIEL,DONALD OTIS       DANIEL,WILLIAM
DANIELS,CHARLES          DANIELS,CHARLES L
DANIELS,CHARLES LANARD   DANIELS,WAYNE
     END OF LEADS RESPONSE

C    47

END OF LEADS RESPONSE

IL016023G OPR/TF PUR/C REQ/KARPIAK,PSI
SID/IL18207540
ATN/APD

THIS RECORD IS BASED ONLY ON THE SID NUMBER IN YOUR REQUEST-
IL18207540 BECAUSE ADDITIONS OR DELETIONS MAY BE MADE AT ANY TIME,
A NEW COPY SHOULD BE REQUESTED WHEN NEEDED FOR SUBSEQUENT USE.

ILLINOIS STATE POLICE
CRIMINAL HISTORY RECORD INFORMATION

STATE ID NO. FBI NO. CHICAGO IR NO. DATE REQUESTED

STATE USE ONLY  DATE: 02/19/2002 ORI: IL016023G TYPE: 0000 TCN:

ILLINOIS STATE POLICE

DIVISION OF ADMINISTRATION

260 NORTH CHICAGO STREET

JOLIET, IL 60432-4075

CRIMINAL HISTORY OF: BRADY, WILLIAM          (LAST KNOWN NAME)

STATE IDENTIFICATION NUMBER :   IL 18207540

CONVICTION STATUS : FELONY CONVICTIONS

CUSTODIAL STATUS: MANDATORY RELEASE   DATE: 10/23/1989

ALIAS NAME(S)     DATE OF BIRTH

ALPHONZO,REED    02/06/1950

BRADY,WILLIAM    09/06/1951

CHARLES,DANIELS N   02/06/1952

DANIELS,CHARLES L   06/09/1954

DANIELS,CHARLES LANARD    09/06/1954

DANIELS,CHARLES    09/06/1956

DANIELS,WILLIAM C   02/02/1957

DANIELS,WILLIAM G   02/06/1957

DANILES,CHARLES L   02/06/1959

REID,ALPHONSO

SUBJECT IDENTIFICATION DATA

SEX:   MALE

RACE:   BLACK

HEIGHT:  602   DATE REPORTED: 04/15/1999   FBI#: 754807AA7

WEIGHT:  180   DATE REPORTED: 04/15/1999   CHICAGO IR#: IR0486907

EYES:    BROWN

HAIR:    BLACK

SKIN:    DARK  /  MEDIUM

SCARS/MARKS/TATOOS    PLACE OF BIRTH    DRIVERS LICENSE NUMBER    DL STATE

                      ILLINOIS          D54215254254              IL

                      NORTH CAROLINA

                      UNITED STATES OF AMERICA

SOCIAL SECURITY NUMBER   MISCELLANEOUS NUMBER   PALM PRINTS AVAILABLE

323488193

PHOTO AVAILABLE   IDOC#   FOID#   INS#

CHICAGO POLICE DEPARTMENT   N63102

END OF PAGE 001 -- MORE DATA WILL FOLLOW
END OF LEADS RESPONSE

02.050 10.17.09
IL016023G  OPR/TF  PUR/C  REQ/KARPIAK,PSI
SID/IL18207540

(CONTINUED FROM PREVIOUS RESPONSE)


DOC CORRECTIONAL CENTER JOLIET

D   WESTERN ILLINOIS CORRECTIONAL CENTER

ORLAND PARK POLICE DEPARTMENT

OCCUPATION  DATE REPORTED

PAEALEGAL   01/30/2000

EMPLOYER  DATE REPORTED

BASIS FOR CAUTION  DATE REPORTED

CRIMINAL HISTORY DATA

--------------------------------------------------------------------

ARREST

DCN: C14474838   DATE OF ARREST: 05/07/2000

NAME: BRADY, WILLIAM      DATE OF BIRTH: 02/06/1959

RESIDENCE:11508 S FRONT AV

                    CHICAGO, IL

ARRESTING AGENCY: CHICAGO POLICE DEPARTMENT   NCIC: ILCPD0000

AGENCY CASE #: XX   OFFICER BADGE #:   PHOTO AVAILABLE: NO

ARREST CHARGES

COUNT  STATUTE CITATION  LITERAL DESCRIPTION  CSAOD  CLASS

1      720 ILCS 5.0/21-3  CRIMINAL TRESPASS TO LAND  O  Z

ARREST TYPE:   DATE OF OFFENSE:

