MHN

June 20, 2008

Charles Daniels
Reg. # N-63102
Jacksonville Correctional Center
2268 East Morton Ave.
Jacksonville, Illinois 62650

**FILED**
JUN 27 2008
6-27-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Change of Address

Case No. 1:07-cv-06475
Honorable Harry D. Leinenweber

Dear Prisoner Correspondence Clerk:

The above captioned prisoner whose federal habeas corpus petition is before Hon. Harry D. Leinenweber, has been re-located to another facility and all mail/correspondences are respectfully requested to be mailed as captioned, in addition to your records notice.

Thanks in advance for responsiveness.

Sincerely,
Charles Daniels
N-63102