# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of          **Daniels v. Austin**                    Case Number:    **07 C 6475**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**Dan Austin, Respondent**

| | |
|---|---|
| NAME (Type or print) | |
| | **Retha Stotts** |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| | **s/ Retha Stotts** |
| FIRM | |
| | **Illinois Attorney General** |
| STREET ADDRESS | **100 W. Randolph Street, 12th Floor** |
| CITY/STATE/ZIP | |
| | **Chicago, IL 60601-3218** |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| **6270680** | **(312) 814-0010** |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?  YES ☐  NO ☒ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? YES ☐  NO ☒ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?  YES ☐  NO ☒ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? YES ☐ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |

I hereby certify that on August 21, 2008, I mailed a copy of this **Appearance** to: Charles Daniels, #N63102, Jacksonville Correctional Center, 2268 East Morton Avenue, Jacksonville, Illinois, 62650.

s/ Retha Stotts_____
RETHA STOTTS