IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CHARLES DANIELS, | ) | |
| | ) | |
| Petitioner, | ) | No. 07 C 6475 |
| | ) | |
| v. | ) | The Honorable |
| | ) | Harry D. Leinenweber, |
| DAN AUSTIN, Warden, | ) | Judge Presiding. |
| | ) | |
| Respondent. | ) | |

## MOTION TO SUBSTITUTE COUNSEL OF RECORD

Respondent moves this Court to substitute counsel in this case, and in support states as follows:

1. The defense of this habeas corpus action was originally assigned to Assistant Attorney General Eric Truett. Mr. Truett filed an answer in April 2008.

2. Mr. Truett is leaving the Attorney General's Office, and this case has been reassigned to Assistant Attorney General Retha Stotts. Ms. Stotts filed an appearance in this case today.

WHEREFORE, respondent requests that this Court substitute Retha Stotts as respondent's counsel of record in this case and permit Mr. Truett to withdraw his appearance.

August 20, 2008                                                          Respectfully submitted,

                    LISA MADIGAN
                    Attorney General of Illinois

BY:    s/ Retha Stotts
        RETHA STOTTS, Illinois Bar # 6270680
        Attorney for Respondent
        100 West Randolph Street, 12th Floor
        Chicago, Illinois 60601
        Tel. (312) 814-0010
        rstotts@atg.state.il.us

    I certify that on August 21, 2008, I mailed a copy of this **Motion to Substitute Counsel of Record** to: Charles Daniels, #N63102, Jacksonville Correctional Center, 2268 East Morton Avenue, Jacksonville, Illinois, 62650.

                                    s/ RETHA STOTTS
                                    RETHA STOTTS