IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CHARLES DANIELS, | ) | |
| | ) | |
| Petitioner, | ) | No. 07 C 6475 |
| | ) | |
| v. | ) | The Honorable |
| | ) | Harry D. Leinenweber, |
| DAN AUSTIN, Warden, | ) | Judge Presiding. |
| | ) | |
| Respondent. | ) | |

## NOTICE OF MOTION

To:　Charles Daniels, #N63102
　　　Jacksonville Correctional Center
　　　2268 East Morton Avenue
　　　Jacksonville, Illinois, 62650.

Please take notice that on Wednesday, August 27, 2008, at 9:30 a.m., or as soon thereafter as I can be heard, I will appear before Judge Leinenweber in room 1941 of the United States Courthouse at 219 South Dearborn Street in Chicago, Illinois, and present respondent's **Motion to Substitute Counsel of Record**.

        Respectfully submitted,

        LISA MADIGAN
        Attorney General of Illinois

BY:    s/ Retha Stotts_____
        RETHA STOTTS, Illinois Bar # 6270680
        Attorney for Respondent
        100 West Randolph Street, 12th Floor
        Chicago, Illinois 60601
        Tel. (312) 814-0010
        rstotts@atg.state.il.us