IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CHARLES DANIELS, | ) | |
| | ) | |
| Petitioner, | ) | No. 07 C 6475 |
| | ) | |
| v. | ) | The Honorable |
| | ) | Harry D. Leinenweber, |
| DAN AUSTIN, Warden, | ) | Judge Presiding. |
| | ) | |
| Respondent. | ) | |

## NOTICE OF CHANGE IN CUSTODIAN

Pursuant to Rule 2(a) of the Rules Governing § 2254 Cases in the United States District Courts, respondent gives notice that petitioner is now serving his sentence at Jacksonville Correctional Center in Jacksonville, Illinois, where Jennifer Stoudt is the acting warden. Accordingly, Stoudt should be substituted as the proper party respondent.

Respectfully submitted,

LISA MADIGAN
Attorney General of Illinois

BY:  s/ Retha Stotts_____
RETHA STOTTS, Illinois Bar # 6270680
Attorney for Respondent
100 West Randolph Street, 12th Floor
Chicago, Illinois 60601
Tel. (312) 814-0010
rstotts@atg.state.il.us

     I certify that on August 21, 2008, I mailed a copy of this **Notice of Change in Custodian** to: Charles Daniels, #N63102, Jacksonville Correctional Center, 2268 East Morton Avenue, Jacksonville, Illinois, 62650.

                                              s/ RETHA STOTTS_____
                                              RETHA STOTTS