## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Harry D. Leinenweber | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6475 | **DATE** | 8/25/2008 |
| **CASE TITLE** | U.S. ex rel Charles Daniels vs. Dan Austin, Warden | | |

**DOCKET ENTRY TEXT**

ENTER MEMORANDUM OPINION AND ORDER: Petitioner's Petition for a Writ of *Habeas Corpus* Under 28 U.S.C. § 2254 is Denied.

■ [ For further detail see separate order(s).]

Docketing to mail notices.
Mailed AO 450 form

| | Courtroom Deputy Initials: | WAP |
|---|---|---|