# United States District Court
## Northern District of Illinois
### Eastern Division

U.S. ex rel Charles Daniels          **JUDGMENT IN A CIVIL CASE**

v.          Case Number: 07 C 6475

Dan Austin, Warden

☐     Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■     Decision by Court. This action came before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that the Petitioner's Petition for a Writ of Habeas Corpus under 28 U.S.C.§2254 is Denied.

Michael W. Dobbins, Clerk of Court

Date: 8/25/2008          _____

/s/ Wanda A. Parker, Deputy Clerk