## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Harry D. Leinenweber | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6475 | **DATE** | 8/27/2008 |
| **CASE TITLE** | Charles Daniels vs. Dan Austin | | |

**DOCKET ENTRY TEXT**

Respondent's Motion to Substitute Counsel of Record is granted. Eric Truett granted leave to withdraw and Retha Stotts granted leave to substitute as counsel.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | WAP |
|---|---|---|