BOND INFORMATION

DATE BONDED:   BOND RECEIPT#:   BOND AMOUNT:   BOND DEPOSIT:

STATES ATTORNEY SECTION

FILING DECISION: DIRECT FILED WITH COURT   DECISION DATE: 07/20/2000

COUNT  STATUTE CITATION  LITERAL DESCRIPTION  CSAOD  CLASS

1      720 ILCS 5.0/21-3  CRIMINAL TRESPASS TO LAND  O  Z

AGENCY NAME: COOK COUNTY STATE'S ATTORNEY   NCIC: IL016013A

--------------------------------------------------------------C--   51

NAME: BRADY, WILLIAM    DATE OF BIRTH: 02/06/1959

RESIDENCE: 11508 S FRONT AV

CHICAGO, IL

ARRESTING AGENCY: CHICAGO POLICE DEPARTMENT    NCIC: ILCPD0000

AGENCY CASE #: 14474838    OFFICER BADGE #: 6151    PHOTO AVAILABLE: NO

ARREST CHARGES

COUNT    STATUTE CITATION    LITERAL DESCRIPTION    CSAOD    CLASS

END OF PAGE 002 -- MORE DATA WILL FOLLOW
END OF LEADS RESPONSE

(CONTINUED FROM PREVIOUS RESPONSE)


1      720 ILCS 5.0/21-3-A    CRIMINAL TRESPASS TO LAND  O  B

ARREST TYPE:    DATE OF OFFENSE:

BOND INFORMATION

DATE BONDED:    BOND RECEIPT#:    BOND AMOUNT:    BOND DEPOSIT:

STATES ATTORNEY SECTION

FILING DECISION: DIRECT FILED WITH COURT    DECISION DATE: 07/14/2000

COUNT  STATUTE CITATION  LITERAL DESCRIPTION  CSAOD  CLASS

1      720 ILCS 5.0/21-3-A    CRIMINAL TRESPASS TO LAND  O  B

AGENCY NAME: COOK COUNTY STATE'S ATTORNEY    NCIC: IL016013A

------------------------------------------------------------------------

ARREST

DCN: G14405399    DATE OF ARREST: 02/12/2000

NAME: DANIELS, CHARLES    DATE OF BIRTH: 09/06/1954

RESIDENCE: 7624 S MAY ST

                    CHICAGO, IL 60620

ARRESTING AGENCY: CHICAGO POLICE DEPARTMENT    NCIC: ILCPD0000

AGENCY CASE #: 14405399    OFFICER BADGE #: 15752    PHOTO AVAILABLE: YE

ARREST CHARGES

COUNT  STATUTE CITATION  LITERAL DESCRIPTION  CSAOD  CLASS

1      720 ILCS 5.0/19-1  BURGLARY              O      2

ARREST TYPE:    DATE OF OFFENSE:

BOND INFORMATION

D/ ? BONDED:    BOND RECEIPT#:    BOND AMOUNT:    BOND DEPOSIT:

------------------------------------------------------------------------

ARREST

DCN: G14393456    DATE OF ARREST: 01/28/2000

NAME: DANIELS, CHARLES    DATE OF BIRTH: 09/06/1954

RESIDENCE: 7624 S MAY ST

AGENCY CASE #: 14393456    OFFICER BADGE #: 9687    PHOTO AVAILABLE: YES

**ARREST CHARGES**

COUNT    STATUTE CITATION    LITERAL DESCRIPTION    CSAOD    CLASS

1        720 ILCS 5.0/16-3    THEFT LABOR/SERVICES    O       Z

END OF PAGE 003 -- MORE DATA WILL FOLLOW
END OF LEADS RESPONSE

0012173440(

Theft

5-10-0ذ

10 days T.C.S.
Jd Ballard.

```
JU 10.17.09
_L016023G  OPR/TF  PUR/C  REQ/KARPIAK,PSI
SID/IL18207540
```

(CONTINUED FROM PREVIOUS RESPONSE)

ARREST TYPE:   DATE OF OFFENSE:

F 'D INFORMATION

DATE BONDED:   BOND RECEIPT#:   BOND AMOUNT:   BOND DEPOSIT:

------------------------------------------------------------------

ARREST

DCN: C14247950   DATE OF ARREST: 07/23/1999

NAME: DANIELS, CHARLES   DATE OF BIRTH: 09/06/1954

RESIDENCE:

ARRESTING AGENCY: CHICAGO POLICE DEPARTMENT   NCIC: ILCPD0000

AGENCY CASE #: X   OFFICER BADGE #: 6430   PHOTO AVAILABLE: NO

ARREST CHARGES

COUNT  STATUTE CITATION  LITERAL DESCRIPTION  CSAOD  CLASS

1     720 ILCS 600.0/3.5   POSS. DRUG PARAPHERNALIA  O  Z

ARREST TYPE:   DATE OF OFFENSE: 07/23/1999

BOND INFORMATION

DATE BONDED:   BOND RECEIPT#:   BOND AMOUNT:   BOND DEPOSIT:

COURT CHARGES/DISPOSITION

COUNT  STATUTE CITATION  LITERAL DESCRIPTION  CSAOD  CLASS

1     720 ILCS 600.0/3   DRUG PARAPHERNALIA  O     Z

DISP: BOND FORFEITURE   DISP DATE: 09/08/1999

CASE NO: 199128359201

AGENCY NAME: COOK COUNTY CIRCUIT COURT   NCIC: IL016025J

C( /T  STATUTE CITATION  LITERAL DESCRIPTION  CSAOD  CLASS

1     720 ILCS 600.0/3   DRUG PARAPHERNALIA  O     Z

DISP: WARRANT ISSUED   DISP DATE: 09/08/1999

CASE NO: 199128359201

AGENCY NAME: COOK COUNTY CIRCUIT COURT   NCIC: IL016025J

COUNT  STATUTE CITATION  LITERAL DESCRIPTION  CSAOD  CLASS

CASE NO: 199128359201

AGENCY NAME: COOK COUNTY CIRCUIT COURT    NCIC: IL016025J

COUNT    STATUTE CITATION    LITERAL DESCRIPTION    CSAOD    CLASS

1        720 ILCS 600.0/3    DRUG PARAPHERNALIA    O        Z

END OF PAGE 004 -- MORE DATA WILL FOLLOW
END OF LEADS RESPONSE

-30 10.17.09
.L016023G  OPR/TF  PUR/C  REQ/KARPIAK,PSI
SID/IL18207540

(CONTINUED FROM PREVIOUS RESPONSE)


DISP: STRICKEN ON LEAVE   DISP DATE: 10/19/1999

C  E NO: 199128359201

AGENCY NAME: COOK COUNTY CIRCUIT COURT   NCIC: IL016025J

--------------------------------------------------------------------

ARREST

DCN: C14168080   DATE OF ARREST: 04/15/1999

NAME: DANIELS, CHARLES   DATE OF BIRTH: 09/06/1954

RESIDENCE:

ARRESTING AGENCY: CHICAGO POLICE DEPARTMENT   NCIC: ILCPD0000

AGENCY CASE #:   OFFICER BADGE #:   PHOTO AVAILABLE: NO

ARREST CHARGES

COUNT   STATUTE CITATION   LITERAL DESCRIPTION   CSAOD   CLASS

1     720 ILCS 5.0/19-3   RESIDENTIAL BURGLARY  O    1

ARREST TYPE:   DATE OF OFFENSE: 04/15/1999

BOND INFORMATION

DATE BONDED:   BOND RECEIPT#:   BOND AMOUNT:   BOND DEPOSIT:

STATES ATTORNEY SECTION

FILING DECISION: DIRECT FILED WITH COURT   DECISION DATE:

COUNT   STATUTE CITATION   LITERAL DESCRIPTION   CSAOD   CLASS

1     720 ILCS 5.0/19-3   RESIDENTIAL BURGLARY  O    1

AGENCY NAME: COOK COUNTY STATE'S ATTORNEY   NCIC: IL016013A

--------------------------------------------------------------------

ARREST

DCN: C14119076   DATE OF ARREST: 02/15/1999

NAME: DANIELS, CHARLES L   DATE OF BIRTH: 09/06/1954

RESIDENCE:

ARRESTING AGENCY: CHICAGO POLICE DEPARTMENT   NCIC: ILCPD0000

AGENCY CASE #:   OFFICER BADGE #:   PHOTO AVAILABLE: NO

1    720 ILCS 5.0/21-2   CRIMINAL TRESPASS VEHICLE   A

ARREST TYPE:    DATE OF OFFENSE: 02/15/1999

BOND INFORMATION

DATE BONDED:    BOND RECEIPT#:    BOND AMOUNT:    BOND DEPOSIT:

S' TES ATTORNEY SECTION

END OF PAGE 005 -- MORE DATA WILL FOLLOW
END OF LEADS RESPONSE

*3-25-99*
*SOC.*
*BR 35   Id Wright*

```
 ?1AP92
..050 10.17.09
IL016023G  OPR/TF  PUR/C  REQ/KARPIAK,PSI
SID/IL18207540
```

(CONTINUED FROM PREVIOUS RESPONSE)

FILING DECISION: DIRECT FILED WITH COURT   DECISION DATE:

C  NT  STATUTE CITATION  LITERAL DESCRIPTION  CSAOD  CLASS

1      720 ILCS 5.0/21-2  CRIMINAL TRESPASS VEHICLE  O  A

AGENCY NAME: COOK COUNTY STATE'S ATTORNEY   NCIC: IL016013A

COURT CHARGES/DISPOSITION

COUNT  STATUTE CITATION  LITERAL DESCRIPTION  CSAOD  CLASS

1      720 ILCS 5.0/21-2  CRIMINAL TRESPASS VEHICLE  O  A

DISP: STRICKEN ON LEAVE   DISP DATE: 03/25/1999

CASE NO: 99122016801    1

AGENCY NAME: COOK COUNTY CIRCUIT COURT   NCIC: IL016025J

---------------------------------------------------------------------

ARREST

DCN: C14052045   DATE OF ARREST: 11/19/1998

NAME: DANIELS, CHARLES L   DATE OF BIRTH: 09/06/1954

RESIDENCE:

ARRESTING AGENCY: CHICAGO POLICE DEPARTMENT   NCIC: ILCPD0000

AGENCY CASE #:   OFFICER BADGE #:   PHOTO AVAILABLE: NO

ARREST CHARGES

COUNT  STATUTE CITATION  LITERAL DESCRIPTION  CSAOD  CLASS

1      720 ILCS 570.0/402   POSSESSION CONTROLLED SUB  O  Z

ARREST TYPE:   DATE OF OFFENSE: 11/19/1998

COUNT  STATUTE CITATION  LITERAL DESCRIPTION  CSAOD  CLASS

2      720 ILCS 5.0/11-6.5   INDECENT SOLICITATION OF ADULT  O  Z

ARREST TYPE:   DATE OF OFFENSE: 11/19/1998

BOND INFORMATION

DATE BONDED:   BOND RECEIPT#:   BOND AMOUNT:   BOND DEPOSIT:

STATES ATTORNEY SECTION

FILING DECISION: DIRECT FILED WITH COURT   DECISION DATE:

AGENCY NAME: COOK COUNTY STATE'S ATTORNEY    NCIC: IL016013A

FILING DECISION: DIRECT FILED WITH COURT    DECISION DATE:

**END OF PAGE 006 -- MORE DATA WILL FOLLOW**
**END OF LEADS RESPONSE**

52.050 10.17.09
IL016023G  OPR/TF  PUR/C  REQ/KARPIAK,PSI
SID/IL18207540

(CONTINUED FROM PREVIOUS RESPONSE)


COUNT   STATUTE CITATION   LITERAL DESCRIPTION   CSAOD   CLASS

2       720 ILCS 5.0/11-6.5    INDECENT SOLICITATION OF ADULT   O   Z

AGENCY NAME: COOK COUNTY STATE'S ATTORNEY    NCIC: IL016013A

COURT CHARGES/DISPOSITION

COUNT   STATUTE CITATION   LITERAL DESCRIPTION   CSAOD   CLASS

1       720 ILCS 570.0/402    POSSESSION CONTROLLED SUB   O   Z

DISP: DISMISS/NO PROB CAUSE   DISP DATE: 12/16/1998

CASE NO: 98115868201     1

AGENCY NAME: COOK COUNTY CIRCUIT COURT    NCIC: IL016025J

COUNT   STATUTE CITATION   LITERAL DESCRIPTION   CSAOD   CLASS

2       720 ILCS 5.0/11-6.5    INDECENT SOLICITATION OF ADULT   O   Z

DISP: NOLLE PROSEQUI   DISP DATE: 12/16/1998

CASE NO: 98115868201     1

AGENCY NAME: COOK COUNTY CIRCUIT COURT    NCIC: IL016025J

------------------------------------------------------------------------

ARREST

DCN: C14029762   DATE OF ARREST: 10/23/1998

NAME: DANILES, CHARLES L    DATE OF BIRTH: 09/06/1954

RESIDENCE:

ARRESTING AGENCY: CHICAGO POLICE DEPARTMENT   NCIC: ILCPD0000

AGENCY CASE #: X   OFFICER BADGE #: 76376   PHOTO AVAILABLE: NO

ARREST CHARGES

COUNT   STATUTE CITATION   LITERAL DESCRIPTION   CSAOD   CLASS

1       720 ILCS 5.0/16-2   THEFT LOST/MISLAY PROPERTY   O   P

ARREST TYPE:     DATE OF OFFENSE: 10/23/1998

BOND INFORMATION

DATE BONDED:   BOND RECEIPT#:   BOND AMOUNT:   BOND DEPOSIT:

------------------------------------------------------------------------

NAME: DANIELS, CHARLES L    DATE OF BIRTH: 09/06/1954

RESIDENCE:

ARRESTING AGENCY: ORLAND PARK POLICE DEPARTMENT    NCIC: IL0168300

END OF PAGE 007 -- MORE DATA WILL FOLLOW
 END OF LEADS RESPONSE

02.050 10.17.09
IL016023G  OPR/TF  PUR/C  REQ/KARPIAK,PSI
SID/IL18207540

(CONTINUED FROM PREVIOUS RESPONSE)

AGENCY CASE #: 22001    OFFICER BADGE #:    PHOTO AVAILABLE: YES

INDICTMENT #: 976565

ARREST CHARGES

| COUNT | STATUTE CITATION | LITERAL DESCRIPTION | CSAOD | CLASS |
|-------|------------------|---------------------|-------|-------|
| 1 | 720 ILCS 5.0/17-3-A-1 | FORGERY | O | 3 |

ARREST TYPE:    DATE OF OFFENSE: 09/22/1997

BOND INFORMATION

DATE BONDED:    BOND RECEIPT#:    BOND AMOUNT:    BOND DEPOSIT:

BOND TYPE

NONE

STATES ATTORNEY SECTION

FILING DECISION: DIRECT FILED WITH COURT    DECISION DATE:

| COUNT | STATUTE CITATION | LITERAL DESCRIPTION | CSAOD | CLASS |
|-------|------------------|---------------------|-------|-------|
| 1 | 720 ILCS 5.0/17-3-A-1 | FORGERY | O | 3 |

AGENCY NAME: COOK COUNTY STATE'S ATTORNEY    NCIC: IL016013A

COURT CHARGES/DISPOSITION

| COUNT | STATUTE CITATION | LITERAL DESCRIPTION | CSAOD | CLASS |
|-------|------------------|---------------------|-------|-------|
| 1 | 720 ILCS 5.0/17-3-A-2 | FORGERY | O | 3 |

DISP: NOLLE PROSEQUI    DISP DATE: 08/18/1998

CASE NO: 97C55080801    5

AGENCY NAME: COOK COUNTY CIRCUIT COURT    NCIC: IL016025J

-----------------------------------------------------------------------

ARREST

DCN: C10679581    DATE OF ARREST: 08/29/1997

NAME: DANIELS, CHARLES    DATE OF BIRTH: 02/06/1957

RESIDENCE:

ARRESTING AGENCY: CHICAGO POLICE DEPARTMENT    NCIC: ILCPD0000

AGENCY CASE #:    OFFICER BADGE #:    PHOTO AVAILABLE: YES

1       720 ILCS 5.0/21-2  CRIMINAL TRESPASS VEHICLE  O  A

ARREST TYPE:     DATE OF OFFENSE: 08/29/1997

BOND INFORMATION

DATE BONDED:     BOND RECEIPT#:     BOND AMOUNT:     BOND DEPOSIT:

S  TES ATTORNEY SECTION

FILING DECISION:  DIRECT FILED WITH COURT   DECISION DATE:

END OF PAGE 008 -- MORE DATA WILL FOLLOW
END OF LEADS RESPONSE

(CONTINUED FROM PREVIOUS RESPONSE)

COUNT  STATUTE CITATION  LITERAL DESCRIPTION  CSAOD  CLASS

1      720 ILCS 5.0/21-2  CRIMINAL TRESPASS VEHICLE  O  A

AGENCY NAME: COOK COUNTY STATE'S ATTORNEY   NCIC: IL016013A

COURT CHARGES/DISPOSITION

COUNT  STATUTE CITATION  LITERAL DESCRIPTION  CSAOD  CLASS

1      720 ILCS 5.0/21-2  CRIMINAL TRESPASS VEHICLE  O  A

DISP: STRICKEN ON LEAVE   DISP DATE: 09/25/1997

CASE NO: 97140166701     1

AGENCY NAME: COOK COUNTY CIRCUIT COURT   NCIC: IL016025J

--------------------------------------------------------------------

ARREST

DCN: C10181679   DATE OF ARREST: 03/13/1996

NAME: CHARLES, DANIELS N   DATE OF BIRTH: 02/06/1952

RESIDENCE:

ARRESTING AGENCY: CHICAGO POLICE DEPARTMENT   NCIC: ILCPD0000

AGENCY CASE #:   OFFICER BADGE #:   PHOTO AVAILABLE: YES

ARREST CHARGES

COUNT  STATUTE CITATION  LITERAL DESCRIPTION  CSAOD  CLASS

1      730 ILCS 5.0/3-3-9   PAROLE VIOLATION  O      Z

ARREST TYPE:   DATE OF OFFENSE: 03/13/1996

BOND INFORMATION

DATE BONDED:   BOND RECEIPT#:   BOND AMOUNT:   BOND DEPOSIT:

S   ES ATTORNEY SECTION

FILING DECISION: DIRECT FILED WITH COURT   DECISION DATE:

COUNT  STATUTE CITATION  LITERAL DESCRIPTION  CSAOD  CLASS

1      730 ILCS 5.0/3-3-9   PAROLE VIOLATION  O      Z

AGENCY NAME: COOK COUNTY STATE'S ATTORNEY   NCIC: IL016013A

CUSTODIAL                                              65

NAME: DANIELS, CHARLES    DATE OF BIRTH: 02/06/1952

RESIDENCE:

SUBJECT INSTITUTION #: N63102    PHOTO AVAILABLE: YES

CONFINING AGENCY:    DOC CORRECTIONAL CENTER JOLIET    NCIC: IL099015C

AGENCY RECEIVED FROM: UNKNOWN CUSTODIAL FACILITY    NCIC:

END OF PAGE 009 -- MORE DATA WILL FOLLOW
END OF LEADS RESPONSE

02.050 10.17.09
IL016023G  OPR/TF  PUR/C  REQ/KARPIAK,PSI
SID/IL18207540

(CONTINUED FROM PREVIOUS RESPONSE)


CUSTODIAL STATUS    STATUS DATE    AGENCY NAME

RECEIVED              05/28/1993    DOC CORRECTIONAL CENTER JOLIET

RELEASED/CORR SUPERVISION  10/01/1996  DOC CORRECTIONAL CENTER JOLIET

DISCHARGED           10/01/1998    DOC WESTERN ILLINOIS CORRECTIONAL CEN

---------------------------------------------------------------

ARREST

DCN: CB9186390   DATE OF ARREST: 08/06/1992

NAME: DANIELS, CHARLES     DATE OF BIRTH: 02/06/1957

RESIDENCE:

ARRESTING AGENCY: CHICAGO POLICE DEPARTMENT   NCIC: ILCPD0000

AGENCY CASE #:    OFFICER BADGE #:   PHOTO AVAILABLE: NO

ARREST CHARGES

COUNT  STATUTE CITATION  LITERAL DESCRIPTION  CSAOD  CLASS

1      38-19-3-A          RESIDENTIAL BURGLARY  O    Z

ARREST TYPE:    DATE OF OFFENSE: 08/06/1992

BOND INFORMATION

DATE BONDED:   BOND RECEIPT#:   BOND AMOUNT:   BOND DEPOSIT:

STATES ATTORNEY SECTION

FILING DECISION: DIRECT FILED WITH COURT   DECISION DATE:

COUNT  STATUTE CITATION  LITERAL DESCRIPTION  CSAOD  CLASS

1      38-19-3-A          RESIDENTIAL BURGLARY  O    1

AGENCY NAME: COOK COUNTY STATE'S ATTORNEY   NCIC: IL016013A

COURT CASE #: 92CF001079070011

COURT CHARGES/DISPOSITION

COUNT  STATUTE CITATION  LITERAL DESCRIPTION  CSAOD  CLASS

1      38-19-3-A          RESIDENTIAL BURGLARY  O    1

DISP: DISMISS/SUPERCEDED   DISP DATE: 08/07/1992

CASE NO: 92CF001079070011

COUNT   STATUTE CITATION LITERAL DESCRIPTION CLASS

2       38-19-3             RESIDENTIAL BURGLARY   O     1

DISP: GUILTY    DISP DATE: 05/19/1993

CASE NO: 92CF000187960011

END OF PAGE 010 -- MORE DATA WILL FOLLOW
END OF LEADS RESPONSE

(CONTINUED FROM PREVIOUS RESPONSE)


AGENCY NAME: COOK COUNTY CIRCUIT COURT   NCIC: IL016025J

--------------------------------------------------------------------

ARREST

DCN: CB9091692   DATE OF ARREST: 04/06/1992

NAME: DANIELS, CHARLES   DATE OF BIRTH: 02/06/1957

RESIDENCE:

ARRESTING AGENCY: CHICAGO POLICE DEPARTMENT   NCIC: ILCPD0000

AGENCY CASE #: T140221   OFFICER BADGE #:   PHOTO AVAILABLE: YES

ARREST CHARGES

| COUNT | STATUTE CITATION | LITERAL DESCRIPTION | CSAOD | CLASS |
|-------|------------------|---------------------|-------|-------|
| 1 | 38-21-2 | CRIMINAL TRESPASS VEHICLE | O | Z |

ARREST TYPE:   DATE OF OFFENSE: 04/06/1992

BOND INFORMATION

DATE BONDED:   BOND RECEIPT#:   BOND AMOUNT:   BOND DEPOSIT:

STATES ATTORNEY SECTION

FILING DECISION: DIRECT FILED WITH COURT   DECISION DATE:

| COUNT | STATUTE CITATION | LITERAL DESCRIPTION | CSAOD | CLASS |
|-------|------------------|---------------------|-------|-------|
| 1 | 38-21-2 | CRIMINAL TRESPASS VEHICLE | O | Z |

AGENCY NAME: COOK COUNTY STATE'S ATTORNEY   NCIC: IL016013A

COURT CHARGES/DISPOSITION

| COUNT | STATUTE CITATION | LITERAL DESCRIPTION | CSAOD | CLASS |
|-------|------------------|---------------------|-------|-------|
| 1 | 38-21-2 | CRIMINAL TRESPASS VEHICLE | O | A |

D. P: STRICKEN ON LEAVE   DISP DATE: 06/03/1992

CASE NO: 92CM002296230011

AGENCY NAME: COOK COUNTY CIRCUIT COURT   NCIC: IL016025J

CUSTODIAL

DCN: C00660454   DATE RECEIVED: 09/05/1986

NAME: DANIELS, CHARLES L   DATE OF BIRTH: 02/06/1950

C   68

CONFINING AGENCY:    DOC CORRECTIONAL CENTER JOLIET    NCIC: IL099015C

AGENCY RECEIVED FROM: COOK COUNTY SHERIFF'S POLICE    NCIC: IL0160000

CUSTODIAL STATUS    STATUS DATE    AGENCY NAME

END OF PAGE 011 -- MORE DATA WILL FOLLOW
 END OF LEADS RESPONSE